# EXHIBIT 25



# Electronically Certified Court Record

This is to certify that this is a true and correct copy of the original document, which may have redactions as required by law.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Clerk of the Circuit Court & Comptroller, Palm Beach County |
| **Clerk of the Circuit Court:** | The Honorable Joseph Abruzzo |
| **Date Issued:** | 6/8/2022 3:38:51 PM |
| **Unique Reference Number:** | CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B |
| **Case Number:** | 502018CA007692XXXXMB |
| **Case Docket:** | TRANSCRIPT |
| **Requesting Party Code:** | 517 |

## CERTIFICATION

Pursuant to Sections 90.955(1) and 90.902(1), Florida Statutes, and Federal Rules of Evidence 901(a), 901(b)(7), and 902(1), the attached document is electronically certified by The Honorable Joseph Abruzzo, Clerk of the Circuit Court & Comptroller, Palm Beach County, to be a true and correct copy of an official record or document authorized by law to be recorded or filed and actually recorded or filed in the office of the Clerk of the Circuit Court & Comptroller, Palm Beach County. The document may have redactions as required by law.

## HOW TO VERIFY THIS DOCUMENT

This document contains a Unique Reference Number for identification purposes and a tamper-evident seal to indicate if the document has been tampered with. To view the tamper-evident seal and verify the certifier's digital signature, open this document with Adobe Reader software. You can also verify this document by scanning the QR code or visiting https://appsgp.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html .

**The web address shown above contains an embedded link to the verification page for this particular document.



Page 791

Filing # 147672727 E-Filed 04/14/2022 08:34:32 AM

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 1 of 223

Olen Properties Corp.

vs.

Bradley Construction Co., Inc.

Deposition of:

Igor Olenicoff

January 31, 2022

*Vol 01*



PHIPPS REPORTING

*Raising the Bar!*

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR DOCUMENT AUTHORIZED BY LAW TO BE RECORDED OR FILED IN THE OFFICE OF THE PALM BEACH COUNTY CLERK OF THE CIRCUIT COURT & COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.
VISIT https://apexgo.mypalmbeachclerk.com/Services/EcertifyService/Helper/VerifyImage.html TO VALIDATE THIS DOCUMENT

Digitally signed by The Honorable Joseph Abruzzo
Date: 2022.06.08 15:38:52 -04:00
Clerk of the Circuit Court & Comptroller, Palm Beach County
Location: 205 N. Dixie Highway, West Palm Beach, FL

Igor Olenicoff
January 31, 2022

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 2 of 223

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO.:  2018-CA-007692

OLEN PROPERTIES CORP.,
                    Plaintiff,
vs.
BRADLEY CONSTRUCTION CO., INC.; BEAN DRYWALL, INC.;
ACRYLALL, LLC; COBRA CONSTRUCTION, INC.; TOM CULPEPPER
ELECTRIC, INC.; YAR CONSTRUCTION, INC.; TRADEWINDS
GROUP OF CENTRAL FL, INC. d/b/a GB PAINTING;
K.N. EDWARDS SALES, INC.; DIXIE PLUMBING, INC.;
FLORIDA GRANITE & KITCHEN, LLC; AMERICA'S CHOICE
ROOFING SERVICES, INC.; TAMPA CONTRACTORS SUPPLY, INC.
d/b/a ALLIANCE CONTRACTOR SUPPLY; THE SHERWIN-WILLIAMS
COMPANY; TRUE COLORS PAINTING, CORP.; BLESSED STUCCO,
LLC; and E.W.H., INC. d/b/a SUNNYLAND IRRIGATION,
                    Defendants.
_____/
BRADLEY CONSTRUCTION CO., INC.,
                    Plaintiff,
vs.
BEAN DRYWALL, INC.; ACRYLALL, LLC; COBRA
CONSTRUCTION, INC.; TOM CULPEPPER
ELECTRIC, INC.; YAR CONSTRUCTION, INC.;
TRADEWINDS GROUP OF CENTRAL FL, INC.
d/b/a GB PAINTING; K.N. EDWARDS SALES,
INC.; DIXIE PLUMBING, INC.; FLORIDA
GRANITE & KITCHEN, LLC; AMERICA'S CHOICE
ROOFING SERVICES, INC.; TAMPA
CONTRACTORS SUPPLY, INC. d/b/a ALLIANCE
CONTRACTOR SUPPLY; TRUE COLORS PAINTING
CORP.; BLESSED STUCCO, LLC;
and E.W.H., INC. d/b/a SUNNYLAND IRRIGATION,
          Third-Party Defendants.
_____/

DEPOSITION OF IGOR OLENICOFF
VOLUME 1, PAGES 1 - 181

Monday, January 31, 2022
9:34 a.m. - 4:05 p.m.

SACHS, SAX & CAPLAN, P.L.
6111 Broken Sound Parkway NW
Boca Raton, Florida  33487

Stenographically Reported By:  Jody Warren, RPR
Job No. 217841

Igor Olenicoff
January 31, 2022

Page 2

```
 1     APPEARANCES:

 2     On behalf of Olen Properties Corp.:

 3          SACHS, SAX & CAPLAN, P.L.
            6111 Broken Sound Parkway NW, Suite 200
 4          Boca Raton, Florida  33487
            561.994.4499
 5          BY:  SPENCER M. SAX, ESQ.
                 ssax@ssclawfirm.com
 6

 7     On behalf of Bradley Construction Co., Inc.:
       (Via Zoom)
 8          KATZ, SIEGEL & MAPLE, P.L.
            2633 McCormick Drive, Suite 101
 9          Clearwater, Florida  33759
            727.796.1000
10          BY:  JEFFREY M. KATZ, ESQ.
                 jkatz@ksmlawyers.com
11

12     On behalf of Acrylall:
       (Via Zoom)
13          BOYD & JENERETTE, P.A.
            1001 Yamato Road, Suite 102
14          Boca Raton, Florida  33431
            561.208.0708
15          BY:  GREGORY J. KAHN, ESQ.
                 gkahn@boydjen.com
16

17     On behalf of The Sherwin-Williams Company:
       (Via Zoom)
18          LEWIS, BRISBOIS, BISAAGARD & SMITH, LLP
            110 Southeast 6th Street, Suite 2600
19          Fort Lauderdale, Florida  33301
            954.728.1280
20          BY:  JEFFREY MOWERS, ESQ.
                 jeffrey.mowers@lewisbrisbois.com
21

22

23

24

25
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 4 of 223

Igor Olenicoff
January 31, 2022

Page 3

```
 1    APPEARANCES (Continued):

 2    On behalf of True Colors Painting Corp.:
      (Via Zoom)
 3         LAW OFFICE OF ALEXANDER ALVAREZ
           8900 SW 107th Avenue, Suite 301
 4         Miami, Florida  33176
           305.598.2000
 5         BY:  MICKEY BAHR, ESQ.
                mickey@aalvarezlawfirm.com
 6
      On behalf of National Structures, Inc.:
 7    (Via Zoom)
           BAUMANN, GANT & KEELEY, P.A.
 8         1401 East Broward Boulevard, Suite 200
           Fort Lauderdale, Florida  33301
 9         954.440.4611
           BY:  ELIZABETH M. WHITE, ESQ.
10              ewhite@baumannlegal.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Igor Olenicoff
January 31, 2022

                                                                    Page 4
 1                              INDEX

 2                    DEPOSITION OF IGOR OLENICOFF
                        VOLUME 1, PAGES 1 - 181
 3
     EXAMINATION                                              PAGE
 4   Direct                    By Mr. Katz                      6
     Certificate of Oath                                      178
 5   Certificate of Reporter                                  179
     Errata Sheet                                             180
 6   Notification Letter                                      181

 7

 8

 9

10

11                            EXHIBITS
     No.                                                     Page
12
        40    Notice of Taking Deposition Duces                9
13            Tecum

14      41    2013/2014 Leasing Occupancy Report             26

15      42    Leasing Occupancy Reports,                     45
              Bates PLF 012177 - 012184
16
        43    Rent Roll Detail as of 01/01/2018              64
17            Redacted

18      44    Rent Roll Detail as of 01/01/2018              75

19      45    Quantum Lake Villas Building 40 & 41           77
              as of 01/01/2018
20
        46    Rent Roll Detail as of 09/30/2021              78
21            Redacted

22      47    Rent Roll Detail as of 09/30/21                81

23      48    Zarco Stucco Construction, LLC -               98
              One-Year Workmanship Warranty
24
        49    Sto Limited Labor and Material                105
25            Product Warranty

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 5 of 223

Igor Olenicoff
January 31, 2022

Page 5

1             EXHIBITS (Continued)
    No.                                              Page
2
    50    Competitive Market Study                   106
3         December 13, 2018

4   51    Competitive Market Study                   107
          September 21, 2021
5
    52    Damages Summary                            133
6
    53    Repairs Cost Summary                       151
7
    54    Zarco Pay App No. 6                        154
8
    55    Damages Summary                            154
9
    56    Unconditional Release Upon Progress        159
10        Payment No. 5

11  57    Unconditional Final Release                160

12  58    Tammy Smith page                           161

13

14

15           REFERENCE OF PREVIOUSLY MARKED EXHIBITS
    No.                                              Page
16
     2    AIA Contract between Quantum Town           14
17        Center and Bradley

18  15    Sto Building Application Agreement          91

19

20

21

22

23

24

25

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 6 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 7 of 223

Igor Olenicoff
January 31, 2022

Page 6

 1   Thereupon,

 2   the following proceedings began at 9:34 a.m.:

 3            THE STENOGRAPHER:  Raise your right hand,

 4       please.

 5       Do you swear or affirm the testimony you are

 6       about to give will be the truth, the whole truth,

 7       and nothing but the truth?

 8            THE WITNESS:  I do.

 9   Thereupon:

10                 IGOR OLENICOFF,

11   having been first duly sworn, was examined and

12   testified as follows:

13                 DIRECT EXAMINATION

14   BY MR. KATZ:

15       Q.   Could you please state your full name for

16   the record?

17       A.   Igor Olenicoff.

18       Q.   My name is Jeff Katz.  I know we've met

19   previously, and I know you've been through depositions

20   before.  So I'm assuming that I don't need to go

21   through the formalities of the deposition if you're

22   familiar with them.

23            Is that a fair assessment?

24       A.   That's a fair assessment.

25       Q.   Okay.  Let me just turn up my volume a

Igor Olenicoff
January 31, 2022

1   little bit more.

2           All right.  What is your current address

3   where you reside?

4        A.   I think I heard you say where do I reside?

5           MR. SAX:  Right.  That's what he said.

6        A.   It's 2703 Northeast 30th Avenue in

7   Lighthouse Point, Florida.

8        Q.   And are you currently employed?

9        A.   I'm sorry.  You're garbled.  I can't hear

10  you.

11          MR. SAX:  Yeah.  Jeff, you may be a little

12      further from the mic.  It's --

13  BY MR. KATZ:

14       Q.   I turned my head for a minute.

15           Are you currently employed?

16       A.   No.  I'm retired.

17       Q.   When did you retire?

18       A.   Well, I've been -- I think about three,

19  four, or five years ago.  I've been acting as -- as a

20  board member and a -- a consultant for the Olen

21  companies.

22       Q.   Who is presently the president or CEO of

23  Olen Properties Corp.?

24       A.   It would be my daughter, Natalia Olenicoff

25  Ostenson.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 8 of 223

Igor Olenicoff
January 31, 2022

Page 8

1      Q.    And how long has she held that position for?

2      A.    I think about two years or three years.

3      Q.    Are you still provid- -- providing

4   consultant work for Olen Properties?

5      A.    Yes.

6      Q.    And what type of consultant work are you

7   providing?

8      A.    A whole variety of things.  Really,

9   everything from operations to acquisitions and -- so

10  it's across the board.

11     Q.    So how much time are you spending providing

12  consultant work?  I don't know if you want to say

13  weekly or --

14     A.    Forty hours a week or more.

15     Q.    And are you being paid as an employee of

16  Olen Properties, or are you being paid as an

17  independent contractor?

18          MR. KATZ:  Object to form, but you can

19     answer.

20     A.    I'm not sure I heard the question.

21          How am I being paid?

22  BY MR. SAX:

23     Q.    Yeah.  Are you getting paid as a 1099

24  employee, or are you -- are you being paid as a W-2

25  employee?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 9 of 223

Igor Olenicoff
January 31, 2022

Page 9

```
 1        A.   I'm not being paid.  I'm a volunteer.
 2             MR. KATZ:  I'm going to show you what I'm
 3        going to mark -- I believe we're on Exhibit 40.
 4        If I'm wrong, somebody correct me.
 5             THE WITNESS:  What did he say?
 6             MR. SAX:  He said he's going to show you
 7        what's been marked as Exhibit 40.
 8             THE WITNESS:  Okay.
 9             MR. SAX:  He wanted to know where we left
10        off on prior exhibits.
11             (Marked as Exhibit 40.)
12   BY MR. KATZ:
13        Q.   All right.  This is a -- a copy of the
14   notice of taking deposition duces tecum that was sent
15   on November 5, 2021.
16             Have you seen this document?
17        A.   I believe so.
18        Q.   Did you bring any documents with you today
19   in response to the subpoena?
20        A.   I think all those documents have previously
21   been provided, so I did not bring those.
22             MR. SAX:  And, Jeff, Lynn sent them over --
23        I think it was Friday or whenever it was -- the
24        end of last week.
25             MR. KATZ:  All right.  Well, we'll -- we'll
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 11 of 223

Igor Olenicoff
January 31, 2022

Page 10

```
 1       go through that in a -- here in a little bit
 2       because not all the documents were provided.  So
 3       I just wanted to confirm that you've seen this.
 4            MR. SAX:  But just so you're aware, as I
 5       understand it, you've subpoenaed him in his
 6       individual capacity, not as a corporate rep; so
 7       he's giving you what he has.
 8            MR. KATZ:  Understood.  I've also sent a
 9       request to produce for the same documents and
10       they were not provided.  So we'll go through
11       them.
12  BY MR. KATZ:
13       Q.   What is the relationship between Olen
14  Properties Corp. and Quantum Town Center, LLC?
15            MR. SAX:  Object to form, but you can
16       answer.
17       A.   Olen Properties Corp. is the parent company
18  of Quantum.
19  BY MR. KATZ:
20       Q.   Who is listed as the owner of the properties
21  at 1091 and 1099 Quantum Lakes Drive?
22       A.   Is that 40 and 41?  I don't know those
23  addresses.
24       Q.   Yes.  Yes.  That's 40 and 41.
25       A.   That would be -- my recollection is that's
```

Igor Olenicoff
January 31, 2022

Page 11

1    Quantum Park Villas, either LLC or Corp.

2         Q.    Okay.  So Olen Properties Corporation is not

3    listed as the owner of that property; correct?

4              MR. SAX:  Object to form.

5         A.    That's, to the best of my recollection,

6    correct.

7    BY MR. KATZ:

8         Q.    So is Olen Parks Villas, Inc. --

9              THE STENOGRAPHER:  Wait.  I'm sorry.  I

10        didn't understand you.

11             MR. SAX:  The court reporter had a question.

12        She's interrupting you.

13             THE STENOGRAPHER:  I didn't understand.  You

14        were a little muffled.

15             MR. KATZ:  Okay.  Sorry.  I'll try and get a

16        little closer.  Sorry.

17   BY MR. KATZ:

18        Q.    Was there -- what is the difference between

19   Quantum Park Villas -- Villas, Inc. or Corp., and

20   Quantum Town Center, LLC?

21        A.    They're two separate entities.

22        Q.    All right.  Quantum Park Villas, Inc. or

23   Corp., is their sole asset what we refer to as

24   Buildings 40 and 41?

25        A.    No.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 12 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 13 of 223

Igor Olenicoff
January 31, 2022

1      Q.   What else does Quantum Park Villas, Inc. or

2   Corp., have an ownership interest in?

3      A.   It has an ownership in the remaining

4   buildings that are part of Quantum Park Villas,

5   Quantum --

6      Q.   So --

7      A.   -- Lake Villas.

8      Q.   I'm sorry.  I didn't mean to interrupt you.

9      A.   It's Quantum Lakes, I believe, Villas -- or

10   the Villas at Quantum Lakes.

11      Q.   All right.  So are the Villas at Quantum

12   Lakes all of the apartments that are part of the same

13   complex where Buildings 40 and 41 are?

14      A.   Yes.

15      Q.   I can't help when they mow the yard.  If you

16   can hear that, sorry about that.

17      A.   Okay.

18      Q.   All right.  So other than the apartments,

19   those Villas at Quantum -- Villas at Quantum Lake, is

20   there any other ownership interest that Quantum Park

21   Villas, Inc. or Corp., has?

22      A.   I'm sorry.  I didn't catch the last of that.

23   What is the difference?

24      Q.   I just want to know, other than the Villas

25   at Quantum Lake, does Quantum Park Villas, Inc. or

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 14 of 223

Igor Olenicoff
January 31, 2022

Page 13

1   Corp., have any other ownership in any other property?

2        A.   No.  I think they just own all of -- all

3   of -- well, most of all -- of all of the apartments.

4   It's not all of the apartments.  It's -- it's the bulk

5   of them.

6        Q.   So, in other words, there's not any retail

7   establishments or anything like that that they own

8   outside of those apartments?

9        A.   Not that entity.  It's Quantum Town Center

10  that owns the retail and some apartments.

11       Q.   So when individuals rent an apartment from

12  Buildings 40 and 41, who would they make the check

13  payable to?

14       A.   I -- I can't answer that definitively.  It's

15  either Quantum Lake Villas, or it might be Realty

16  Services Corp., which is the management company.  But

17  it would be one of those entities.

18       Q.   So they don't make the rental payments then

19  to Olen Properties Corp.; correct?

20       A.   Correct.

21       Q.   Is there some type of relationship where

22  Quantum Park Villas or Realty Services pays something

23  to Olen Properties Corp.?

24       A.   No.  Well, you know --

25       Q.   So Olen Properties Corp. doesn't receive any

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 15 of 223

Igor Olenicoff
January 31, 2022

1  rental income from the property at Buildings 40 and

2  41; correct?

3       A.   No.  It -- it does not receive rental

4  income.

5       Q.   Okay.  I'm going to share my screen again.

6            Can you see what was previously marked as

7  Exhibit 2?

8       A.   The only thing I can see is -- is the top

9  lettering:  "AIA Document."

10           MR. SAX:  Jeff, can you blow it up?

11           THE WITNESS:  Either that, or I can walk up

12      to the screen.

13 BY MR. KATZ:

14      Q.   Well, you know, I can make it bigger, but --

15 hold on.

16           How's that?

17      A.   It's like a -- like an eye exam.  Let me

18 walk up.  Okay.  I can see it's -- it's the AIA

19 contract between Quantum Town Center, LLC, and

20 Bradley.

21      Q.   Okay.  And it says that it has to do with

22 Quantum Lake Villas 1091 and 1099 Quantum Lakes Drive,

23 Boynton Beach, Florida; correct?

24      A.   Correct.

25      Q.   And that's what we've been referring to as

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 16 of 223

Igor Olenicoff
January 31, 2022

Page 15

1    Buildings 40 and 41?

2         A.   Correct.

3         Q.   Okay.  Did Bradley, as far as you know,

4    build any of the other apartments within that

5    apartment complex?

6         A.   Yes.  I think they built the apartments that

7    are -- that were referred to as Lot 17, or Quantum

8    North.  That's the 80 units at Quantum North.

9         Q.   It's my understanding, in Buildings 40 and

10   41, there's a total of 80 units; correct?

11        A.   Correct.

12             MR. SAX:  Hey, Jeff -- Igor, did you want to

13        sit in that chair, and I'll turn the camera?  Is

14        that easier for you?

15             THE WITNESS:  No, it's okay.

16             MR. SAX:  All right.  Go ahead, Jeff.

17   BY MR. KATZ:

18        Q.   As far as the actual construction of the

19   property, how involved were you with the construction

20   of the property?

21        A.   I had a casual involvement, not a direct

22   involvement.

23        Q.   Would you have had any conversations or

24   discussions with Bradley during the course of

25   construction of Buildings 40 and 41?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 17 of 223

Igor Olenicoff
January 31, 2022

Page 16

1      A.    No.

2      Q.    **Did you ever have any conversations with**

3  **anyone at Bradley during the construction or after the**

4  **construction relating to Buildings 40 and 41?**

5      A.    I had a conversation with Bradley's

6  superintendent and the project manager of 40 and 41.

7      Q.    **And what were those conversations?**

8      A.    I was there a number of times simply walking

9  through to see the progress and the building in

10 general.

11     Q.    **Okay.  So was it just kind of a status**

12 **update conversation that you had?**

13         THE STENOGRAPHER:  I'm sorry.  I didn't

14    understand.

15         MR. KATZ:  Sure.

16 BY MR. KATZ:

17     Q.    **Was it just a status-type of update**

18 **conversations that you had?**

19     A.    Yes.

20     Q.    **Did you ever have any conversations with**

21 **anyone at Bradley after the construction was**

22 **completed?**

23     A.    No.

24     Q.    **As far as the means and methods of**

25 **construction, were you involved in that at all?**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 18 of 223

Igor Olenicoff
January 31, 2022

Page 17

```
 1              MR. SAX:  Let me object to form, but you can
 2       answer.
 3       A.   No.
 4  BY MR. KATZ:
 5       Q.   And when I say "means and methods of
 6  construction," you understand what I mean by that;
 7  correct?
 8              MR. SAX:  Object to form.
 9       A.   Well, I have my understanding of what that
10  means.  But I don't know what your understanding is;
11  so you can enlighten me.
12  BY MR. KATZ:
13       Q.   Why don't you tell me what -- what your
14  understanding of "means and methods" is.
15       A.   Well, what means were used and what methods
16  were used.
17       Q.   As far as decisions on whether to use a
18  stucco exterior system, or Acrylall -- were you
19  involved in that -- those discussions at all?
20       A.   I was a consultant.  I was -- well, I wasn't
21  a consultant.  I was advised that Bradley was
22  encouraging or pushing us to use Acrylall rather than
23  the stucco that was specified.
24       Q.   And who did you have those conversations
25  with?
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 19 of 223

Igor Olenicoff
January 31, 2022

Page 18

1       A.    Dale Lyon.

2       Q.    **Would it be fair to say, though, that you**

3  **had no direct conversations with Bradley regarding the**

4  **use of Acrylall versus stucco?**

5       A.    Correct.

6       Q.    **Did you ask or discuss with Dale Lyon**

7  **regarding him doing any research or information**

8  **gathering regarding the Acrylall system?**

9       A.    Yes.  He discussed with me what information

10  he had received from Bradley regarding the use of this

11  system.

12       Q.    **And what information did he tell you that he**

13  **received from Bradley?**

14       A.    That they were promoting this system as a

15  superior system to stucco.  That it would be more

16  waterproof, would be a better finish, and that it is

17  basically replacing stucco pretty much nationwide.

18  That it was, you know, the way to go.

19       Q.    **Did Dale give you any product specifications**

20  **documentation to review?  Or was it just an oral**

21  **discussion with Dale?**

22       MR. SAX:  Object to the form, but you can

23       answer.

24       A.    It was an oral discussion of what

25  information he had asked for and received, and -- and

Igor Olenicoff
January 31, 2022

Page 19

1   I -- and he gave me his suggested change based on what

2   he indicated he received from Bradley.

3   BY MR. KATZ:

4       Q.   And what was Dale Lyon's suggested change?

5       A.   Was to replace the stucco with this alleged

6   superior product called Acrylall.  Oh, I did ask

7   him -- I do remember clearly what he provided, and

8   I -- and I asked him about the warranty and whether

9   there was a -- a solid warranty that comes with the

10  system.  And he assured me that there was and that he

11  was made aware of it and would make sure that it was

12  in the contract.

13      Q.   And that's Dale that's telling you that;

14  correct?

15      A.   Correct.

16      Q.   And do you have a recollection of what the

17  warranty was?  How long?

18      A.   Yes.  To the best of my recollection, I

19  think it was ten years for -- against cracking or

20  deforming or leaking.  Or basically, it was an

21  ironclad ten-year warranty.

22      Q.   Did you actually review the warranty?

23      A.   No, I did not.  Well, not until after -- I

24  should say, to be clear, I didn't review it at that

25  time.  I've since reviewed it, yes.

Igor Olenicoff
January 31, 2022

Page 20

1        Q.    And so prior to the work being done, though,
2    you didn't review the actual language of the warranty?
3        A.    No.  I left that up to Dale Lyon.  That's
4    his job.
5        Q.    Were you involved in any of the decisions
6    associated with how to paint the exterior of the
7    building?
8        A.    I'm sorry.  You broke up.  How to what?
9        Q.    Paint the exterior of the building.
10        A.    Yes.  I was informed that -- that a decision
11    had been reached that the building would be painted
12    with Sherwin-Williams paint.
13        Q.    Well, who told you that?
14        A.    Dale did, and he's -- Sherwin-Williams was
15    our national paint manufacturer rep.
16        Q.    Did Dale Lyon tell you that by using the
17    Sherwin-Williams paint, that would void a portion of
18    the warranty from Acrylall?
19            MR. SAX:  Object to form, but you can
20        answer.
21        A.    That's not true.  The only thing that the
22    warranty excluded was the -- the paint, that they
23    would not warranty that the paint would not fade.  But
24    we received that warranty from Sherwin-Williams; so --
25    so that was fine.  But there was no other part of the

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 22 of 223

Igor Olenicoff
January 31, 2022

Page 21

1  Acrylall warranty that would be voided.

2  BY MR. KATZ:

3      **Q.   And the warranty for the Acrylall system was**

4  **provided by Acrylall; correct?**

5      A.   Well, our warranty is in our contract.  You

6  know, we didn't have any privity of contract with

7  Acrylall.  That was Bradley's business.  So our

8  warranty we received was via Bradley and our contract

9  with them.  And then they received it, I'm going to

10 gather, from Acrylall, when they contracted with them.

11     **Q.   Now, Bradley gave you a one-year warranty**

12 **for the work that they did; correct?**

13     A.   I'm sorry.  You're --

14     **Q.   Bradley gave you a one-year warranty for the**

15 **work they did; correct?**

16     A.   No.  No.  On the Acrylall system, there was

17 a one-year labor warranty and a ten-year product

18 warranty.

19     **Q.   And a product warranty comes from the**

20 **manufacturer, doesn't it?**

21     A.   It comes from both the manufacturer and --

22 and the contractor who specifies it.  We don't have a

23 contract with the manufacturer, but the contractor

24 receives it and, you know, passes it on, via

25 themselves, to us.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 23 of 223

Igor Olenicoff
January 31, 2022

Page 22

1      Q.    They pass the warranty from the manufacturer
2    on to -- on to Quantum Town Center, LLC, who is the
3    party to the contract with Bradley; right?
4           MR. SAX:  Object to form.
5      A.    No.  I've answered that question.
6    BY MR. KATZ:
7      Q.    Okay.  Well, I'm going to ask you to answer
8    the question the way I asked it again, please.
9      A.    Well, ask it again.
10     Q.    Okay.  The -- the warranty for the Acrylall
11   was from the manufacturer, and then Bradley passed
12   that manufacturer on to Quantum Town Center, LLC, who
13   is the party to the contract with Bradley
14   Construction; correct?
15          MR. SAX:  Object to form.
16     A.    Bradley con- -- contracted with Acrylall and
17   received a ten-year warranty.  Our contract with
18   Bradley not only includes their warranty that they
19   receive from the manufacturer or from whoever, and
20   they then pass those warranties on to us.  But that
21   doesn't relieve Bradley of the obligation to stand
22   behind those warranties.
23   BY MR. KATZ:
24     Q.    Okay.  So if you have a roof put on --
25   shingles usually have some type of warranty; right?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 24 of 223

Igor Olenicoff
January 31, 2022

Page 23

```
 1      A.   I'm sorry.  I didn't hear the question
 2  again.  You -- you got garbled.
 3      Q.   If you put a roof on a building, the
 4  shingles on the roof typically have a manufacturer's
 5  warranty; correct?
 6      A.   Yes.
 7      Q.   All right.  And some of those warranties can
 8  be 15 to 25 years; correct?
 9      A.   Correct.
10      Q.   And so are you asserting that when the
11  manufacturer gives a warranty of the shingles of 15 to
12  25 years, that somehow the general contractor is
13  responsible for that warranty provided by the
14  manufacturer?
15           MR. SAX:  Object to form.
16      A.   Well, they're not -- they're responsible in
17  the sense that, yes, they're -- they received it.  The
18  manufacturer warrantied them because they're the buyer
19  of the product, or the roofing manufacturer is the
20  buyer of that product.
21           The -- the manufacturer has no, again,
22  privity of contract with the homeowner; so all of the
23  warranty flows through the -- the roofer to the
24  manufacturer.  You know, the homeowner has no basis of
25  going to the manufacturer except through the roofer
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 25 of 223

Igor Olenicoff
January 31, 2022

Page 24

```
 1   or, in this case, the general contractor.
 2   BY MR. KATZ:
 3       Q.    Okay.  So you're asserting that despite the
 4   fact that the manufacturer of the roof shingle gives a
 5   warranty, that the homeowner can't directly con- --
 6   contact the manufacturer of the shingles and say,
 7   "Hey, my roof is failing because your shingles failed.
 8   You guys need to come out here and fix that."
 9            MR. SAX:  Object to form.
10       A.    Again, we're talking, you know,
11   hypotheticals.  But the answer is most probably the
12   manufacturer -- and we've had this experience over the
13   many years -- that says, "You know what?  Talk to your
14   contractor, and then have him contact us.  Because,
15   you know, we're not sure whether it's our shingle that
16   has failed or whether it's, you know, the work
17   methods" and, you know, whatever -- the term you use.
18            THE WITNESS:  And excuse me.  I'm going to
19        take a five-minute break.  I'll be having a few
20        of these.  I had six cups of coffee.  Excuse me.
21        I'll be right back.
22            (Recess from 10:06 a.m. until 10:10 a.m.)
23   BY MR. KATZ:
24       Q.    Who actually paid for the construction of
25   Buildings 40 and 41?  Was that Quantum Town Center,
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 26 of 223

Igor Olenicoff
January 31, 2022

Page 25

1    LLC?

2         A.    Yes.

3         Q.    And what's the relationship between Quantum

4    Town Center, LLC, and Villas at Quantum Lakes, Inc.?

5         A.    Okay.  I -- I'm sorry.  I may have

6    misspoken.  It would have been the owner of that -- of

7    those buildings.  And I believe they're owned by -- by

8    Quantum Villas, not Quantum Town Center, but I may

9    have that wrong.  I don't know offhand, you know, who

10   owns those buildings.  But whoever -- whoever owns the

11   buildings, that's -- that's who paid for them.

12        Q.    Okay.  So the -- the agreement with Bradley

13   was with Quantum Town Center, LLC -- correct? -- that

14   I showed you before?

15        A.    Yes.

16        Q.    All right.  So it may be that Quantum Town

17   Center, LLC, didn't actually pay Bradley; a different

18   entity paid Bradley?

19        A.    No, I don't know that.  I think, you know,

20   as I said, whoever the owner is -- and since that's

21   the contracting entity, I'm going to alter my -- my

22   recollection.  It was probably owned by Quantum Town

23   Center, LLC, and that's who paid for it.

24        Q.    All right.  And is there any relationship

25   between Quantum Town Center, LLC, and Villas at

Igor Olenicoff
January 31, 2022

Page 26

1    Quantum Lakes, Inc.?

2         A.    Yes.   They're sister corporations.

3         Q.    **And tell me what you mean by "They're**

4    **sisters corporations."**

5         A.    They're both owned by Olen Properties Corp.

6         Q.    **So does Villas at Quantum Lakes, Inc., make**

7    **any payments to Olen Properties Corp.?**

8              MR. SAX:  Object to form, but you can

9         answer.

10        A.    No.   You mean for the construction of the

11   buildings?  I don't know the question -- no, there's

12   no formal agreement to have that entity pay Olen

13   Properties.  Again, they're all in the same corporate

14   structure, so...

15             MR. KATZ:  Okay.  I want to go through some

16        of the documents that were recently provided and

17        gather some understanding from you regarding what

18        these documents relate to.  So -- so I'm going to

19        share my screen.  I'm going to show you what I'll

20        mark as Exhibit 41.

21             (Marked as Exhibit 41.)

22   BY MR. KATZ:

23        Q.    **Can you see that document?**

24        A.    I'm going to walk up to it.

25             And does that have a "1" in the corner?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 27 of 223

Igor Olenicoff
January 31, 2022

Page 27

1    Q.    No, it does not.

2          MR. SAX:  Jeff, what I'm going to do is I'm

3    going to turn the camera so you can see him over

4    here.

5          MR. KATZ:  Okay.

6          MR. SAX:  You're going to have to blow that

7    up even if he sits over there, just so you know.

8    I mean, he can stand right in front of the

9    screen.  That's the only way he's going to see

10   that.

11         THE WITNESS:  Yes, I know the document.  If

12   you'd slide it up just a little bit...

13   BY MR. KATZ:

14   Q.    When you say "up," tell me what you mean.

15   A.    What?

16   Q.    Do you need me to make it bigger?

17   A.    No.  No.

18         MR. SAX:  He's talking about the margin at

19   the top.  It looks a little different.

20   BY MR. KATZ:

21   Q.    And this is -- this is different than the

22   document -- you guys have produced a couple different

23   packages of documents.  This was in the first -- in

24   the earlier production, not the one we just recently

25   got.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 29 of 223

Igor Olenicoff
January 31, 2022

Page 28

1    A.   Oh, okay.  All right.  So that's --

2  that's -- no, it's -- it's not.  It's slightly

3  different.  But, yes, okay, that's the same as -- as

4  the new Exhibit 1 that I sent over recently.

5    Q.   Okay.  Well, it's a little bit different,

6  but let me just make sure I understand.

7       Are these that are listed on Exhibit 41 --

8  are these all properties that are within the Olen

9  Properties umbrella?

10   A.   Yes.

11   Q.   So the property that we're talking about

12 today, is that Quantum Lake Villas?

13   A.   No.  It's -- 40 and 41 are -- go down.  And

14 see that section right -- the new lease-up properties?

15 That's 40 and 41.

16   Q.   Okay.  So this says, under "Quantum Lake

17 Villas," that there's 599 units; correct?

18   A.   Correct.

19   Q.   Is that the total number of apartments that

20 are in Quantum Lake Villas?

21   A.   Well, at the time, plus the new ones in

22 lease-up.  And you'll note that if you skip down after

23 that, there's a section called:  "Under Construction."

24 There's another 80 and another 104.  So those --

25   Q.   Let me -- let me rephrase the question,

Igor Olenicoff
January 31, 2022

Page 29

1    then.

2            This appears to be something that is from

3    December '13 through December of '14; correct?

4        A.   Correct.

5        Q.   All right.  And where it says "Quantum Lake

6    Villas, 599," that's the total number of units that

7    were available for rent in Quantum Lake Villas as of

8    December 13, 2013; correct?

9        A.   Yes.

10       Q.   All right.  Because Quantum 40 and 41 and

11   Quantum Lake Villas North and Quantum Lake Villas

12   West, as of December 13th, had not yet opened --

13       A.   Correct.

14       Q.   -- is that fair?

15       A.   Correct.

16   BY MR. KATZ:

17       Q.   So, then, the next item says:  "OCC."

18            What does that "OCC" stand for?

19            MR. SAX:  Jeff, can you make it a little

20       larger so he can sit down and look at it at the

21       same time?

22            MR. KATZ:  Sure.

23            THE WITNESS:  Oh.

24   BY MR. KATZ:

25       Q.   How's that?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 31 of 223

Igor Olenicoff
January 31, 2022

Page 30

1       A.    Yeah.

2             MR. SAX:  Now he can sit down.  All right.

3       A.    "OCC" means occupied.

4    BY MR. KATZ:

5       Q.    And "LSE" means what?

6       A.    Available -- that's lease.

7       Q.    Okay.  So, you know, I'm trying to

8    understand why there's a different percentage of

9    occupied and lease.

10            Why would those percentages be different?

11      A.    Well, the difference is that leasing goes on

12   continually, as do, also, move-outs.  So if somebody

13   has moved out, it would not be occupied but maybe

14   leased, and it may be leased but not get occupied.

15   So, you know, we differentiate that, but generally

16   they should be very close.

17      Q.    Okay.  And then towards the end, there's two

18   columns that says:  "Number of units occupied"; right?

19   Do you see that:  "Number of units occupied"?

20      A.    Well, you slid the -- the signed number of

21   units --

22            MR. SAX:  Do you need to see the left

23      margin?

24      A.    -- number of units and then -- yes, on the

25   end.  You know, your -- mine and your photos cover

**www.phippsreporting.com**
**(888) 811-3408**

Igor Olenicoff
January 31, 2022

1  that up.  But -- I don't see the last two columns, but

2  I'm looking at -- at my exhibit.  And, yes, there is

3  two columns.  One is "Units occupied" and "Units

4  vacant."

5          MR. SAX:  Jeff, any way you can shift the

6      screen over?  The reason I'm asking is the photos

7      of everybody -- the videos of everybody is in the

8      far right, and you can't see the last two

9      columns.

10         (Discussion off the record.)

11  BY MR. KATZ:

12     **Q.   Okay.  So it says here:  "Number of units**

13  **occupied" and, it appears to be, "Projected" -- is**

14  **that "vacancies"?  Is that what it means?**

15         MR. SAX:  Igor, actually, you can see it now

16     on the screen, the last two columns on the right.

17     A.   Right.  One says "Occupied," and the other

18  one is "Projected vacancies."

19  BY MR. KATZ:

20     **Q.   All right.  When -- when it says "Projected**

21  **vacancies," does that mean in December of '14?  Or**

22  **does that mean coming up in the near future?**

23     A.   It's coming up generally in the coming month

24  or -- or two.  So that's where you have units that are

25  occupied, but their -- their lease is expired and

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 32 of 223

Igor Olenicoff
January 31, 2022

Page 32

1   their -- or they've given notice; so they'll be

2   vacating.

3       Q.   Okay.  Now, I've gone to the second page of

4   Exhibit 41.  Can you see that?  I'll make it a little

5   bigger.  I just want to show you an overall view of

6   that.

7           MR. SAX:  Yeah, make that bigger.  Hold on.

8       A.   Okay.  Yes, I see it.

9   BY MR. KATZ:

10      Q.   Okay.  I had to shuffle them around; so I'm

11  trying to get -- all right.  Now, this says:  "Weekly

12  rental rate and concessions report."

13          Do you see that?

14      A.   Yes.

15      Q.   And this is for the week ending January 4,

16  2014.

17      A.   Yeah.

18      Q.   So what would be included on this report?

19      A.   Well, for the projects that are shown, it

20  would show the type of units that -- that are

21  available, the -- the square footage, and the unit mix

22  and what the optimum rents are and so on.

23      Q.   Right.  So, for example, Club Lake Pointe,

24  it says:  "Decreased" -- is that what the rent is?

25  Decreased from 1,375 to 1,320?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 33 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 34 of 223

Igor Olenicoff
January 31, 2022

Page 33

```
 1        A.    Yes.

 2        Q.    Okay.  So that's what that means.

 3        A.    That's -- that's what that means.

 4        Q.    Okay.  And then where it says "On Delray

 5   Bay, increased from 1,200 to 1,275," that's a rental

 6   increase; correct?

 7        A.    Yes.

 8        Q.    So there are no notes in here for the

 9   Quantum Lake 80 units that are Buildings 40 and 41;

10   correct?

11        A.    There are no notes there, no.

12        Q.    Okay.  Now, is this a report that can be

13   run -- that's run weekly? monthly?  How often is this

14   report run?

15        A.    It says:  "Weekly."

16        Q.    So I would represent to you that we only

17   received this report for the week of January 4, 2014;

18   so I'm assuming that there will be reports for this

19   for the other weeks other than January 4, 2014.

20        A.    No.  That's a -- a wrong assumption.  We

21   don't have those reports.  We don't keep them.

22   They're a -- a moving target.  They're made every

23   week, changed every week.  They're changed during the

24   week.  That's a report that is not in our archives.

25        Q.    Right.  Well, this report is from the week
```

Page 34

1  ending January 4, 2014; right?

2      A.   Correct.

3      Q.   And so why is it that you have this one

4  report only for the week of January 4, 2014?

5      A.   Well, because we, for some reason, kept it.

6  It was part of -- I don't know.  Possi- -- possibly

7  because we were looking at the startup of Quantum Lake

8  Villas, the 80 units; so -- so that's maybe why we

9  kept it.

10      Q.   Were you -- were you involved in searching

11  for any records for this -- for responses to the

12  request to produce?

13      A.   Yes, I was asked or I -- and I don't have

14  any knowledge.  I know I have knowledge enough that I

15  asked that, you know, we don't have these reports.

16      Q.   All right.  So you only have this one weekly

17  report for January 4, 2014, and you have no other

18  weekly rental rate and concession reports other than

19  this one?

20      A.   That's correct.  As far as I know, that's

21  correct.

22      Q.   Okay.  Now, I'm going to scroll down to

23  page 4 of 8 and ask you what this page reflects.

24      A.   Well, I think it speaks for itself.  It

25  shows the projects and shows how many move-ins are

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 35 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 36 of 223

Igor Olenicoff
January 31, 2022

Page 35

1   projected in and out and what's vacant and -- well,

2   you know, the columns are labeled.  I don't need to

3   read them.  They're self-explanatory.

4       **Q.   I don't need you to -- I just want to know**

5   **what the -- what the purpose of this document is.**

6       A.   I don't know.  It's -- it's really for --

7   for the operations people out in the field, for the

8   district managers.  Management really never sees these

9   reports.

10          You'll notice it was prepared by the top two

11  people of operations in -- in Florida; so it's really

12  more for their use of meeting and dealing with the

13  managers.

14      **Q.   Right.  So that -- those two people are Doug**

15  **Wolfe and Lisa Karow?**

16      A.   Yes.

17      **Q.   Do they still work for Olen or a related**

18  **entity?**

19      A.   No.

20      **Q.   They do not?  When did they stop work?**

21      A.   Well, at different times.  Lisa Karow

22  stopped working for us -- I'm going to guess -- about

23  six months ago, seven months ago.  Doug Wolfe stopped

24  working for us about three years ago.

25      **Q.   Well, it says this report was prepared on**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 37 of 223

Igor Olenicoff
January 31, 2022

Page 36

1   October 22, 2021.

2              MR. SAX:   Is there a question?

3   BY MR. KATZ:

4        Q.   Do you see that?

5        A.   Yeah, I do.  I see it.

6        Q.   All right.  So you're saying when this

7   report was prepared, Doug Wolfe did not work for any

8   Olen entity?

9        A.   That's -- that's my recollection, that --

10  well, as a matter of fact, I can -- I can be certain

11  about that, that he -- he was not working for Olen at

12  the time.

13             Lisa -- Lisa may -- well, you know, hang on.

14  Let me think.  2021; that was just four months ago.

15  Lisa wasn't working for us either.

16       Q.   Right.  So this says this report was

17  prepared on October 22, 2021, for the week ending

18  December 28, 2014.

19             Do you see that?

20       A.   Yes.

21       Q.   All right.  So we've only received this one

22  report.

23       A.   Yes.

24       Q.   Would there be week-ending reports for other

25  weeks other than December 28, 2014?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 38 of 223

Igor Olenicoff
January 31, 2022

Page 37

```
 1       A.   No.  It's not anything we keep.  They --
 2  they must have gone back into RealPage and able to
 3  retrieve this out of RealPage.  That was the system we
 4  were on at that time.  We're no longer on that system.
 5  We're no longer with RealPage.
 6       Q.   Okay.  What software company are you using
 7  now?
 8       A.   MRI.
 9       Q.   And when did you switch to MRI?
10       A.   January 1st of this year.
11       Q.   What was the reason why you switched?
12       A.   RealPage was not performing as they had, you
13  know, represented they would.  We were with them for a
14  number of years and had a lot of issues with them.
15       Q.   And have you discussed or asked whether
16  there was access to any other reports other than this
17  one report the week ending December 28, 2014?
18       A.   No.  There aren't any, and they cannot be
19  retrieved.
20       Q.   And who is it that you've asked that
21  question to?
22       A.   Our accounting department in California.
23       Q.   What's the name of the person that you spoke
24  with?
25       A.   Jane Taylor.
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 39 of 223

Igor Olenicoff
January 31, 2022

Page 38

1      Q.    Does Jane still work for the company?

2      A.    Yes.

3      Q.    So if I'm reading this correctly, the

4   Quantum Lake that is down here that says "80," that

5   would be Buildings 40 and 41?

6      A.    Yes.

7      Q.    So it says during that week, there was one

8   person that moved in and that two deposits were

9   received; correct?  Am I understanding this correctly?

10     A.    That's correct.

11     Q.    All right.  And that 48 of the units at that

12  point had been occupied?

13          MR. SAX:  48 percent.

14          MR. KATZ:  Well, it says 80 unit numbers.  I

15     don't know if that's percentage --

16          MR. SAX:  I see what you're saying.  Sorry,

17     Jeff.  I was trying to read along with you.

18     A.    That's the way I would read it, yes.

19  BY MR. KATZ:

20     Q.    Okay.  And then that translates to

21  60 percent of the units had been occupied as of

22  December 28, 2014; correct?

23     A.    Number of units, percentage occupied, yes.

24     Q.    And then this -- as you further go down, it

25  says that three units were rented but not yet moved

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 40 of 223

Igor Olenicoff
January 31, 2022

Page 39

1   in, and therefore, 29 units are available; correct?

2       A.   Units available is 29.  Yeah.  Well, yes.

3   Again, I don't know where they -- how they calculate

4   that, whether it's people moving out, moving in.  But

5   as I mentioned, I'm not familiar with this report or

6   how it's used.

7       Q.   Okay.  So then if we go to the next page --

8   well, we'll go back.

9            We were talking before -- on the first page

10  of this document, for Quantum Lakes Villa, it's at 599

11  units; right?

12      A.   That's the -- the completed units and not in

13  lease-up.

14      Q.   Correct.  All right.  So, then, if we go

15  down to page 5 of 8, the Quantum Lakes units now says:

16  "679."

17           Do you see that?

18      A.   Ah, yes.  Okay.  Yes.

19      Q.   So would -- would that mean that Buildings

20  40 and 41 have now been added to the Quantum Lake

21  Villas total?

22      A.   That would make sense.  If you take 80 away

23  from 679, you would end up with whatever that --

24      Q.   The 599.

25      A.   Correct.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 41 of 223

Igor Olenicoff
January 31, 2022

Page 40

1          Q.    Okay.  Now, this, again, is the week ending
2     December 28, 2014.  And then this seems to track phone
3     calls and walk-ins.
4                Do you see that?
5          A.    Correct.
6          Q.    Phone calls, walk-ins.
7                Do you see where I'm talking about?
8          A.    Yes.  Yes, I do.
9          Q.    Okay.  And is that the number of people
10    who -- who call -- I'm just going to make this a
11    little smaller so you can see across -- the number of
12    people that would have made phone calls or walk-ins
13    about particular properties inquiring about leasing?
14         A.    Yes.
15         Q.    What does "DEP REC" mean?
16         A.    Deposit received.
17         Q.    And this would be year-to-date; right?
18    That's what it says up there.  Right here:
19    "Year-to-date."
20         A.    Yeah.  Well, I'm seeing that, yes.  But it's
21    also saying -- okay.  That section, yes.
22         Q.    And then it has "Move-in" and "Move-out";
23    right?
24         A.    Correct.
25         Q.    Now, again, we only received this for this

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 42 of 223

Igor Olenicoff
January 31, 2022

Page 41

1    one week.

2              Did you check or -- or ask whether, in fact,

3    this report is available for any other weeks other

4    than this one week?

5         A.   Well, we pulled it up for -- for each year.

6    This was, again, on RealPage, and we pulled it up on

7    RealPage for the year-ends -- each year-end since

8    then.  And those are the exhibits that were provided.

9         Q.   Relating to the phone calls and the walk-ins

10   was given for each year?

11        A.   No.  I'm sorry.  No.  Yeah.  No.  You know,

12   that's a living document that -- that we don't have.

13   The only thing that we're able to retrieve is the --

14   the 16 exhibits that we provided that show the Leasing

15   Occupancy Report for each year.

16        Q.   Okay.  Well, but this report for

17   December 28, 2014, says it was prepared on October 22,

18   2021; right?

19        A.   Yes.

20        Q.   All right.  So did you check with anyone to

21   see whether, in fact, there were other reports other

22   than this week ending December 28, 2014?

23        A.   No.  As I testified, that was obtained --

24   and I don't know why or for what reason -- but

25   obtained from the RealPage records.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 43 of 223

Igor Olenicoff
January 31, 2022

Page 42

```
 1        Q.    And as far as then -- strike that.
 2              So only this one week could be obtained from
 3    RealPage?  No other weeks could be obtained?
 4        A.    I don't know.  But if that's all that was
 5    provided, that was all that was obtained.
 6              THE WITNESS:  And excuse me.  I'm going to
 7        take another five-minute break.
 8              MR. KATZ:  Well, why don't we just take,
 9        like, ten minutes.  Probably the rest of us want
10        a break at this point.
11              MR. SAX:  Okay.  We'll all take a ten-minute
12        bathroom break.  All right.
13              (Recess from 10:41 a.m. until 10:49 a.m.)
14    BY MR. KATZ:
15        Q.    This is on page 7 of Exhibit 41.
16              Can you see that document?
17        A.    Yes.
18        Q.    Okay.  It says:  "Olen Residential Realty
19    Corporation," which how is that entity different than
20    Olen Properties Corporation?
21        A.    It's a different corporation.
22        Q.    Okay.  What does Olen Residential Realty
23    Corp. do?
24        A.    It's an owner of properties, other
25    properties.  I don't even know what -- I'm trying to
```

Igor Olenicoff
January 31, 2022

Page 43

1  understand this report.  I don't know what this report
2  is.
3      Q.   **Neither do I, but it was something that was**
4  **produced.  It appears to be a referral from residents,**
5  **brokers, and some websites, is what it appears to be,**
6  **but somebody's tracking that.**
7      A.   Yes.  It all has to do with operations,
8  and -- and this has nothing to do with any of the
9  Quantum properties.  They're trying to confuse you.
10     Q.   **Say that again.**
11     A.   I was being -- I -- I think we're trying to
12 confuse you.  We're sending you things --
13          MR. SAX:  Are you being facetious?
14          THE WITNESS:  Yes, I am.
15          MR. KATZ:  I -- I took it that way.  And if
16      that was the mission, then it was accomplished,
17      because I didn't understand how it related to
18      this.
19          THE WITNESS:  Well, we're both confused.
20 BY MR. KATZ:
21     Q.   **Okay.  Well, I won't ask any more questions**
22 **on that because neither of us really know what it is.**
23     A.   Right.
24     Q.   **So -- okay.  So now I'm going to go on.**
25 **What I did -- and so for purposes of you being able to**

Igor Olenicoff
January 31, 2022

1  follow along -- is that I took what you had -- or what

2  your company marked as 1 through 8, and I made it into

3  one exhibit as Exhibit 42.  Okay?

4          So you should have these documents, and I

5  think you have these that I'm going to show to you

6  now.

7      A.   I have --

8          MR. SAX:  Hold on.  He's going to put it up

9      on the screen for you to see.

10         THE WITNESS:  Okay.

11  BY MR. KATZ:

12      Q.   So this should be something that -- that you

13  have because it was just recently provided.  And I

14  believe this is what you were asking me about, did it

15  have a "1" on it.

16      A.   Yes.  Okay.

17         MR. SAX:  So, Igor, if you want to refer to

18      the one that's in front of you, that's fine --

19         THE WITNESS:  Right.

20         MR. SAX:  -- because it's smaller.

21  BY MR. KATZ:

22      Q.   Okay.  That -- that's the reason I was

23  telling you that you probably don't need to stand up

24  and look at it on the screen because you should have

25  those documents in front of you.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 45 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 46 of 223

Igor Olenicoff
January 31, 2022

Page 45

```
 1        A.   I do.
 2             MR. KATZ:  Okay.  And, again, I've marked
 3        this as Exhibit Number 42.  And for purposes of
 4        the records, it's Bates stamp 01217 [sic] through
 5        012184.
 6             (Marked as Exhibit 42.)
 7   BY MR. KATZ:
 8        Q.   Okay.  So the first question that I have
 9   that relates to this is:  How was this document
10   generated?
11        A.   This is a -- a document that is generated
12   by -- by our accounting department.  It's now -- this
13   is a corporate document and -- and one that I see
14   on -- on a monthly basis.
15        Q.   Is -- is this document generated through the
16   software that we were talking about before?
17        A.   Yes, it was.  It is now being -- it's now
18   being prepared by the new software.
19        Q.   So the document that's marked as Exhibit 42,
20   was that printed out through MRI software or through
21   RealPage?
22        A.   RealPage.
23        Q.   So you have access to RealPage so that you
24   can produce what -- what all these --
25        A.   No.  No.  You know, we don't have access to
```

Igor Olenicoff
January 31, 2022

Page 46

1    RealPage.  We mutually cut each other off on

2    January 1st and switched.  And so these are documents

3    that -- that we maintain in our records.  That's why

4    we were able to produce them.

5        **Q.   So is there a folder or a file where you**

6    **keep your leasing and occupancy reports?**

7        A.   There -- well, yes.  There's a -- there's a

8    file of these that is maintained, and -- and it's an

9    annual, you know, report month by month.

10       **Q.   Are they kept as an Excel spreadsheet?  Or**

11   **are they kept in some other format?**

12       A.   They're kept in this form.  This is, you

13   know, the form that I get.  As to how they're kept, I

14   don't -- I don't know how accounting keeps them.  But

15   this is, you know, what I receive, and this is the

16   year-end one.  As the year goes on, I only receive --

17   if it's January, there's only January on the report

18   and so on.

19       **Q.   But when you receive the report, is it in an**

20   **Excel spreadsheet format?  Or is there a PDF?**

21       A.   It's in this format right here.

22       **Q.   Okay.  I -- do you know the difference**

23   **between an Excel format, when something's in Excel,**

24   **versus a PDF?**

25       A.   No, I don't.

Igor Olenicoff
January 31, 2022

1      Q.    Are you able to -- when you receive the

2  report, can you alter the numbers?  Or are the numbers

3  fixed so that you can't change them?

4      A.    Oh, no.  You know, they can't be changed.

5  Certainly, I can't change them and nobody else can.

6  They are what they are, so...

7      Q.    Okay.  All right.  So then -- I think we've

8  gone through these before.

9          So the "OCC" means occupied, and the "LSE"

10  means leased; correct?

11      A.    That's occupied and leased.

12          Is that the question?

13      Q.    Yes.

14      A.    Yes.

15      Q.    All right.  And now, this one, again, these

16  are all properties that fall within the Olen

17  Properties umbrella that are owned by Olen Properties;

18  correct?  Not necessarily owned by Olen but within

19  that umbrella.

20      A.    Yes, they're all within the Olen umbrella.

21      Q.    So this first one here says it's the 2014

22  Leasing Occupancy Report; correct?

23      A.    Yes.

24          MR. SAX:  Hey, Jeff, can you blow up -- can

25      you blow up what you have on the screen.  Even

Igor Olenicoff
January 31, 2022

Page 48

```
 1          though he was looking at his copy, the rest of us

 2          are looking at the screen.

 3                  MR. KATZ:  Okay.  I will in a second.  I

 4          just want to get an overview of what we're

 5          looking at.  And then when I --

 6                  MR. SAX:  Sure.

 7                  MR. KATZ:  -- ask specific questions, I'll

 8          do that.

 9                  MR. SAX:  Okay.

10                  MR. KATZ:  All right.  So -- Spencer, is

11          that big enough that you can see?  Or do you need

12          it a little bigger?

13                  MR. SAX:  A little bit bigger, and then I'll

14          be good.  Just another 25 percent; I'm good.

15                  MR. KATZ:  How's that?

16                  MR. SAX:  Perfect.

17   BY MR. KATZ:

18          Q.   All right.  Now, this has Quantum Lakes

19   Villas, and it says:  "599 units"; correct?  Which

20   would affect the number of units for rent in that

21   phase; right?

22          A.   That does not include 40 and 41.

23          Q.   Right.  Because as of January 2014, none of

24   those were rented; right?

25          A.   Correct.
```

Page 49

```
 1                THE STENOGRAPHER:  I'm sorry.  "None of"?

 2                THE WITNESS:  "Those were rented."

 3                THE STENOGRAPHER:  Thank you.

 4                THE WITNESS:  Correct?  That's what he said;

 5        correct?

 6                MR. SAX:  Correct.

 7                THE WITNESS:  And I said, "Yes."

 8        BY MR. KATZ:

 9            Q.   And then I assume that this format through

10        the software must have somewhere the number of units

11        that are available and the numbers that are leased so

12        that it can calculate these percentages; right?

13            A.   Well, yes, you can -- these are

14        calculated -- well, these are the -- the most accurate

15        because -- in the sense that a lease has to be signed

16        before it goes on here, and a unit has to be occupied,

17        meaning that the accounting department is -- is

18        expecting rent.  So -- as opposed to the other ones

19        that you were showing me, those are weekly moving

20        numbers based on operations and somebody moving in,

21        moving out or -- so, you know, what is -- what I look

22        at and what management focuses on is this report.

23            Q.   Okay.  And then there's -- on the bottom of

24        this, it says:  "Quantum 40 & 41."  And then it says:

25        "11 units turned over to Operations week of 12/23/14."
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 50 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 51 of 223

Igor Olenicoff
January 31, 2022

Page 50

1          Do you see that?

2          MR. SAX:  I think it says 2/23/14, Jeff.

3    BY MR. KATZ:

4          Q.    Sorry.  2/23/14.

5          A.    Yes.

6          Q.    All right.  So that means that as of

7    2/23/14 -- that 11 units were available for rent?  Is

8    that what that means?

9          A.    No.  It just means that it went from the

10   construction department to the operations.  And then

11   the operations department has to, you know, make them

12   rent ready.  But, yes, by the time con- --

13   construction turns them over to operations, they --

14   they should be reasonably rent ready.

15         Q.    And so would it be fair to say that all 80

16   units have been turned over to Operations and been

17   rent ready on or about March 25, 2014?

18         A.    That's correct.

19         Q.    And then Manatee Bay Phase II, that was

20   being built approximately in the same time period as

21   Quantum 40 and 41?

22         A.    Well, it was being -- yes, as you can see,

23   it was lagging behind 40 and 41 by a few months.

24         Q.    So then this shows, by December of 2014,

25   that 60 percent of the units had -- within Quantum 40

Igor Olenicoff
January 31, 2022

Page 51

```
 1   and 41 had been occupied and 63.75 percent had been
 2   leased.
 3        A.   That is correct.  And, you know, what is
 4   significant, if you want me to expand, with these
 5   numbers -- that when the project was turned over and
 6   leasing started in -- in March and April, there was --
 7   you know, we, Olen, enjoyed a very nice acceptance of
 8   those units; so -- so that in seven months or eight
 9   months, we were 60 percent occupied.  And as, you
10   know, the rest of Quantum -- actually, all of the
11   projects.  And to point out -- keep in mind that this
12   was before the buildings started to experience the
13   leprosy that -- bestowed them just months later.
14        Q.   Okay.  Now, included on here is -- what is
15   the Indian Hills property?
16        A.   Where is it?
17        Q.   What -- I mean, where is it in relation to
18   Quantum?
19             MR. SAX:  Are you talking about location,
20        Jeff?
21             MR. KATZ:  Yes, location.
22        A.   Indian Hills is in Boynton, probably, I'm
23   going to guess, three, four miles away from the
24   Quantum project.
25
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 52 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 53 of 223

Igor Olenicoff
January 31, 2022

Page 52

1  BY MR. KATZ:

2      Q.    Has Indian Hills undergone any type of

3  renovation or remodeling from 2014 to present?

4      A.    No, I can't say that.  All of our

5  projects -- I mean, literally every project is on a

6  continuous remodeling and -- and upgrading and --

7  because, again, Olen keeps its projects forever.  So

8  it's -- it's important that we maintain them and keep

9  them competitive.  And Indian Hills was the very first

10  project that I built in Florida; so it was a ways --

11  it's old.

12      Q.    When -- when was Indian Hills built,

13  approximately?

14      A.    Late -- I'm going to guess about 1988, '89.

15      Q.    Okay.  So that's the -- that's for the

16  year -- this shows for the year of 2014.  Then we go

17  to the year 2015.

18            Now, in the prior year, Quantum Lakes had

19  599 units -- right? -- in 2014?

20      A.    Yes.

21      Q.    And then in 2015, Quantum Lakes Villas has

22  679 units; right?

23      A.    Yes.

24      Q.    So would it be fair to assume that that

25  includes now Quantum 40 and 41?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 54 of 223

Igor Olenicoff
January 31, 2022

Page 53

1      A.    Yes, because this is an Operations report.

2    So at -- at the end of what would have been a normal

3    lease-up, 12 months, we -- we would have or should

4    have achieved 100 percent occupancy or 95 percent

5    really within nine months.

6              So after nine months, the project is, for

7    accounting purposes, blended into the total.  But

8    because we were having issues reaching occupancy on 40

9    and 41, it was found advantageous that we segregate

10   what the leasing and occupancy was on 40 and 41 on an

11   ongoing basis.

12             Because right about this time, about a year

13   later, is when the initial issues with the paint and

14   the substructure started to appear.  And you'll notice

15   that -- that where 60 percent was reached very

16   quickly -- well, not that quickly, but had normal

17   acceptance and leasing, that subsequent year, when

18   the -- when the surface started to fade and have

19   issues, occupancy basically stalled and, if anything,

20   regressed a tad.

21      Q.    Okay.  The Quantum Lake Villas number, where

22   it has the 679, includes the Quantum 40 and 41 --

23   correct? --

24      A.    Right.

25      Q.    -- in -- in 2015.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 55 of 223

Igor Olenicoff
January 31, 2022

Page 54

1          **And you're able to extract out the Quantum**

2     **40 and 41 just for purposes of showing that property;**

3     **right?**

4          A.   Yes.  Because -- as I said, yes, it was kept

5     separate because what was happening is when it was

6     blended into the -- the overall and made 679, it

7     started to drag down the occupancy of the earlier

8     phases.

9               So, you know, when I saw that, I said, you

10    know, "Wait a minute.  I understand for accounting

11    reasons you have to add it," which they did.  But the

12    minute that they added it, you'll note that Quantum

13    Lake Villas went from -- it was -- in January, it was

14    98.5 percent occupied, 99 percent leased.  And then 40

15    and 41 dragged it down to -- to 74 percent, you know,

16    by the end of the year -- or 76 percent.

17         **Q.   Well, let me just ask some questions because**

18    **I just logically don't understand the number.**

19              **So if Quantum Lakes, in January of 2015, is**

20    **99 percent leased and Quantum 40 and 41 is only**

21    **60 percent leased, how does Quantum Lake's number**

22    **arrive at 99 percent?  Just math-wise, that doesn't**

23    **make any sense to me.**

24         A.   Well, because it hasn't been blended in for

25    occupancy reasons.  Because when I said -- told them

Igor Olenicoff
January 31, 2022

Page 55

1   to hold out the occupancy on 40 and 41 separately,

2   which they did below, for the first few months all the

3   way through August, it wasn't affecting the occupancy

4   of Quantum Lakes.

5            But then finally, they blended it in, and

6   you'll notice that it immediately dropped from

7   wherever it was.  Let's see.  It was in the 90s -- 96,

8   97, 98, and 90 -- and then once it was blended in, it

9   dropped into the 70s.

10       Q.   Right.  But this says, for Quantum Lake

11   Villas, 679, which includes the Quantum 40 and 41.

12            How do we know which one of these months

13   includes Quantum 40 and 41?  Wouldn't it be safe to

14   assume that all of them do?

15       A.   No.  No.  Because it's obvious that -- for

16   the reasons you pointed out, that 40 and 41 were being

17   withheld because they were having issues.  They were

18   not leasing up.  And finally in -- in September or

19   October, we finally had to blend them in and -- and a

20   drop.

21       Q.   Okay.  And is it your opinion that the only

22   reason why there was a drop in Quantum Lakes Villa was

23   because of the issue with the paint and the Acrylall?

24       A.   Yes.  And I think when you go through the --

25   through the -- through these eight exhibits, I'll be

Igor Olenicoff
January 31, 2022

Page 56

1    able to point out to you, you know, without a doubt

2    that that's exactly and the only reason that --

3        Q.    Right.

4        A.    -- the occupancy was what it was.

5        Q.    Well, let's -- let's look at some of the

6    other properties.  Indian Hills, in January of '15,

7    said it was 100 percent occupied -- right? -- or

8    leased -- 100 percent leased.

9        A.    Yes.

10        Q.    In February, that dropped to 98.22 percent;

11    correct?

12        A.    In February, Indian Hills?

13        Q.    Yes.

14        A.    Yes.

15        Q.    And then in March of 2015, it dropped to

16    94.44 percent; right?

17        A.    Yes.

18        Q.    And then in April, it dropped to

19    89.78 percent; correct?

20        A.    Yes.

21        Q.    And then in May of 2015, Indian Hills

22    dropped to 84.44 percent; right?

23        A.    Yes.

24        Q.    And then in June, it dropped to

25    82.44 percent --

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 57 of 223

Igor Olenicoff
January 31, 2022

Page 57

```
1        A.    Yes.

2        Q.    -- correct?

3        A.    Correct.  You know, what that has to do with

4    the price of tea in China, I don't know -- or this

5    case, but, you know, go ahead.

6        Q.    And then in July, it dropped to

7    77.56 percent; right?

8        A.    Yes.

9        Q.    And then in August of 2015, it dropped to

10   73.33 percent; correct?

11       A.    Yes.

12       Q.    So that's almost a 27 percent drop in the

13   lease rate for Indian Hills from January '15 to

14   August '15; right?

15       A.    Yes.

16       Q.    And there was no issue with construction on

17   Indian Hills, just a drop in rent.

18       A.    No.  I mean, you don't know that.  And

19   that's a bad -- that's an improper assumption.  It

20   doesn't fit.  If -- if you want to compare, then, you

21   know, just go up, you know, one line to Delray Bay.

22   And Delray Bay, in January, was 100 percent.  And at

23   the end of the year, it was 97.5 percent, and it then

24   dropped a single amount.

25              And -- and all the way across -- you can
```

Igor Olenicoff
January 31, 2022

Page 58

1   start with Lake Pointe was at 95 percent; ends up at

2   92 percent.  Club Mira Lago was 97 percent; ends up at

3   92 percent, you know.

4           So I know each project has its own dynamics,

5   has its own staff problems or, you know, whatever, but

6   Quantum has the same staff, the same location, and --

7   as the previous projects.

8           And if you want to see -- if you'd like to

9   make that kind of a comparison, I would draw your

10  attention that each -- each year, that the 40 and 41

11  remained in the 50 to 60 percent range, if you look at

12  20- -- 2017, 2018.

13       Q.   All right.  We'll -- we'll get to those

14  years.

15       A.   Okay.

16       Q.   I just want to start -- I just want to

17  concentrate on 2015 at this point.

18       A.   Okay.

19       Q.   So Whalers Cove, in January of '15, the

20  lease was at 99.26 percent, and at the end of the

21  year, it was at 73.53 percent; right?

22       A.   Yeah.

23       Q.   Okay.  So some of the other properties had a

24  drop in the rental during the year of 2015 for

25  something not related to the construction problem.

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 60 of 223

Igor Olenicoff
January 31, 2022

Page 59

1          **Wouldn't you agree with that, that there are**
2     **some other reasons why the amount of rent can drop and**
3     **why units are being rented other than the fact that**
4     **there are construction problems --**

5               MR. SAX:  Object to form.

6     BY MR. KATZ:

7          **Q.    -- or was construction problems?**

8               MR. SAX:  Object to the form, but you can

9          answer.

10         A.   Well, it's obviously a drop in those

11    projects for other reasons, and it may be construction

12    but maybe not.  But you can't draw an analogy or a --

13    why a project that is 30-plus years old 4 miles away

14    dropped.  You know, we could look into that and see,

15    you know, what happened.

16              And I can tell you -- you know, my

17    recollection is quite clear, you know -- what happened

18    is that we had a manager there that had dropped the

19    credit requirements to lease from us and allowed some

20    unqualified and poor tenants -- "poor" meaning

21    quality, not financial -- to move in.  And she was

22    terminated, and we had to clean house there with --

23    with the residents, and that's why that dropped.  So,

24    you know --

25

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 61 of 223

Igor Olenicoff
January 31, 2022

Page 60

1  BY MR. KATZ:

2       Q.   **Right.**

3       A.   -- those -- you know, those things happen.

4  But, you know, we can talk about, you know, Olen owns

5  over 17,000 units, and each project has its own

6  dynamics.  But this project, the dynamics were very

7  simple and clear-cut.  It was -- it was the -- it was

8  the finish of the -- of the buildings.

9       Q.   **Well -- well, what was the issue with the**

10 **drop in Whalers Cove --**

11           THE STENOGRAPHER:  I'm sorry.  I didn't

12      understand.

13           MR. SAX:  Jeff, you're covering your hand.

14      She can't hear you.

15 BY MR. KATZ:

16      Q.   **All right.  What was the issue with Whalers**

17 **Cove?  Did you have a manager problem there too, why**

18 **there was a drop in rent?**

19      A.   Mr. Katz, you're asking me to go back seven

20 years and -- and remember what was going on at Whalers

21 Cove.  I don't know.  It could have been a number of

22 things.

23           But it generally is -- well, I do remember

24 in Whalers Cove and -- and Indian as well.  That was a

25 time -- you know, now it's becoming -- coming back to

Igor Olenicoff
January 31, 2022

1    me.  That was a time when we decided to upgrade the

2    units substantially, and we changed out all of the

3    kitchen appliances, the kitchen cabinets, the

4    flooring, and, you know, repainted the projects.  And

5    so as the units became available, they were put into

6    renovation.

7              Whalers and Indian, that's -- they were

8    built simul- -- simultaneously.  They're over 30 years

9    old, and they needed upgrading.  So they were upgraded

10   during that time.  So, you know -- you know, if you're

11   just focusing on that, you know, just go up.

12             I just went to 2017, and I'm looking at

13   Whalers, and they're 99 percent -- 97 percent,

14   99 percent leased.  So -- but, again, what that has to

15   do with what we're litigating here, I don't know.  But

16   if you can draw an analogy...

17             And Indian Hills, same thing.  You know,

18   went into the 95 percent range, which is virtually

19   full.

20   **Q.   Do you know why there are no percentages for**

21   **the -- for the Ibis Reserve?  Ibis.  Do you know why**

22   **there's no numbers there?**

23        A.   Oh, for 2015?

24   **Q.   Yeah.**

25        A.   Oh, that's because we acquired it in

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 62 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 63 of 223

Igor Olenicoff
January 31, 2022

Page 62

1   December of 2015.  We didn't own it prior to that.

2        Q.   Okay.  So was that something that you

3   constructed?  Or was this fully constructed?

4        A.   No.  We bought it fully constructed.

5        Q.   And did you do renovation on that after you

6   bought it?

7        A.   No.  It was nicely finished and did not, you

8   know, require much renovation.  We did some, but it

9   wasn't extensive.  It was unit by unit.

10       Q.   All right.  So as of December 2015, it was

11  99 percent leased; right?  I -- is it Ibis or Ibis?

12       A.   That's -- that's when we acquired it, yes.

13       Q.   Is it pronounced Ibis or Ibis?

14       A.   Ibis.

15       Q.   Ibis.  Okay.

16            Then if we go on to 2016, if we look at the

17  Ibis in December, it's the fourth one down.  In

18  December, the fourth one down, it's only 77 percent

19  leased.

20            MR. SAX:  He's looking at 2016.

21  BY MR. KATZ:

22       Q.   2016, which is Number 3 of your sheets.

23       A.   Yes.  It's 80 percent occupied and

24  77 percent leased.

25       Q.   Okay.  Why was there such a significant drop

Igor Olenicoff
January 31, 2022

Page 63

1    in the lease, on this well-built building, of
2    20 percent after you took ownership of it?
3            MR. SAX:  Object to form, but you can
4        answer.
5        A.    You know, every project has its own odd
6    dynamics.  And, again, it might be a management issue.
7    It might be a -- might be a -- you know, Lord knows
8    why.  You know, some projects go up and down.  Or it's
9    generally a management or a maintenance issue.  Maybe
10   we're redoing the units at that point.  But you're
11   asking me to go back six years and remember what was
12   going on at Ibis.  I can't tell you.
13   BY MR. KATZ:
14       Q.    Okay.  And I want to go on to the 2018 one.
15   And in 2018, the Quantum Villas, it -- the number
16   jumped from 679 to 759, the total number of units.
17            And is that because the Quantum Lakes Villas
18   North was added to that?
19       A.    That's correct.
20       Q.    Okay.  All right.  I'm going to show you
21   what I've marked as Exhibit 43, which is your item
22   number 9.  I'll let you look at these.  I'm trying to
23   help you out the best I can with these.
24       A.    Okay.  Yes, I have it.
25

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 65 of 223

Igor Olenicoff
January 31, 2022

Page 64

```
 1              (Marked as Exhibit 43.)

 2   BY MR. KATZ:

 3      Q.   Right.  Now, this -- this document is, I

 4   assume, the rental from January 1, 2018.

 5           Am I understanding that correctly?

 6      A.   That's 1/1/2018, yes.

 7      Q.   All right.  And I'm assuming that this is

 8   for Buildings 40 and 41; correct?

 9      A.   That's correct.

10      Q.   And this says that -- it gives the unit

11   number, then the floor plan.  It says:  "1G."

12           What does -- does that mean ground?  I don't

13   know what "G" means.

14      A.   I --

15           MR. SAX:  It says:  "Floor plan."

16      A.   Yeah, that's a -- that's a floor plan.

17   It's -- it's the one-bedroom -- all of the

18   one-bedrooms are 1Gs.

19   BY MR. KATZ:

20      Q.   Okay.  And then the two-bedrooms would be

21   2A?

22      A.   Yes.

23      Q.   All right.  Now, this says:  "Square

24   footage."  It says:  "899 square feet"?

25      A.   Yes.
```

Igor Olenicoff
January 31, 2022

Page 65

1      Q.   Is that your understanding of the square

2   footage of the units?

3           MR. SAX:  Object to form, but you can

4      answer.

5      A.   Well, it's what we're leasing.  It's the

6   leasable square footage that -- you know, there's many

7   ways to calculate square footages, and different

8   people do it different ways.  This is the way we

9   calculate it to be specific.

10          Square footage -- you know, the biggest

11  difference is does it include the balcony or doesn't

12  include the balcony?  Or is it like an office building

13  where a part of the common area is allocated to the

14  units?

15          So different people do it different ways.

16  But that's what we represent that the square footage

17  that we're leasing is to the residents.

18  BY MR. KATZ:

19     Q.   So you represent to the residents that the

20  square footage is 899 feet for -- for one-bedrooms and

21  1,227 for the two-bedrooms; right?

22     A.   Correct.

23     Q.   And then it has a name, which I assume --

24  which is blacked out, which I assume is the name of

25  the people who are renting?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 66 of 223

Igor Olenicoff
January 31, 2022

Page 66

```
 1      A.    What's blacked out?
 2            MR. SAX:  That's what we produced, a
 3      redacted.  We took their names off for privacy
 4      reasons.
 5      A.    Oh, yes.  Okay.  Yeah, mine has -- has the
 6      names on it.  But, yes, you -- you can't see it.  I'm
 7      kidding, but...
 8      Q.    Well, actually, we'll -- we'll talk about
 9      that in a minute.  But then the next column is:
10      "Market plus Additional."  I assume that means
11      additional, but correct me if I'm wrong.
12      A.    That's correct.
13      Q.    Okay.  So what does "market plus additional"
14      mean?
15      A.    Well, see, you'll note that there is no
16      additional -- you know, the market.  But in some
17      units -- not in this -- in these units -- the
18      additional may be anything from new cabinets,
19      stainless steel appliances, to the location, the
20      views, the first floor versus the second floor.  At
21      this project, we didn't make that differentiation.
22      They're all the same.
23            THE WITNESS:  And, Mr. Katz, excuse me for
24      another five minutes.  I'll be right back.
25            (Recess from 11:29 a.m. until 11:32 a.m.)
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 67 of 223

Igor Olenicoff
January 31, 2022

Page 67

1    BY MR. KATZ:
2         Q.    Okay.  So market and additional, that's what
3    Realty Services Corp. believes should be the
4    reasonable rent for the property?  Is that what that
5    number represents?
6         A.    I'm sorry.  I didn't hear that.
7         Q.    Sure.
8         A.    Olen Property --
9         Q.    So market plus additional, is that what --
10        A.    Oh, yes.
11        Q.    -- what they believed would be a reasonable
12   rent for that property?
13        A.    Yes.
14        Q.    And this is for the date of January 1, 2018;
15   correct?
16        A.    Correct.
17        Q.    All right.  Then the lease rent is what the
18   rent was that was actually paid; correct?
19        A.    Correct.
20        Q.    So if we look at these numbers going down,
21   it appears that as of January 1, 2018, that the lease
22   rent are either equivalent to or more than what the
23   anticipated payment of rent would have been for
24   Buildings 40 and 41.
25              MR. SAX:  Object to form.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 68 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 69 of 223

Igor Olenicoff
January 31, 2022

Page 68

1          A.   Well, no.  I think, again, that's -- the way

2     you state the question, that's a bad assumption.  You

3     know, the market -- the market rent is not necessarily

4     what -- what -- what the market rent should be.

5     That's what we think that we can lease it at given

6     the -- the conditions and all that -- that we're faced

7     with to lease that unit.

8               My -- my further exhibits will show you the

9     difference between what our rent should have been and

10    what competitive rent is and how much we've had to

11    discount the units, the rent, to lease them.  So this

12    is a substantially discounted market rent.  That's

13    our -- our anticipated rent that we can lease those

14    units at.

15    BY MR. KATZ:

16         **Q.   Sure.**

17              **When did you pull what we've marked as**

18    **Exhibit 43?  Where did that document come from?**

19         A.   This is Number 9?  This one here?

20              MR. SAX:  Yes.

21    BY MR. KATZ:

22         **Q.   Yes.**

23         A.   Okay.  Right.

24         **Q.   And just for the record, it's Exhibit 43.**

25         A.   Okay.  That -- that, my understanding is,

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 70 of 223

Igor Olenicoff
January 31, 2022

Page 69

1   had to be created -- ex- -- extracted out of the total

2   rent roll of the Quantum 6-, 7-, 800 units to create

3   this to limit it to 40 and 41.

4       **Q.    All right.  So there is some software where**

5   **this information is available, where it could be**

6   **pulled as of January 1, 2018; correct?**

7       A.    Yes.  That would have been RealPage.

8       **Q.    Right.  And so this same document can be**

9   **pulled on a monthly basis for every month; right?**

10      A.    No.  This was created specifically for --

11  for this -- for the production of documents in

12  evidence.  We wanted to show what the units -- which

13  units were rented and at what rent in 40 and 41.  So

14  this had to be extracted out of the 6-, 700 units of

15  the Quantum project.

16      **Q.    But that can -- that can be done every**

17  **month.**

18          **You can extract that for every month, not**

19  **just one particular month; right?**

20      A.    No.  This was done for one particular month.

21      **Q.    Okay.  That's not my question.  My question**

22  **is, though:  You're capable of doing it for other**

23  **months other than January 1, 2018.**

24      A.    No.  Maybe, you know, they have it, but I

25  doubt it.  It was with RealPage.  So this was simply

Igor Olenicoff
January 31, 2022

Page 70

1  created as of that date to show what our rental rate
2  was and how much was occupied.
3      **Q.   So if I wanted to know what the rental rate**
4  **was in 2019 -- for the month in January of 2019,**
5  **couldn't the same type of document be created?**
6          MR. SAX:  Let me object to form, but you can
7          answer.
8      A.   I don't know if they have the rent rolls now
9  that we're not using RealPage.  We can create one as
10  of January 1, 2022.  And we may have it back a few
11  months, and I'm not even sure about that, so...
12  BY MR. KATZ:
13     **Q.   Well, somebody was able to create this for**
14  **January 1, 2018, and produce it.**
15     A.   Yes.  That's when we were on -- that's when
16  we were on RealPage.  We're no longer on RealPage.
17     **Q.   So this document was -- was not created**
18  **recently?**
19         MR. SAX:  Object to form as far as
20         "recently," but you can answer it.
21     A.   No, I don't -- well, I don't know how
22  recently.  It wasn't -- no, it wasn't created
23  recently.  It was created for -- for this litigation
24  to show what the rents and what the occupancy was on
25  that date.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 71 of 223

Igor Olenicoff
January 31, 2022

Page 71

1    BY MR. KATZ:

2         Q.   Okay.  But you -- you picked the month that

3    you wanted to produce this for, and what we requested

4    was for every month.

5              And what my question is:  Why can't this

6    document be created for every month from inception to

7    present time?

8         A.   Well, because, you know, we don't have it,

9    and we don't want to create documents.  This was

10   created, and that's what we have available that was

11   created for this litigation and -- as an exhibit.  And

12   it's -- it's not a normal document that -- that --

13   that we had or have; so, you know, we don't have that.

14        Q.   Okay.  Well, I know because, in the other

15   case where you were deposed, I received these rent

16   rolls on a monthly basis for the entire time.  So I'm

17   trying to understand why I can't get the same monthly

18   rent roll reports in this case that Olen produced in

19   the other cases.

20             MR. SAX:  Jeff, just to be fair to the

21        witness, those were produced in 2021.  But go

22        ahead.  Go ahead.

23        A.   Yeah.  Those were on RealPage records.  But,

24   you know, we don't keep old rent rolls.  They're --

25   they're meaningless after three years or two years,

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 72 of 223

Igor Olenicoff
January 31, 2022

Page 72

1   so, you know -- you know, we just don't have it.  I
2   don't know what purpose it would serve besides.
3   BY MR. KATZ:
4        **Q.   And just for purposes of the record, I**
5   **sent -- well, let's -- let me make sure that we're**
6   **clear.**
7            **So you switched software January 1, 2022;**
8   **right?**
9        A.   Correct.
10       **Q.   Okay.  I sent the fifth request to produce**
11   **asking for monthly rent rolls on November 18, 2021.**
12       A.   Well, we don't --
13       **Q.   So at the time that that was sent, you had**
14   **access to the documents; correct?**
15       A.   No, we don't -- what you asked for, Counsel,
16   is that we don't -- wouldn't have rent rolls for 40
17   and 41.  As I explained, this was a created document.
18   And what -- what we would have had -- and we were in
19   the process of -- of switching then, but what we would
20   have had is a rent roll for 800 units as of that date,
21   on that day.
22            But, you know, you're asking for 40 and 41,
23   you know, going back to the inception, and you wanted
24   month by month, you know.  There is no such a
25   document.

Igor Olenicoff
January 31, 2022

Page 73

1      Q.    Well, in the other case where you were
2   deposed, there is a document that was produced for
3   monthly rent rolls.
4           So why would this be any different?
5      A.    I don't know when that was produced, and I
6   don't know anything about that.  I would have to look
7   into it.
8      Q.    All right.  So you're basically telling me
9   that there's no way that we can get monthly rent rolls
10  for every month, from inception, for Buildings 40 and
11  41 presently?
12     A.    That's what I'm telling you.
13     Q.    Okay.  And who did you ask to check to find
14  out if that was the case?
15     A.    Jane Taylor.
16     Q.    So how is it, other than your percentages
17  that you have provided, that we can verify the
18  occupancy rates?
19     A.    The percentages I've provided -- are you
20  talking about Exhibit --
21     Q.    Exhibit 42.  Let -- let me finish.
22  Exhibit 42, which are your items 1 through 9, where is
23  the backup documents that we can review to support the
24  percentages?
25     A.    I don't know what backup documents you're

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 75 of 223

Igor Olenicoff
January 31, 2022

Page 74

1   looking for.  But, you know, the rent roll at any

2   given time -- like, you know, we have the rent roll as

3   of January that -- that we can give you that, but

4   it'll include all of Quantum.  And then you can ex- --

5   extrapolate what -- which units are 40 and 41 in

6   there.

7        **Q.    Okay.  Well, you at some point had the**

8   **capability to do that extraction; right?**

9        A.    A couple of years ago or more, whenever this

10  document was prepared.

11       **Q.    Well, you had the ability to do that and had**

12  **access to the software until January of this year;**

13  **right?**

14       A.    Yes, technically speaking.  Again, no, we

15  didn't have a rent roll for just 40 and 41.  To repeat

16  myself, this was a created document to show what the

17  occupancy was as of that date.

18       **Q.    Okay.  But you -- someone used software to**

19  **generate what we've marked as Exhibit 43.  Somebody**

20  **didn't manually type all this in.**

21            **They used a software and asked it to**

22  **subtract -- to extract buildings 40 and 41, and it**

23  **produced this document; right?**

24       A.    Correct.

25       **Q.    All right.  Now, does this document also**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 76 of 223

Igor Olenicoff
January 31, 2022

Page 75

1    have the ability to show the move-in date and the

2    lease-end date?

3              MR. SAX:  Jeff, can you read that -- say

4        that one back again?

5              MR. KATZ:  Sure.

6    BY MR. KATZ:

7        Q.    On Exhibit 43, does that have the ability to

8    also show the move-in date and the lease-end date?

9        A.    Well, it doesn't show that.  I don't -- no.

10             MR. KATZ:  Okay.  Well, let me show you what

11       I've marked as Exhibit 44.

12             (Marked as Exhibit 44.)

13   BY MR. KATZ:

14       Q.    Can you see that document?  This is not the

15   one you have in front of you.  Can you see this

16   document?

17       A.    Yes.

18       Q.    All right.  I will represent that this is a

19   rent roll detail report that has previously been

20   produced that is the same as the document that has the

21   names redacted out.

22       A.    Okay.

23       Q.    But it has a move-in date and a lease-end

24   date for the same time frame.

25       A.    Yes.

Igor Olenicoff
January 31, 2022

Page 76

1      Q.   Okay.  Having reviewed that, would you agree
2    with me that the software has the capability of
3    providing the move-in date and the lease-end date?
4           MR. SAX:  Object to form, but you can
5         answer.
6           When you say "the software," are you talking
7         about current or the past?  That's why I objected
8         to form.
9           MR. KATZ:  Well, whatever software was used
10        to generate this file.
11     A.   Well, yes.  That was, you know, RealPage.
12    The rent rolls have that ability, yes.
13    BY MR. KATZ:
14     Q.   Okay.  And then we can determine, from this
15    documentation, how long a tenant has lived there and
16    when they move out by going through these documents;
17    right?
18     A.   Yes.  It'll show when they moved in and when
19    they moved out, yes.
20     Q.   And you're telling me that just like this
21    document is January 1, 2018, that the company now is
22    incapable of providing this for any years prior to
23    January 1, 2022.
24     A.   Correct.
25           MR. KATZ:  All right.  I'm going to share my

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 77 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 78 of 223

Igor Olenicoff
January 31, 2022

Page 77

1        screen and show you what I've marked as

2        Exhibit 45.

3              (Marked as Exhibit 45.)

4    BY MR. KATZ:

5        Q.    I know this is kind of small, but I'm just

6    trying to understand -- this is something that was

7    produced.  I'm just trying to understand what it is.

8              Can you see it?  Or do you need me to make

9    it bigger?

10       A.    No, I can see it.

11             MR. SAX:  Yeah.  He's standing at the

12       screen.

13       A.    Yeah, this is, you know -- yes, I've seen

14   this.  This is -- actually, it's Exhibits 9 and 10

15   that is produced here -- that she simply took the last

16   two columns of each one and put it together to show

17   what the change was between 1/1/18 and 9/30/21.

18   BY MR. KATZ:

19       Q.    Okay.  So when you say "she" did, who is

20   she?

21       A.    Jane Taylor assigned it, you know, to

22   somebody.  She had --

23       Q.    So as far as pulling the documents that you

24   reasonably produced, would that fall under the

25   responsibility of -- Jane Taylor would have been the

Igor Olenicoff
January 31, 2022

Page 78

1    person putting those documents together?

2         A.   Well, I don't know if she did it.  You know,

3    this is simply -- they took the last three columns of

4    each of those exhibits, and they provided that to me

5    because I wanted to show the difference between 1/1/18

6    and 9/30/21.  And they provided this, and I said,

7    "No," you know, "give me the whole document."  And

8    that's what -- the two documents that we produced.

9    These are identical to these.  They're just cut off

10   and put together; so it's easy to see that we were,

11   you know, whatever.

12             And in '18, the project, four years after it

13   completed, was, rounding, 29 percent vacant.  And the

14   minute that the temporary repairs were done, the

15   project, in four months, went to 100 percent.

16        Q.   So I can address -- well, let me just go on.

17   Let me go back so -- now that I understand what this

18   document is.

19             MR. KATZ:  And this is what I'll mark as

20        Exhibit 46.

21             (Marked as Exhibit 46.)

22   BY MR. KATZ:

23        Q.   Can you see that document?

24        A.   Yes.

25        Q.   And this is the same type of rent roll that

Igor Olenicoff
January 31, 2022

1    we talked about previously, but this one is dated

2    9/30/2021 --

3         A.   Correct.

4         Q.   -- right?

5         A.   Yes.

6         Q.   And is this before or after the repairs had

7    been completed?

8         A.   No.  This is after the repairs were -- well,

9    the temporary repairs were completed.  And if you go

10   to -- to Exhibit -- what I have marked there as

11   Number 8, you'll see that the project, in January

12   through June, remained in the 70 percentile.

13            And the minute, in June, the repairs --

14   June, July the repairs were completed, and the next

15   three months, those units went to 100 percent.

16        Q.   Okay.  So moving back to -- to 46, now, this

17   document, again, doesn't have the move-in and move-out

18   date; right?

19            THE STENOGRAPHER:  I'm sorry.  "Doesn't

20       have"?

21            MR. KATZ:  The move-in and move-out date.

22        A.   Correct.

23   BY MR. KATZ:

24        Q.   The market plus additional, this number that

25   you have here, is that based on, if I understood your

Igor Olenicoff
January 31, 2022

Page 80

1    testimony before, what you believe you could rent the
2    units for at that time?
3        A.   At that time, correct.  And you'll note,
4    after the repairs were -- temporary repairs were
5    completed, it went from, say, the first -- the first
6    unit, it was at $1,355, and it went to $1,901, was,
7    you know, the market rent that we felt we could get
8    for it.
9            But, unfortunately, the lease rent remained
10   at $1,445 because, again, they were previously rented.
11   So we have to wait until the units turn to get them up
12   to market, and that's -- you know, later we can talk
13   about our damages, but that's where our damages are.
14           If you look at the 9/30/21 rent roll, you'll
15   see that, on the average, were 500 -- approximately
16   $500 a month below what we could rent them at had the
17   units been vacant.
18       Q.   Okay.  And when they came -- when they come
19   up for renewal to be leased, you can raise the rental
20   rate; right?
21       A.   That's right.
22       Q.   Okay.  So we don't have, on this document,
23   the move-in and lease-end dates so we know when you'll
24   be able -- and when I say "you," I mean Olen
25   Properties or whatever entity -- is able to raise the

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 82 of 223

Igor Olenicoff
January 31, 2022

Page 81

```
 1    rental rates, because we don't have the move-in and
 2    lease-end dates on this document; right?
 3         A.    No.  But in -- in my calculation of damages
 4    that I'll be happy to take you through, we -- we
 5    anticipate that -- that we're going to roll all of
 6    them within a year.  And so our damages going forward,
 7    after we reached 100 percent occupancy at the end of
 8    2021 -- by the time we get to 2023, all of the units
 9    will have rolled, and we will be at -- at the then
10    market rate, which is, like I said, a substantial loss
11    that we've -- we've been in- -- incurring since 2014.
12         Q.    Okay.  So all of the leases, as of
13    September 30, 2021, will have expired before the end
14    of 2022; right?
15         A.    Yes.
16         Q.    In other words, do you sign anything longer
17    than a one-year lease?
18         A.    That's correct.
19              MR. KATZ:  Okay.  All right.  Let me show
20         you what I've marked as Exhibit 47.
21              (Marked as Exhibit 47.)
22    BY MR. KATZ:
23         Q.    And this is, I'll represent, the same
24    document, but it has the name of the tenant, it has
25    the move-in date and the lease-end.
```

Igor Olenicoff
January 31, 2022

Page 82

 1            Do you see that?

 2       A.   Yes.  Yes.

 3       Q.   All right.  So if you look -- and I just

 4  want to look at one person in particular.  If you look

 5  at Unit 3-3165, which is Susan Vinton -- do you see

 6  that?

 7       A.   Let me walk up here.  Susan?  Oh, right

 8  there.  Yes, Vinton.

 9       Q.   Okay.  So she signed and moved in on

10  September 19, 2021, and her leased rent was at $1,905.

11            Do you see that?

12       A.   Yes.

13       Q.   And the market you have down here is $1,926.

14       A.   Right.

15       Q.   So when other units come up for renewal, as

16  is anticipated, what will happen is that you will be

17  raising the rent similar to what you did when Susan

18  Vinton signed this new lease agreement in September.

19       A.   That's correct.

20       Q.   So we -- we have this same report that we

21  went through before for two months.  We have the one

22  in 2018, and we have this one on September 30, 2021.

23  And those are the only two rental roll detail reports

24  that the company has or has the ability to generate

25  that shows a move-in date and a lease-end date?

Igor Olenicoff
January 31, 2022

Page 83

1       A.   Other than the current.  And if you want to

2    extrapolate them, then you can do that.

3       **Q.   All right.  So as for the current**

4    **information, you're not capable of separating, as you**

5    **did here, for Buildings 40 and 41.**

6       A.   No, we don't.  You do, if -- if you'd like

7    to do that.  But that's not a document that is a

8    normal document in our operations.

9       Q.   I -- I understand.

10          **But do you have the software that has the**

11   **capability of doing that, the current software, for**

12   **the current year?**

13      A.   No.  No.  There's no software.  You know, we

14   would have to go to rent roll and seg- -- segregate

15   the units there in 40 and 41 and cut them out and

16   create a form.  That's what was done here.

17          MR. KATZ:  All right.  Well, we're right at

18       noon.  And before I get into some of the new

19       stuff or any of the other stuff, why don't we

20       take our lunch break now.

21          THE WITNESS:  Okay.

22          (Lunch recess from 12:01 p.m. until

23       1:08 p.m.)

24   BY MR. KATZ:

25      **Q.   Let me just do a couple of background**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 85 of 223

Igor Olenicoff
January 31, 2022

Page 84

 1    questions and information.

 2            Prior to the deposition today -- and I don't

 3    want to know any conversations that you had with your

 4    lawyers, but did you review any documentation before

 5    coming in here today?

 6        A.    No.   Just this -- Exhibits 1 through 15.

 7        Q.    Did you review any deposition transcripts?

 8        A.    No.

 9        Q.    Any contracts?

10        A.    Any what?

11        Q.    Any contracts?

12        A.    No.

13        Q.    Any photographs?

14        A.    No.

15        Q.    Okay.  All right.  I'm going to kind of jump

16    into something else a little bit now before we go over

17    the math and calculations on damages.

18            You -- you keep referring to the repairs

19    that have been done on the building as "temporary

20    repairs."

21            Why is it that you're referring to it as

22    temporary repairs?

23        A.    Well, because they are temporary.  They're

24    not what we contracted for, and they're not what the

25    plans called for.  And they specifically have a

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 86 of 223

Igor Olenicoff
January 31, 2022

Page 85

1    temporary life to them.

2        Q.    What's your understanding of a "temporary

3    life to them"?

4        A.    Well, it has a -- it has a one-year labor

5    warranty.  That's a major component -- an -- an

6    overriding component to the cost.  That has a one-year

7    life or warranty.

8            And the -- the product is warrantied for ten

9    years, but, again, it -- it's a minor part of the

10   cost.  And it's not warrantied beyond that.

11       Q.    Right.  The Acrylall that was installed had

12   a one-year warranty on the labor and a ten-year

13   product warranty also; right?

14       A.    Right.  And it failed in -- in less than a

15   year.

16       Q.    Okay.  But the warranty that you got with

17   the Sto application is the same warranty that you

18   claim you got with the Acrylall system; right?

19       A.    That's correct.  But it's not what was

20   represented, that this is a superior product to

21   stucco.  And stucco has -- has a -- has a life to it,

22   that we've all experienced, well over 30, 40 years, 50

23   years.  Some stucco has been up at our projects for

24   70, 80 years.  So it has a -- an infinite life.  This

25   obviously doesn't have an infinite life.

Igor Olenicoff
January 31, 2022

Page 86

1    Q.   Well, no- -- nobody -- just because the Sto
2    product has a ten-year warranty doesn't mean that its
3    life expectancy is only ten years.
4    A.   That's what you say, but that's not what the
5    warranty says.
6    Q.   The written warranty says that every ten
7    years, you have to replace the Sto finish?
8    A.   The -- the warranty speaks for itself,
9    that -- namely, that they're only going to warranty --
10   warranty the product.  And they're not warrantying the
11   workmanship.  They're not warrantying the labor part
12   beyond that.  And as I've testified, it's not
13   comparable to a -- a stucco product or a product that
14   was sold to us as being superior to stucco.  It's
15   obviously nowhere near that.
16   Q.   Okay.  So the Acrylall warranty was also
17   only a product warranty for ten years; right?
18   A.   I don't know.  It will have to speak for
19   itself.
20   Q.   Okay.  The Sto product, has anyone told you
21   or represented to you that the product won't last
22   longer than ten years?
23   A.   They represented that they'll warranty it
24   for ten, and -- and then it's prorated.
25   Q.   Okay.  And who is it that told you that?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 88 of 223

Igor Olenicoff
January 31, 2022

Page 87

1     A.   Well, that's what the warranty says,
2  Counselor.
3     Q.   **So would you agree with me that whatever the**
4  **warranty for Acrylall says and whatever the warranty**
5  **for Sto says would be the controlling application of**
6  **what's actually in existence?**
7          MR. SAX:  Can you read that one -- can you
8       read that one back.
9          (Requested portion read back.)
10         MR. SAX:  Object to form.
11    A.   I don't understand the question.  You ended
12  it by -- by what is actually in the system?  I -- I
13  don't know what that means.
14  BY MR. KATZ:
15    Q.   **I'm just trying to make sure that I**
16  **understand.**
17         **You would agree with me that whatever is in**
18  **the written Sto warranty and whatever is in the**
19  **Acrylall warranty is what would be controlling, not**
20  **your interpretation of what you remember it said; is**
21  **that fair?**
22         MR. SAX:  Object to form, but you can
23       answer.
24    A.   Well, you'd have to know.  But you would
25  have to compound that by the representations that were

**www.phippsreporting.com**
**(888) 811-3408**

Page 879

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 89 of 223

Igor Olenicoff
January 31, 2022

Page 88

1  made to us by Bradley and -- in substituting the
2  Acryl- -- Acrylall product.  And those representations
3  were clearly that it's a superior product to stucco,
4  that this is what they're doing nationwide and what --
5  the product we should go with.  And -- and that was
6  all obviously, you know, false.
7          The Sto product is -- is what it is.  It
8  speaks for itself.  But it's not running down -- down
9  walls where it's been installed, you know, like mud,
10  like the Acrylall product.  So the misrepresentation
11  of the difference is what Bradley sold us on versus
12  what we got.
13  BY MR. KATZ:
14      Q.    Right.
15      A.    The Sto product --
16      Q.    We -- we've already gone over this.
17          You had no personal conversations with
18  Bradley about the Acrylall product; correct?
19      A.    That's correct.
20      Q.    So what you're relaying about what Bradley
21  said is coming from your conversations and what Dale
22  Lyon told you about conversations that he had with
23  Bradley; correct?
24      A.    That's correct.
25      Q.    And Dale told you that Bradley was using the

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 90 of 223

Igor Olenicoff
January 31, 2022

Page 89

1    Acrylall product all over the country?

2         A.    No.   That the product was being used and the

3    system was being used all over the country, and that

4    it was a superior -- the only reason they were selling

5    it, that it was a superior product to stucco, which is

6    a lie.

7         Q.    Okay.  Are you aware of any independent

8    investigation that Dale Lyon did about the Acrylall

9    system?

10        A.    I don't know.  You'd have to ask him.

11        Q.    Did Dale Lyon tell you about any independent

12   investigation that he authorized to be done about the

13   Acrylall system?

14        A.    Not that I'm aware of.  He told me that he

15   was relying on Bradley's representations and their

16   warranty.

17        Q.    Right.  So he didn't tell you -- Dale Lyon

18   didn't tell you that he went and actually looked at

19   some other buildings where Acrylall had been

20   installed?

21        A.    He may have.  I don't recall if -- if he has

22   or if he did or not.

23        Q.    Are you aware that Bradley Construction,

24   during the course of construction, asked whether Olen

25   or whatever entity wanted to switch to stucco and was

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 91 of 223

Igor Olenicoff
January 31, 2022

Page 90

```
 1    told to use the Acrylall system?

 2              MR. SAX:  Object to form, but you can

 3         answer.

 4         A.   I'm sorry.  I either don't understand the

 5    question or it makes no sense.  We didn't ask to

 6    switch to -- back to stucco.  It was -- the decision

 7    was made based on Bradley's representations and

 8    experience with this product that -- what caused us to

 9    make the decision to go with Acrylall.

10    BY MR. KATZ:

11         Q.   Okay.  Are you aware, during the course of

12    construction, that an issue came up and that Bradley

13    offered to switch to a stucco instead of Acrylall, and

14    was advised by Olen or one of the other employees of

15    the owner to stay with the Acrylall?

16              MR. SAX:  Object to form.

17              You can answer, if you know.

18         A.   I've never -- I've never heard that at all,

19    no.

20    BY MR. KATZ:

21         Q.   You haven't seen the e-mails where that was

22    discussed, and it was specifically told to Bradley to

23    stay with the Acrylall?  You haven't reviewed those

24    e-mails?

25              MR. SAX:  Object to the form.
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 92 of 223

Igor Olenicoff
January 31, 2022

Page 91

```
 1         A.    The answer is no.
 2   BY MR. KATZ:
 3         Q.    Okay.  I'm going to show you what was
 4   previously marked as Exhibit 15.
 5               Can you see that?
 6         A.    Yes, I can see it.
 7         Q.    All right.  That's the Sto Building
 8   Application Agreement between Zarco Stucco
 9   Construction and Villas at Quantum Lakes, Inc.
10               Can you see that?
11               MR. SAX:  Can you make it a little bigger?
12         A.    Okay.
13               MR. KATZ:  Sure.  How's that?
14               MR. SAX:  Good.
15         A.    Yes.
16   BY MR. KATZ:
17         Q.    Now, and it's -- it's dated April 7, 2021;
18   correct?
19         A.    Correct.
20         Q.    Did Olen Properties pay for this work that
21   was done on the Buildings, 40 and 41?
22         A.    Yes.
23         Q.    So the entity that actually paid and wrote
24   the check was Olen Properties?
25         A.    Well, ultimately, yes.
```

Igor Olenicoff
January 31, 2022

1      Q.   Well, what do you mean by "ultimately, yes"?

2      A.   Well, Olen consists of -- of -- has probably

3 over -- over its life or now has a hundred entity --

4 entities, and it tries to segregate expenses by -- by

5 project, by entity.  So actually, which entity

6 contracted, it looks like it's not -- it's Quantum

7 Lakes, Inc., or Villas at Quantum Lakes, Inc.  So

8 whether they paid for it or Olen paid for it,

9 ultimately, it's Olen that paid for it, yes.

10     Q.   Well, is there money that transfers between

11 Olen Properties and Villas at Quantum Lakes, Inc.?

12     A.   There is money that transfers between Olen

13 and -- and probably 50-plus entities that are all

14 owned by Olen.

15     Q.   Okay.  So whatever --

16     A.   Those are just accounting entries.

17     Q.   What's that?

18     A.   Those are simply accounting entries.

19     Q.   All right.  Well, the agreement to do the

20 repairs was signed between Villas at Quantum Lakes,

21 Inc., and Zarco Stucco Construction, LLC; right?

22     A.   Yes.

23     Q.   And Villas at Quantum Lakes, Inc., at the

24 time that this agreement was signed on April 7, 2021,

25 didn't have any ownership interest in Buildings 40 and

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 93 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 94 of 223

Igor Olenicoff
January 31, 2022

Page 93

1   41; is that correct?

2       A.   I don't know that as I sit here.  I don't

3   know, you know, what --

4       Q.   Okay.

5       A.   -- you know, what the ownership -- the

6   ownership ultimately was Olen Properties that -- that

7   owns it all, be it through a subsidiary or -- or even

8   a d/b/a and -- but it's all Olen Properties Corp.

9       Q.   So anything that was done or related to

10  Buildings 40 and 41 relates back to Olen Properties.

11      A.   Yes.

12      Q.   So if, for some reason just hypothetically,

13  this contract wasn't paid for -- Zarco wasn't paid,

14  would Olen Properties be responsible for paying Zarco

15  if Villas at Quantum Lakes didn't pay?

16          MR. SAX:  Object to form.  Calls for a legal

17      conclusion.

18          But you can answer, if you understand it.

19      A.   Yes.  That's obvious.  Yes.

20  BY MR. KATZ:

21      Q.   Well, who is John Sessions?

22      A.   He is -- at present, he's the -- the head of

23  property asset management at -- at Olen's Florida

24  properties.

25      Q.   And is that the entity Olen -- Olen Living?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 95 of 223

Igor Olenicoff
January 31, 2022

Page 94

 1       A.    Olen Living is a d/b/a of Olen Properties.

 2   It's just a d/b/a for -- for the apartments -- you

 3   know, running of the apartments.  It sounds wonderful

 4   and a nice marketing ploy, and it's a d/b/a.

 5            MR. SAX:  It's not a ploy.  It's a strategy.

 6            THE WITNESS:  It's a strategy, yeah.

 7   BY MR. KATZ:

 8       **Q.    Have you been -- when was the last time that**

 9   **you were actually at Buildings 40 or 41?**

10       A.    Yesterday.

11       **Q.    Okay.  And what was the reason for going**

12   **yesterday?**

13       A.    I -- I do whenever I have the time on a

14   weekend or whatever.  And I know it may sound sick,

15   but I enjoy driving and -- and enjoying Olen's

16   properties and inspecting them and making lists of

17   things that maybe are -- are overseen by -- by the

18   management and making them aware of it.

19       **Q.    All right.  When you went yesterday, did you**

20   **make any lists of things that were overseen by**

21   **management?**

22       A.    At -- at Quantum?

23       **Q.    Yes.  At Build- -- specifically Buildings 40**

24   **and 41.**

25       A.    Ironically, interesting you ask, the answer

Igor Olenicoff
January 31, 2022

1    is yes.  I -- I walked them.  I observed them.  I

2    wanted to nitpick them.  And I walked out of there

3    without a single note, and said, "These buildings look

4    nice."  And I hadn't -- I hadn't really seen it since

5    they had been fully completed, and I felt that the

6    temporary repair was well worthwhile and was paying

7    dividends finally, after six years of costing Olen a

8    lot of money and rent loss.

9         Q.   So you didn't observe any cracking or any

10    issues with the repairs that had been done by Zarco

11    Stucco Construction?

12         A.   No, I didn't see any cracking.  I was also

13    happy to see that it was 100 percent occupied.

14         Q.   Well, that wasn't based on your walking the

15    property.  That was based on some information that

16    somebody gave you; right?

17         A.   Well, yes.  It was -- yes, that's right.

18         Q.   Okay.  Did you go inside any of the units?

19         A.   No.  I -- I don't barge in on occupied

20    units.  Beside -- beside that, COVID has put a damper

21    on such things.

22         Q.   Okay.  How many buildings are in the Villas

23    at Quantum Lakes, total buildings?

24         A.   Gosh, I don't know offhand, but I'm going to

25    guess 30, 40 buildings, something like that.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 96 of 223

Igor Olenicoff
January 31, 2022

Page 96

1        Q.    And are all those buildings owned by Olen --

2        A.    Yes.

3        Q.    -- or a related entity?

4        A.    Yes.

5        Q.    Are there swimming pools within those 30 or

6    40 buildings?

7        A.    Yes.

8        Q.    How many swimming pools?

9        A.    Two large swimming pools and two, what we

10   call, spools, or small -- small pools, jacuzzis.

11       Q.    Like spas?  Like jacuzzi spas?

12       A.    Well, no, they're not -- well, they're

13   bigger than a spa.

14       Q.    Are they adjacent to the two larger pools?

15   Or are they in different locations?

16       A.    I'm sorry.  I -- I didn't hear.  Are they --

17       Q.    I'm just trying to understand.

18             Are the -- are the -- the jacuzzis next to

19   the swimming pools?  Or are they in different

20   locations on the property?

21       A.    What is next to the swimming pools?

22             MR. SAX:  He wants to know if the jacuzzis

23       are next to the pools, or are they further away?

24       A.    They're next to the pools.

25

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 98 of 223

Igor Olenicoff
January 31, 2022

Page 97

1    BY MR. KATZ:

2        **Q.   What other amenities does Villas at Quantum**

3    **Lakes have other than the swimming pools?**

4        A.   Well, it's -- it's very amenity rich.  It's

5    got outdoor, you know, walking paths and outdoor

6    exercising equipment.  Indoors, it has two gyms.

7             It's got something that I would guess no

8    other community has, but it's a fully indoors

9    regulation basketball court.  It's got two indoor,

10   obviously air-conditioned racquetball courts.  It's

11   got clubhouses.  It's got pool rooms.  It's got movie

12   studios.  You know, whatever an apartment community

13   would require.  This is far over what a normal

14   community would have.

15       **Q.   All right.  Does it have tennis courts?**

16       A.   I'm trying to recall.  It may have had at

17   one time.  I can't recall one now.  But, you know,

18   just for your information, every community that we

19   build had two or more tennis courts.  All the tennis

20   courts are being converted, if not already converted,

21   to -- to dog parks.  Nobody plays tennis anymore.

22            MR. SAX:  I play tennis.

23            THE WITNESS:  Indoors?

24            MR. SAX:  No, I don't play indoors.

25            MR. KATZ:  They all play -- they all play

Igor Olenicoff
January 31, 2022

Page 98

```
 1      pickleball.
 2             THE WITNESS:  I guess.
 3    BY MR. KATZ:
 4      Q.   And you said that the basketball court is an
 5    indoor basketball court?
 6      A.   It's inside.  It's a -- it's a regulation
 7    indoor, fully air-conditioned, wood floors, you know,
 8    high ceiling, regulation basketball court.
 9             MR. KATZ:  Okay.  Let me show you what I'm
10        going to mark as Exhibit 48.
11             (Marked as Exhibit 48.)
12    BY MR. KATZ:
13      Q.   Can you see that?
14      A.   Yes.
15      Q.   All right.  This appears to be the one-year
16    workmanship warranty that Zarco Construction Company
17    did; right?
18      A.   I don't know.  I see it.  I've never read
19    it.  I don't know what it is or -- you know, whatever
20    it says, it speaks for itself.
21      Q.   Okay.  So you -- you've never read the --
22    the warranty that was given by Zarco for workmanship
23    on the project?
24      A.   No.
25      Q.   Zarco-- are you familiar that Zarco was the
```

Igor Olenicoff
January 31, 2022

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 100 of 223

1   general contractor that did the -- the Sto repair on

2   the property?

3       A.   Yes.

4       Q.   So are -- are you also of the opinion that

5   Zarco gave the ten-year warranty that was given by Sto

6   because they were the general contractor?

7       A.   Well, Counsel, whatever -- I don't know that

8   Zarco was a general contractor, but Zarco provided

9   the -- and it says "contractor," not general

10  contractor.  And they contracted to install the Sto

11  product, and they provided the one-year, specifically,

12  workmanship warranty.

13      Q.   Well, who bought the Sto materials?  Was

14  that bought by Zarco?  Or was that bought by Quantum

15  Lake Villas?

16      A.   Is it was bought by Zarco.

17      Q.   Okay.  So Zarco bought the materials that

18  were put on the building; correct?

19      A.   Correct.

20      Q.   And therefore, would you assert, since Zarco

21  bought the materials and Zarco applied the materials,

22  that the warranty -- the ten-year warranty from Sto

23  would flow through Zarco to Quantum Lake Villas or

24  Olen Properties?

25      A.   Well, we got a separate warranty from Sto.

Igor Olenicoff
January 31, 2022

Page 100

1    But, yes, if the product failed, if that's your

2    question, both Zarco and Sto would be liable because

3    it becomes a question of, you know, which way did the

4    Indian go?  Did he do the bad workmanship?  Or did he

5    bring the bad product to the...

6            And, you know, that's -- that's what we have

7    here, that for four or five years we tried to get our

8    issues resolved that started small and grew into a

9    disaster.  And everybody -- your client, Bradley, was

10   saying, "It's Acrylall," and Acrylall was

11   nonresponsive.  Acrylall- -- so it's -- it was always

12   nobody's responsibility.

13           And we faced that for five years until I

14   finally made the decision that we can't continue

15   taking the losses and let's make some temporary

16   repairs, which we did, and -- but it was --

**17       Q.   Why didn't -- why didn't you make those**

**18   repairs sooner?  Why did you wait five years?**

19       A.   Oh, because of -- that's a good question.

20   Because we would contact Bradley, and Bradley would

21   say, "Oh, yes, we'll be out to see it."  And they'd

22   come out to see it, and they'd say, "Yes, we think you

23   have a problem."

24           Then they'd say, "Well, let us contact

25   Acrylall."  Months go by, and Acrylall is

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 101 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 102 of 223

Igor Olenicoff
January 31, 2022

Page 101

```
 1   nonresponsive, they say.  So then we can't contact
 2   Acrylall.
 3              Finally, after months later, we get an
 4   answer.  "Well, we're not going to respond to that job
 5   because Bradley hasn't paid us."
 6              And so we go back to Bradley and say,
 7   "Bradley, this has to get fixed."
 8              Bradley says, you know, "You haven't paid
 9   Acrylall."  Then Bradley goes code silent on us.  And,
10   you know, the -- you know, the same thing -- so we
11   keep pushing.
12              "Oh, well, it's -- it's the paint's fault.
13   It's -- Sherwin-Williams paint was supposed to
14   waterproof it."  And Sherwin-Williams is contacted.
15              Months later, Sherwin-Williams says, "Well,
16   we'll have to do some tests."  Months later, they do
17   the tests.  They come back and say, "Hmm, it's the
18   painter's fault."
19              Okay.  It's the painter's fault.  "Why is
20   that?"
21              "Well, the paint has pinholes in it."
22              "Well, how did the pinholes get in there?"
23              "Well, they didn't apply enough paint on
24   it."
25              And we say, "Well, all right.  They didn't
```

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 103 of 223

Igor Olenicoff
January 31, 2022

Page 102

1  apply enough paint on it, and why is that?  Because

2  you were inspecting the jobs."

3          They say, "Well, let me think about that."

4  And -- and round and round it went.  And Acrylall said

5  they didn't get paid for it, and beside that, they

6  didn't apply it, that Bradley contracted with somebody

7  else to apply it.  And meanwhile, this is months, and

8  it's going on.

9          Then finally, we get into litigation, and I

10 push and say, "Hey, you know, I've got to get this

11 thing fixed.  It's costing us a lot of money."

12          "Wait a minute.  Hold it.  You -- you know,

13 you can't do it.  The other attorneys involved want to

14 come out and inspect."

15          "Okay.  How long will that take?"

16          "Three months."

17          "Okay."

18          And after that, "Oh, well, wait a minute.

19 We've got to get experts in."  Everybody gets experts

20 in.  Sherwin-Williams.

21          Now -- now we find out there's totally new

22 defendants, you know, showing up that we hadn't even

23 heard about that did the application.

24          So I could go on and on, but it was simply a

25 total disaster that was -- that each of the

Igor Olenicoff
January 31, 2022

Page 103

1  subcontractors, you know, hold a piece to the blame.

2  And still, at the time I decided to -- that I've had

3  enough and we let the contract go, I was still being

4  told, by the subcontractors in this, you know,

5  litigation, "No.  No.  No.  We need to do more tests.

6  You can't do it."

7          I said, "Forget about it.  I'm doing it."

8          And so now for you to ask, "Well, why didn't

9  you do it sooner" -- it's because of the defendants in

10  this case.

11  **Q.   Right.  Well, the Sherwin-Williams report**

12  **came out in February of 2018.**

13          **Does that sound right to you approximately?**

14  A.   Who did?  Sherwin-Williams?

15  **Q.   The Sherwin-Williams report.**

16  A.   Yes, I believe that's about right.

17  **Q.   Do you know if -- did you ever send or do**

18  **anything, as far as you know, after the**

19  **Sherwin-Williams report, to indicate that you were**

20  **going to start doing repairs?**

21  A.   No.  By that point, we were in litigation,

22  and all communications, we were told to cease.  And it

23  was all being done by -- by and between the lawyers in

24  terms of the inspections.  And -- and all the

25  defendants, including your client, were raising their

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 104 of 223

Igor Olenicoff
January 31, 2022

Page 104

1   hands up and saying, "It's not us.  It's not us."

2            Okay.  So -- so here we are.  Now we're in

3   litigation.  I still don't see any of the defendants

4   stepping up and saying, "Yes, you know, we caused the

5   damage, and we'll pay you, Mr. Olenicoff."  Nothing.

6        **Q.   Okay.  Are you aware of any orders from the**

7   **court indicating that you couldn't do repairs?**

8        A.   I had -- I don't know if we have one of

9   those, but I was being told --

10            MR. SAX:  Try not to get into specific

11        conversations -- attorney-client conversations.

12   BY MR. KATZ:

13        **Q.   Yeah.  I -- I don't want to know**

14   **conversations that you had with your lawyer.**

15            **I'm just asking if you're aware of whether**

16   **any court orders were entered regarding whether you**

17   **could or couldn't do the repair.**

18        A.   I'm not aware.  I don't know.

19        **Q.   Are you aware of any motions that were filed**

20   **indicating to stop doing repairs?**

21        A.   There may have been.  I don't know.

22        **Q.   Okay.  The buildings were completed in --**

23   **what? -- 2014; is that right?**

24        A.   I'm sorry.  The project was completed, yes,

25   in 2014.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 105 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 106 of 223

Igor Olenicoff
January 31, 2022

Page 105

1          MR. KATZ:  Okay.  I'm going to show you what

2      I've marked as Exhibit 49.

3          (Marked as Exhibit 49.)

4   BY MR. KATZ:

5      Q.   Can you see that document?

6      A.   I see it.

7      Q.   All right.  Do you need me to make it a

8   little bigger?

9      A.   Yes, that'd be easier.  Yes.

10     Q.   How -- how's that?  Okay?

11     A.   That's good.

12     Q.   We talked about the -- the Sto warranty.

13          And this is the warranty that's written from

14   Sto, which is a ten-year warranty on the product;

15   right?

16     A.   I don't know.  It speaks for itself,

17   Counsel.

18     Q.   Okay.  And that's true for all the

19   warranties.

20          All the warranties speak for themselves from

21   what they say; right?

22     A.   I -- yes.  I would suppose that they speak

23   for themselves.  I can't --

24     Q.   Right.

25     A.   -- speak for them.

Igor Olenicoff
January 31, 2022

Page 106

1        Q.    Right.  Did you ever review the warranty

2    from Sto?

3        A.    No.

4        Q.    All right.  So you -- have you ever seen

5    this warranty other than today?

6        A.    No.

7              MR. KATZ:  Okay.  Just for purposes of -- to

8        help you, I'm going to show you what I have

9        marked as Exhibit 50, which is, I believe, your

10       Exhibit 11.

11             (Marked as Exhibit 50.)

12   BY MR. KATZ:

13       Q.    So you should have that in front -- you

14   should have that document.

15       A.    Yes.

16       Q.    Okay.  This is a competitive market study

17   that's dated December 13, 2018.

18             Where did this document come from?

19       A.    This came from RealPage.

20       Q.    Okay.  Do you know when this document was

21   created?

22       A.    December -- I think it was created the date

23   it's dated, December 13, 2018.

24       Q.    Okay.  And I'll represent that we received

25   two of these documents that are similar: one dated

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 108 of 223

Igor Olenicoff
January 31, 2022

Page 107

1   December 13, 2018, and one dated September 21, 2021.

2        A.   Yes.

3             MR. KATZ:   And that was what you marked as

4        Exhibit 12, and I'll mark as Exhibit 51, the

5        September 21st, 2021.

6             (Marked as Exhibit 51.)

7   BY MR. KATZ:

8        Q.   Are there any other competitive market study

9   reports other than those to date?

10       A.   I don't know.   These are the ones that were

11  pulled off of RealPage.

12       Q.   Okay.   Is it possible to pull more off of

13  RealPage?   Or is that not possible?

14       A.   No, it's not possible.

15       Q.   Well, why -- why is that not possible?

16       A.   Well, we're not doing business with RealPage

17  any longer.

18       Q.   Okay.   Do you have the capability of doing

19  this with the new software that you have?

20       A.   Yes.   We -- we get competitive reports, yes.

21       Q.   All right.   And how often are competitive

22  market study reports given to you?

23       A.   Well, they're not necessarily given to me --

24  they're used in -- in Operations whenever they went to

25  review the rents -- but I would say monthly.

Igor Olenicoff
January 31, 2022

1        Q.    And are those kept when (inaudible) --

2        A.    I'm sorry.  What?  Are they?

3        Q.    Are they kept?  Do you keep them?  Does the

4    company keep them somewhere?

5        A.    I don't think so.  You know, they're --

6    they're virtually stale, you know, the following

7    month; so there isn't any purpose to keep them.  The

8    answer is no.

9        Q.    Right.  So it -- so it just so happens that

10   the company had these two reports only in your

11   materials?

12       A.    No, those -- well, no.  They were

13   specifically pulled.  It's not as though these two

14   just happened to be in a drawer somewhere.  At the

15   time we were doing this analysis and preparing for

16   this litigation, we were doing business with RealPage.

17   And we went and said, "RealPage, in your records, do

18   you have these reports: one you run September, and the

19   other one you run December 8, 2018?"

20            Those are the two relevant periods that --

21   that -- that we wanted to highlight in the life of

22   these buildings.

23       Q.    Well, why were those two dates chosen:

24   December 13, 2018 and September 21, 2021?

25       A.    Well, just like, you know, the -- the

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 109 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 110 of 223

Igor Olenicoff
January 31, 2022

Page 109

1    other -- you know, the rent rolls, we were beginning

2    to do an analysis at that point to see what our

3    financial losses were and then making a decision to --

4    that -- that we need to do something.

5            And -- and I wanted, you know, to know how

6    much we were losing.  And so we just happened to -- it

7    was around 2018 -- the end of 2018 that we decided

8    that we're going to have to litigate this; so that's

9    when they were pulled.

10        Q.   (Inaudible.)

11            THE STENOGRAPHER:  I'm sorry.

12            MR. SAX:  Start again, Jeff.

13            MR. KATZ:  I'm sorry.  I'm sorry.  Bad

14    habit.

15   BY MR. KATZ:

16        Q.   That's December 13, 2018.

17            When was the September 21, 2021, report

18   pulled?

19        A.   The December report was pulled in December,

20   and that's 2018.  Let me get my glasses on.  Yes,

21   that's when it was pulled.  And the September one was

22   pulled in September '21.

23        Q.   Of 2021?

24        A.   Yes.

25        Q.   So at least through September of 2021, you

Igor Olenicoff
January 31, 2022

Page 110

1    were capable of pulling these monthly reports?

2        A.    They -- they were pulled.  Yes, every single

3    month, we had the ability to pull it.  The managers

4    would pull it and the district managers would, and

5    they would make a decision on rents and -- and -- and

6    every other decision regarding the comps in the area.

7    And these happen to be ones that were pulled and kept

8    in the litigation file.

9        Q.    Right.  So this shows -- we had talked

10   before about the square footage of the one-bedroom,

11   one-bath units being 899 square feet.  This, for

12   Quantum Lakes Villas, says that the square footage is

13   969 square feet.

14            What's -- why is there that discrepancy?

15       A.    The discrepancy is -- it's because this

16   is -- this is a comp report for the entire project.

17   And the other units in the Quantum project are -- are

18   larger than the units in Buildings 40 and 41 slightly;

19   so that average is -- is higher.  That's why.

20       Q.    Well, but it says right here -- in the

21   green, it says:  "One bedroom, one bath, new 80

22   units"; right?

23       A.    Where are you reading that when you --

24       Q.    Right under "Quantum Lakes Villas," it says:

25   "LRO pricing number."  In green underneath that --

Igor Olenicoff
January 31, 2022

Page 111

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 112 of 223

1      A.   Oh, I see.  You're looking --

2      Q.   -- it says:  "One bedroom, one bath, new 80

3   units."

4      A.   Right.  Yes, I was -- I was looking at --

5      Q.   That doesn't say all of Quantum Lakes.  That

6   says: "80 units," which would most likely be Buildings

7   40 and 41; right?

8           MR. SAX:  Object to form.

9      A.   Yes.

10  BY MR. KATZ:

11     Q.   All right.  So why does it say, on this

12  document, "969 square feet," where the other document

13  said:  "899 square feet"?

14     A.   Good question.  I can't answer that.  I

15  don't know.

16     Q.   Well, do you have any explanation as to why

17  this document says, for the two-bedroom, two-bath,

18  that it's 1,292 square feet, where the other document

19  said it was 1,227 square feet?

20     A.   No.  You know, the -- the marketing people

21  adjust things or they remeasure them and, you know,

22  they -- they -- or -- or RealPage creates these.  Like

23  I said, it's not -- it's not us.  It's a RealPage

24  report; so I don't know where -- you know, where they

25  got that.

Igor Olenicoff
January 31, 2022

Page 112

```
 1        Q.    Well -- and you've seen these documents
 2   before.
 3              This is something that you would review;
 4   right?
 5        A.    I don't review them on a regular basis.  But
 6   I've seen these because, again, they were prepared for
 7   and kept for litigation purposes.
 8        Q.    But do you know who prepared or pulled
 9   these?
10        A.    Who pulled them?  Probably -- no.  You know,
11   we've got a lot of employees.  I ask and things
12   appear, so...
13        Q.    It's perfectly fine for you to say you don't
14   know.
15        A.    Yeah, I don't know.
16        Q.    Okay.  All right.  So then the next box
17   talks about lease terms, and it says:  "New
18   residents."
19              Can you tell me what -- what this relates
20   to?  Is that, like, an upcharge where if someone does
21   less than a year, they have to pay $100 more?  A lake
22   view is $100 extra?
23        A.    Okay.  Mr. Katz, you know, where we got off
24   on your first question, I was looking at the
25   September 2021 report, and you were looking at the
```

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 113 of 223

Igor Olenicoff
January 31, 2022

Page 113

1    December 2018 report.  So which report are you looking

2    at now and --

3        Q.    The one that -- the one that's on the

4    screen, which is Exhibit-- your Exhibit 11, but marked

5    as Exhibit 50, which is the December 13, 2018, report.

6        A.    Got it.

7              So what -- you know, what is the question?

8        Q.    I'm just trying to understand this report.

9    So where it says:  "Lease Terms-New Residents," it

10   says: "7 to 11 months, $100; lake view, $100."

11             I'm just trying to understand.  They pick

12   one of those amenities.  Is there an additional charge

13   for those additional items?  Is that what those

14   numbers relate to?

15       A.    That's what they refer to, but I'm trying to

16   see where -- where you're reading that.

17       Q.    Third one, it says:  "Lease Terms-New

18   Residents."

19       A.    Oh, yes.  Okay.  Yes, I see it.  Yes, those

20   are add-ons.

21       Q.    Okay.  And then the next one is -- is

22   "Community fees," and those are the charges if someone

23   fills out an application -- is that fair? -- basically

24   what that is?

25       A.    Yes.

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 114 of 223

Igor Olenicoff
January 31, 2022

Page 114

```
1        Q.    Security deposits, et cetera; right?
2        A.    That's if they lease, yes.
3        Q.    All right.  And then the next item says:
4   "Current Special-New Residents."
5        A.    Yes.
6        Q.    Now, can you tell me what the "1D Floor
7   Plans North" are?
8             MR. SAX:  And as Jeff says, it's okay to say
9        you don't know.
10       A.    No.  Well, I think they're offering $600 off
11  for the one-bedrooms in the north building.  Why I'm
12  hesitating is my recollection is those buildings run
13  north and south; so they're both running the same way.
14  One building is more east, and the other one is west.
15  So in any case, they're being offered some kind of a
16  special on certain floor plans.
17  BY MR. KATZ:
18       Q.    Okay.  All right.  The pet policy, I
19  understand.
20             The referral fees -- now, this is doing a
21  comparison with OneBoynton.
22             Is that a property that's owned through the
23  Olen umbrella also?
24             MR. SAX:  He's referring to the top of the
25        second column, the subject line.
```

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 115 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 116 of 223

Igor Olenicoff
January 31, 2022

Page 115

1      A.   No.   No.   OneBoynton is not owned by Olen.

2    BY MR. KATZ:

3      **Q.   Okay.   All right.   So OneBoynton was given a**

4    **larger referral than Quantum Lakes Villa was -- right?**

5    **-- by about $1,000?**

6      A.   Yes.

7      **Q.   And they were also giving a -- a one-month**

8    **free during that time frame through February 1st;**

9    **right?**

10     A.   That's what it says.

11     **Q.   All right.   So now, under "Amenities," which**

12   **we talked about a minute ago, this says that there's**

13   **no tennis courts and no racquetball.   And I thought**

14   **you said there were racquetball courts.**

15         **Is that -- is there a mistake here?   Or is**

16   **it a mistake that you made about whether there were**

17   **racquetball courts?**

18     A.   No, it's a mistake.   It's a mistake here,

19   and that's why -- you know, this is, again, RealPage.

20   They're confusing things.

21         As an example -- let's go through it.   It

22   says that there's one-car garages.   Buildings 40 and

23   41 don't have any garages, but -- but the other

24   projects -- other units in the projects do.   And

25   covered parking, no.

Igor Olenicoff
January 31, 2022

Page 116

1          Then it says:  "Two pools."  Well, we know

2     that -- that Buildings 40 and 41 don't have two pools,

3     but the project has two pools.  And the same with the

4     racquetball court.  It says:  "No."  Well, that's

5     probably right.  Buildings 40 and 41 don't have

6     racquetball courts, but the project does.  So that

7     should have been a yes.  Alarms and so on.

8          And a dog park -- yes, there's a dog park,

9     but not just for these two buildings.  Again, common

10    area, Wi-Fi, yes, you know, there is, but, again, not

11    just for these buildings.

12         So I don't know where RealPage gets their

13    stuff, but however they get it, they're wrong.  As an

14    example, it says:  "Seven security guards."  Well, the

15    project doesn't have seven security guards.  So, you

16    know, this is a bit screwed up.  And it does say it

17    has a basketball court; so they got that right.

18    **Q.   There is -- there is no automated gate**

19    **entry; is that fair?**

20         A.   That's -- yes, that's fair.

21    **Q.   All right.  Who is Tammy Smith?**

22         A.   Who is Stanley Smith?

23              MR. SAX:  Tammy.

24    BY MR. KATZ:

25    **Q.   Tammy, Tammy Smith.  It says -- the contact**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 117 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 118 of 223

Igor Olenicoff
January 31, 2022

Page 117

1    name on the community information, it says:  "Tammy

2    Smith."

3            MR. SAX:  Jeff, can you make it larger, and

4        he can look up on the screen?  And then he'll put

5        his cursor by it.

6        A.    Yeah.  No.  Right.  Yeah.  No, I can see it.

7    I don't know.  We don't have a Tammy Smith and then --

8    at that time either.

9            And, again, you know, the thing is all

10   screwed up.  It says:  "Percentage occupied."  See,

11   that's the whole project, not -- not the two new

12   buildings.  So they were just --

13           MR. SAX:  It just says:  "Year built:

14       2002."  Year built --

15           THE WITNESS:  Oh, yeah, the year built.

16       A.    So, well, here -- I mean, then it says --

17   oh, "Number of units, 759."  So -- so you know this is

18   all referring to the project as a whole.

19   BY MR. KATZ:

20       Q.    Right.  But you don't recognize the name

21   Tammy Smith?

22       A.    No, never heard of her.

23       Q.    Okay.  Then on the bottom of this, it says:

24   "Property Renovations/Upgrades" for the two different

25   properties; correct?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 119 of 223

Igor Olenicoff
January 31, 2022

Page 118

1      A.    Property renovation --

2      Q.    **It's on the bottom of the first page.**

3      A.    Yes.  Yeah, it says what it says.  Then it

4    says: "Quantum Town Center, 80 units."  Those are --

5    those are a different 80 units.  Those are the 80

6    units in Quantum Town Center.

7      Q.    **Okay.  All right.  The -- the unit that is**

8    **the OneBoynton, it says on there -- it says that there**

9    **are shops and restaurants attached and a parking**

10   **garage.**

11          **And those are things that don't exist at**

12   **Quantum Lake Villas; correct?**

13     A.    No.  You know, thank God.  That's a

14   negative, not a positive.

15          Wouldn't you -- would you rather park in

16   your own garage or in front of your own unit or in a

17   parking structure across the street?

18     Q.    **Well, there is no covered parking at all for**

19   **Buildings 40 and 41; right?**

20     A.    No, there isn't.  But this is, again -- so

21   this is --

22     Q.    **What's that?**

23     A.    This is for the whole project.  This whole

24   thing is intermixed between the 80 units and -- the 80

25   units on Quantum Town Center, which are a different 80

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 120 of 223

Igor Olenicoff
January 31, 2022

Page 119

1   units, like I said, not these 80 units that we're
2   talking about.  And the amenities and everything is
3   garbled in here.  And that's -- that's something that
4   we should have caught, but, you know, it's dealing
5   with a -- with both the old units and the new units.
6      Q.   Okay.  So the next comparison we see is
7   between Quantum Lakes Villas and Manatee Bay; right?
8      A.   Yes.
9      Q.   Is Manatee Bay -- is that on the water?
10      A.   It's on the Intracoastal, yes.
11      Q.   Would you agree with me that -- or do you
12   not agree with me that properties on the Intracoastal
13   typically would go more than -- if it's a similar
14   property, would rent for more than -- than property
15   that's not on the Intracoastal?
16      A.   No.  This -- Manatee Bay, that's an Olen
17   project.  You know, we built it.  We own it.  And it's
18   on -- it's on Federal -- on Federal Highway.  There's
19   a railroad that runs directly adjacent to it.  There's
20   a -- there was, until recently, a nude bar across the
21   street.  There's a rundown shopping center right next
22   door that deals in drugs.  So -- and very few units --
23   I'm going to say less than ten units are on the water.
24   It's -- it's -- it's not the kind of -- of a high-rise
25   building that you think of being on the water that's

Igor Olenicoff
January 31, 2022

Page 120

1    down in Fort Lauderdale or, you know, whatever.  These

2    are all two-story buildings, and they're spread over

3    acreage.  So most of it is not on the water.  Yes, you

4    can walk down towards the water, but -- but you don't

5    have any views.

6         **Q.    Right.  Are there boat slips that you can**

7    **get at Manatee Bay?**

8         A.    There is.  There's a pier and some boat

9    slips for small boats.

10        **Q.    All right.  So this document that we've**

11   **marked as Exhibit 50, what was the intent or the**

12   **reason why or how -- why are you relying on this**

13   **document?  For what purpose?**

14             MR. SAX:  Are you relying on this?  This is

15        one of the documents you produced.  He wants to

16        know why is it in pile?

17        A.    Well, because it's a project that is one of

18   our own, and it's close to Quantum -- it's -- it's

19   a -- it's a comp.  So somebody that would lease at

20   Quantum would also look at leasing here.

21   BY MR. KATZ:

22        **Q.    All right.  So you're using this as**

23   **basically a -- a comparison between the other four --**

24   **the other four that --**

25             THE STENOGRAPHER:  I'm sorry?

Igor Olenicoff
January 31, 2022

Page 121

1          THE WITNESS:  Yeah, I'm with you.  Wait.

2          MR. SAX:  Jeff, start again.  The court

3     reporter couldn't hear you.

4          THE STENOGRAPHER:  Yeah.  You have to speak

5     towards your microphone.  Sorry.

6          MR. KATZ:  I'm looking at the document while

7     I'm asking the question.

8  BY MR. KATZ:

9     Q.    You basically are using this as a

10 competitive comparison between Quantum Lake Villas and

11 four other properties.

12    A.    That is correct.

13    Q.    And was there any rhyme or reason why these

14 specific four properties were selected?

15    A.    Yes.  Because they're the most comparable in

16 terms of location and type and -- and the immediate

17 area.  These are all within the immediate area of

18 Quantum.

19    Q.    The software, how does it -- do you know how

20 it determines what the rent is at the properties?  I

21 mean, do they -- do they, like, go and do marketing

22 studies or something to find out how much they're

23 charging for rent?

24    A.    Yes.  Well, these are the reports that

25 determine what the rents should be.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 122 of 223

Igor Olenicoff
January 31, 2022

1      Q.    Okay.  But, I mean, these aren't the -- what
2    I'm trying to understand is who determines what the
3    rent number is here?  That -- that's not done by your
4    company.

5          That's done by another company; right?
6      A.    Well, the rents for our properties are done
7    by us, and the -- and the rents for the competitive
8    projects are done by them.  And so we -- we're always
9    looking to be competitive, and so we, you know, look
10   at what comparable properties in the area are renting
11   for.

12         And the -- and the key number is the price
13   per square foot.  That's what you sort of have to look
14   at, and that's what we look at.  And here, you'll see
15   that we're considerably lower in price per square foot
16   than our competition and even lower than Manatee or
17   our own project in the area.

18     Q.    Okay.  Well, if the actual square footage is
19   899 a square foot, you believe that the rent per
20   square foot had increased; right?

21         MR. SAX:  Can -- can you read that one back?

22         THE STENOGRAPHER:  I don't even think I can.

23         MR. SAX:  She -- she didn't get it down

24   right, Jeff.

25   BY MR. KATZ:

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 123 of 223

Igor Olenicoff
January 31, 2022

Page 123

1     Q.   Well, you agree with me that if the actual
2  square footage of Quantum Lake Villas is 899 square
3  feet for the one-bedrooms, that the rent per square
4  foot price would go up?
5     A.   Yes.  But that's assuming that this is wrong
6  and that is right.  So, you know, this is something
7  that RealPage determines.  They come out.  They
8  measure the units.  They -- you know, they do it
9  for -- for every project.
10          So the best that we can do is, you know,
11  rely on what RealPage says it is, and this is where
12  these numbers come from -- where all this information
13  comes from.  Yes, it's a third party, but it's the
14  same third party for -- for everybody.
15          MR. SAX:  Jeff, we're trying to make the
16      room warmer, but go ahead in the meantime.
17  BY MR. KATZ:
18     Q.   I'm going to show you what I've marked as
19  Exhibit 51, which is the Competitive Market Study
20  dated September 21, 2021.  Do you see that?
21          MR. SAX:  Was the 2018 version 50?
22          MR. KATZ:  Yes.
23          MR. SAX:  Okay.  So he's looking at -- yeah,
24      I have it on different sides.
25          THE WITNESS:  Okay.

**www.phippsreporting.com**
**(888) 811-3408**

Igor Olenicoff
January 31, 2022

Page 124

1          MR. SAX:  He's looking at the 2021 version.

2          THE WITNESS:  Right.

3          MR. SAX:  Go ahead, Jeff.

4    BY MR. KATZ:

5      Q.   Okay.  Would this basically be the same

6    thing?  It's just the competitive market study is

7    written as of September 21, 2021?

8      A.   Yes.

9      Q.   Do you know if there are any other

10   competitive market studies other than these two?

11     A.   No.  This is all I've got.

12     Q.   Do you know if any other exists for the

13   company?  I understand that's all that you have,

14   but...

15     A.   I don't know.  I'd be guessing.  Again, I

16   should explain.  These are prepared by RealPage, not

17   by us.

18     Q.   But you set the parameters.  In other words,

19   you get to pick which properties you want to do a

20   competitive study on; correct?

21     A.   No.  They tell us where, which is most

22   competitive to our properties.  We don't tell them

23   because that, you know -- that doesn't make any sense.

24     Q.   So those -- the four properties that were

25   selected in Exhibit 51, were those selected by Real

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 126 of 223

Igor Olenicoff
January 31, 2022

Page 125

1  **Property [sic]?  Or were those selected by your**
2  **company?**

3        A.   They were selected by RealPage.

4        Q.   **RealPage.  Sorry.**

5             MR. KATZ:  All right.  We've been going for
6        almost an hour and 20 minutes.

7             Does somebody -- you guys want to take a
8        break for about ten minutes or so?

9             THE WITNESS:  Okay.

10            MR. SAX:  Sure.

11            (Recess from 2:19 p.m. until 2:32 p.m.)

12  BY MR. KATZ:

13       Q.   **Are you aware of the maintenance that is**
14  **done at Quantum Lake Villas, specifically Buildings 40**
15  **and 41?**

16       A.   Yes.

17       Q.   **What's the policy, for example, if someone**
18  **notices cracks in the -- the stucco on the building or**
19  **et cetera, I mean, how -- how does that work for the**
20  **property?**

21            MR. SAX:  Object to form.

22            You can answer.

23       A.   Well, first of all, we would in- -- inspect
24  it.  There was -- 40 and 41, I know that the reports,
25  et cetera, said that there was cracking.  If there

Igor Olenicoff
January 31, 2022

Page 126

1    was, there were -- they were minute because they were

2    not readily visible.

3              But even if they were there, the -- the

4    surface -- again, this is where the Acrylall product

5    failed in that if -- if the top surface is the

6    waterproofing member and it disintegrates, as the

7    Acrylall product did, it's -- it's not waterproofing

8    anything.

9              Stucco is an example.  The cement on the

10   stucco is not the waterproofing member.  There's paper

11   behind the stucco that keeps the water from entering

12   the buildings.  You know, cement is porous.  This

13   product was supposed to be nonporous.  Whether we

14   painted it or didn't paint it is immaterial because it

15   was represented as being the finish coat that was

16   waterproof.

17             There was no visible cracks in the building

18   the way you would, you know, anticipate a stucco crack

19   or a cement crack.  So if they were there, they were

20   minute.  And, again, it was a result of the failure of

21   the product.

22   BY MR. KATZ:

23       Q.   All right.  So I just want to make sure that

24   I understand.  So you're saying that for Buildings 40

25   and 41, there were not visible cracks that you saw

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 127 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 128 of 223

Igor Olenicoff
January 31, 2022

Page 127

1    **prior to the paint bubbling up, et cetera.**

2        A.    No, I did not.  I would have noticed it.

3    It's something that I would, you know, look for.  And,

4    again, if they were, they were hairline cracks.  Okay.

5    You know, whoopee, there's hairline cracks in stucco.

6    That doesn't make it leak.

7        **Q.    All right.  So if you would have observed**

8    **hairline cracks, would you have asked any type of**

9    **maintenance person or someone to do anything for**

10   **those?**

11       MR. SAX:  Object to form, but you can

12       answer, if you know.

13       A.    No.  We would have asked Bradley and

14   Acryllall to come back and fix it, which we did.

15   BY MR. KATZ:

16       **Q.    All right.  But did you ask Bradley and**

17   **Acryllall to come back and fix cracks or just because**

18   **the paint was bubbling?**

19       MR. SAX:  Object to form, but you can

20       answer.

21       A.    Well, to fix the problems and whatever the

22   problems were.  We had the surface that was leaking or

23   coming off as though it was yogurt.  And I felt it

24   with my hands and all; it was just soft.  The Acryllall

25   product turned to yogurt.

Igor Olenicoff
January 31, 2022

Page 128

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 129 of 223

1    Q.    Okay.  But my question -- my question was:

2   Do you have a memory or did anyone tell you that they

3   had contacted either Bradley or Acrylall because there

4   was cracks that existed?

5        A.    No.  There was no visible cracks that --

6   that I observed.  That's what the problem was, was

7   that water was dissolving the Acrylall product.

8        Q.    And who told you that the Acrylall system

9   was nonporous?

10       A.    Well, that's -- the whole purpose of the

11   Acrylall system is to create a water barrier --

12   barrier to the building.  If -- if -- if that's not

13   what a purpose is, then I don't know why anybody would

14   be putting it up on a building.

15       Q.    Right.  But my question was:  Who told you

16   that the Acrylall was nonporous?

17       A.    Nobody.  That's an assumption on my part.

18   Because if it's porous, like I said, then, you know,

19   why put it on a building that -- that has no

20   waterproofing membrane behind it?  That's why -- as I

21   just testified, stucco, as an example, is porous.  You

22   paint it to make it less porous.

23            But even if water gets past the paint, it'll

24   get through the cement, there is a waterproofing

25   membrane on the back of a stucco building that allows

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 130 of 223

Igor Olenicoff
January 31, 2022

Page 129

1    the water to not penetrate into the building but run

2    down between the -- the cement and the waterproofing

3    membrane.  And there's a -- a screed at the bottom of

4    stucco that allows the water to weep out.

5         Q.    **You're talking about a wood-framed wall;**

6    **right?**

7         A.    I'm talking about any kind of a wall.

8         Q.    **Okay.  Well, is it your understanding that**

9    **when stucco is installed on a cement wall, that there**

10   **is a waterproofing membrane or felt that's put between**

11   **the concrete and the stucco?**

12              MR. SAX:  Object to the form, but you can

13        answer.

14        A.    Yes.  The block is waterproofed.

15   BY MR. KATZ:

16        Q.    **The block is waterproofed with what?**

17        A.    With a sealer.

18        Q.    **Okay.  So with an applied sealant?**

19        A.    Well, with a fine sealer, or there's a --

20   there's a paper product.  They're now using -- I'm

21   trying to recall the name of it, but they first will

22   cover the -- the block with a waterproofing membrane

23   and then apply stucco on top of it.

24        Q.    **Okay.  I'm trying to understand.**

25              **The paper product, how is that attached to**

Igor Olenicoff
January 31, 2022

Page 130

1    the concrete?

2        A.   They have strips of -- of wood or metal that

3    is shot into the block, and -- and also it's shot pins

4    with -- with -- with a nail gun and a metal washer to

5    attach it to the block.

6        **Q.   Okay.  On your other buildings that you have**

7    **stucco applied, isn't the stucco directly applied to**

8    **the concrete block?**

9        A.   No.  It's always waterproofed.  A block, a

10   cement block, even if it's filled, you -- you pour

11   water on one side of it and you hold it there, and by

12   morning, that water will be through the block.

13       **Q.   Do you know why the Acrylall paint that goes**

14   **with the Acrylall system was not used on Buildings 40**

15   **and 41?**

16       A.   I didn't even -- I'm not even aware that

17   there is an Acrylall paint.  It was never discussed,

18   never offered.

19       **Q.   So you're not aware that -- that Acrylall**

20   **had indicated that it was necessary to use their paint**

21   **product on the exterior of the system?**

22           MR. SAX:  Object to form, but you can

23       answer, if you know.

24       A.   No.  Acrylall had an exclusion on the use of

25   Sherwin-Williams paint, and the exclusion was very

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 131 of 223

Igor Olenicoff
January 31, 2022

Page 131

1    specific.  Well, you can read it.  You have it in

2    front of you.  That it's -- the only thing that they

3    were not warrantying is that the paint -- if it fades.

4    If it fades, they say, "That's not our problem."

5                We said, "That's fine.  We -- we have that

6    warranty from Sherwin-Williams.  So that's fine."

7                And both Sherwin-Williams warrantied that

8    their product was fine to apply to the surface of

9    Acrylall, and Acrylall said that, "Yes, that was

10   fine," but they wouldn't guarantee the paint fade,

11   which was fine.

12   BY MR. KATZ:

13        Q.   **You keep saying "they said."**

14             **So did somebody from Sherwin-Williams tell**

15   **you personally that the paint was fine with the**

16   **Acrylall system?**

17        A.   They -- they told Dale, yes.

18        Q.   **All right.  And Dale informed you.  So all**

19   **these conversations you're telling me about were**

20   **through Dale.  You didn't personally have those**

21   **conversations.**

22        A.   That is correct.

23        Q.   **Are you aware of any conversations that**

24   **Acrylall raised that by using the Sherwin-Williams**

25   **paint or any other paint, it would affect the**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 132 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 133 of 223

Igor Olenicoff
January 31, 2022

Page 132

1    permeability of the Acrylall?

2        A.   No.  As I said, their only concern was that

3    they weren't warrantying the fade.

4        Q.   **And that's based upon what Dale Lyon told**

5    **you.**

6        A.   It's based on what's in -- what's written in

7    the warranty, Counsel.

8        Q.   **Okay.  Well, where is that written in the**

9    **warranty that it only affects the fade?  What**

10   **document -- I don't -- I don't know what document**

11   **you're referring to.**

12       A.   The Acrylall warranty.  If you read it, it

13   warranties it.  The only thing that they have as an

14   exclusion is -- is the paint fade.

15       Q.   **Well, have you read an actual signed**

16   **Acrylall warranty?**

17       A.   I have.

18       Q.   **Well, where is that document?  Because I've**

19   **never seen it.**

20       A.   Well, I've seen it.  And if you don't have

21   it, we can probably provide it for you.

22       Q.   **All right.  So you believe that you have a**

23   **copy of a signed Acrylall warranty?**

24       A.   Yes.  I don't know, again, if it's signed or

25   not.  But it's -- the Acrylall warranty speaks about

Igor Olenicoff
January 31, 2022

Page 133

1   everything they -- they warranty, and there's an
2   exclusion that "If you use Sherwin-Williams paint,"
3   which is fine, "we don't warranty the paint fade."
4       **Q.   I would ask whatever that document -- those**
5   **documents are that you're referring to, that those be**
6   **produced, because I haven't seen them.**
7       A.   Okay.  We can do that.
8       **Q.   Appreciate it.  And certainly, if there's a**
9   **signed Acryllall warranty, I'd like to see that too,**
10  **because I haven't seen that either.**
11      A.   Okay.
12          MR. KATZ:  All right.  I'm going to show you
13      what's going to be numbered -- I don't know what
14      number it is for you, but you should be able to
15      find it -- what I've marked as Exhibit 52, which
16      is a summary, I guess, of the documents that
17      we've previously gone through.
18          THE WITNESS:  Yes.
19          (Marked as Exhibit 52.)
20          MR. SAX:  He -- he has it in front of him.
21          MR. KATZ:  Okay.
22          MR. SAX:  Just -- just so you know, he calls
23      it Exhibit 13.  Go ahead.  We'll call it 52 now.
24          MR. KATZ:  Well, there was no number on my
25      copy that I got; so I couldn't tell you the

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 134 of 223

Igor Olenicoff
January 31, 2022

Page 134

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 135 of 223

1      number.

2           MR. SAX:  I understand.

3   BY MR. KATZ:

4      Q.   All right.  So what we marked as Exhibit 52

5   was Exhibit 13.

6           Who typed this up?

7      A.   Yours truly.

8      Q.   Okay.  So you typed this yourself?

9      A.   Yes.

10     Q.   I'm going to have -- I think we've gone

11  through a lot of this stuff.  I do have some

12  questions, but I don't want to take a whole lot of

13  time to do that because -- describing the different

14  exhibits because we kind of went through the exhibits

15  separately.

16          But I do have a couple questions.  If you go

17  to page -- and it's in Exhibit 7 -- which is Bates

18  stamp 12000.

19     A.   Yes.

20     Q.   All right.  It says, the third bullet point

21  down:  "Efforts were made to find, at minimum, a

22  temporary and less expensive fix than what a permanent

23  and correct fix of the problem would entail.  Various

24  bids and processes were examined."

25     A.   Yes.

Igor Olenicoff
January 31, 2022

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 136 of 223

Page 135

1        Q.    Do you see that -- that sentence?

2        A.    I do.

3        Q.    Who else -- who else, other than Zarco, did

4    you receive bids from to do a temporary and less

5    expensive fix?

6        A.    You would have to get that information from

7    Dale and John Lyon.  One contractor that I do remember

8    is called JAG, JAG Construction.  But we looked -- you

9    know, we looked at a -- at a variety of ways to fix it

10   temporarily.  We did some temporary repairs that

11   failed and so on.

12         So we were looking to stem the financial

13   losses and looked at a variety of -- so finally, Zarco

14   was -- and the Sto product was the best that we could

15   find for the money as opposed to fixing it

16   permanently, which is the Epic solution, Epic report.

17   And their solution, which is the right solution -- but

18   that's 2.7 million plus the downtime.  So we're

19   looking at the defendants here to -- to make that up

20   so that we can have a permanent solution.

21       Q.    Okay.  With JAG-- and I might be wrong, but

22   this is just from my memory -- the JAG report, if I

23   remember correctly, was -- was an estimate to fix the

24   walkways, I thought, of the building, not the Sto-type

25   of fix or fix of the rest of the building.  But my

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 137 of 223

Igor Olenicoff
January 31, 2022

Page 136

1   memory may be wrong about that.

2           Was there a JAG estimate to repair the whole

3   exterior of the buildings?

4       A.   No.  I think that your memory is correct.  I

5   don't remember who else they got -- who else they

6   investigated and got bids from, but there were -- it

7   was a very short list because everybody that we talked

8   to would not do it, would not warranty it.

9           They said the only way to do it is to --

10  which is the right way.  Everybody wanted to take the

11  entire Acrylall product down off the building, down to

12  the block and -- and/or the framing, which would mean

13  that the entire building would have to be evacuated.

14          So we were looking for a temporary fix where

15  the entire building would not have to be evacuated,

16  because evacuating the building is -- well, I have it

17  here in the estimate, but you're talking several

18  million dollars plus the repair cost.

19      Q.   All right.  So what's your understanding of

20  what Zarco did to do the repair with the Sto finish?

21      A.   My understanding is that they took off a

22  section at a time of the building, the -- the failed

23  material, until they reached a solid surface.  And

24  then they built it up with the Sto product, and

25  then -- I think it was a three-coat job -- and -- and

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 138 of 223

Igor Olenicoff
January 31, 2022

Page 137

1   finished it with a smooth finish.

2       Q.   And when you say they took it down to a

3   solid surface, what do you mean by that?

4       A.   That means they chipped, they -- they

5   scraped, they used an electric piece of equipment to

6   take the -- the bad material off.

7       Q.   Like a chipping hammer?

8       A.   A chipping hammer where -- where it was --

9   where it was necessary, yes.

10      Q.   Well, did they mainly remove the material

11  with a pressure washer?

12      A.   They may have done that as well, but that's

13  not my understanding and not what I observed.

14      Q.   Were you there when Zarco was doing the

15  work?

16      A.   I was there from time to time, yes.

17      Q.   And you saw them using a chipping hammer on

18  the building?

19      A.   Well, it -- it wasn't a chipping hammer the

20  way you think of a large chipping hammer.  It was a

21  small, handheld chipper to break off the -- the -- the

22  bad material.

23      Q.   And how much of the bad material, as you put

24  it, do you believe -- what percentage had to be

25  removed from the building?

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 139 of 223

Igor Olenicoff
January 31, 2022

Page 138

```
 1            MR. SAX:  Object to the form.

 2            You can answer, if you know.

 3      A.    I -- I wasn't there to observe all the

 4   buildings that were -- I observed the section -- you

 5   know, one end of -- you know, in the building, and it

 6   looked like -- you know, that's -- that's a subjective

 7   question, but...

 8   BY MR. KATZ:

 9      Q.    I'm just trying to get an understanding.  I

10   mean, was it -- the exterior was painted with a

11   different kind of paint when it was originally built.

12      A.    That was all gone, you know, way gone.

13   There was no --

14      Q.    So all of the exterior paint was removed

15   from the building?

16      A.    Yes.  Absolutely.  All was removed.

17      Q.    All right.  So 100 percent of the paint was

18   removed from Buildings 40 and 41?

19      A.    And a -- and a good portion of all the

20   Acrylall product was -- was removed.

21      Q.    Okay.  And then they -- then they filled in

22   and smoothed it out with a -- a coat system of the Sto

23   product.

24      A.    Well, they applied several coats to the

25   finish coat of the -- the Sto product.
```

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 140 of 223

Igor Olenicoff
January 31, 2022

Page 139

1        Q.    Okay.  Did anybody do any kind of pull test
2   on it to make sure that it was adhering properly?
3        A.    What kind --
4              MR. SAX:  A pull test.
5   BY MR. KATZ:
6        Q.    Pull test, p-u-l-l.
7        A.    I don't know what that is.  What's a pull
8   test?  Yeah.
9        Q.    Okay.  If you don't know, that's fine.
10             All right.  Then what I want to do on your
11   summary is I want to skip over to the damages section,
12   which I think is the last two pages or so.  I'm going
13   to share my screen again.
14             MR. SAX:  I think it starts on 12204.
15             MR. KATZ:  Correct.
16             MR. SAX:  That page -- it's got a Bates
17        stamp number on the bottom.  It's actually the
18        third from the end.  It's a document in this
19        thing.
20             THE WITNESS:  Number 16?
21             MR. SAX:  Let me see if you're looking at
22        the same thing.  No.  Go to an earlier page.  Go
23        to one page earlier.
24             Hold on.  No.  Keep going.  Let me see the
25        summary.  I think it's in the back of the

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B  Page 141 of 223

Igor Olenicoff
January 31, 2022

Page 140

```
 1        summary, is what he's talking about.  Here, it's

 2        the last page.  Here we go.  He'll ask you about

 3        this.

 4              All right.  He has it in front of him.

 5   BY MR. KATZ:

 6        Q.   I just want to kind of run through so I

 7   understand this.

 8              Because my first question is:  On all of

 9   these damage calculations, you're assuming 100 percent

10   occupancy; right?

11              MR. SAX:  He's still looking at the

12        document, Jeff.  I don't think he listened to the

13        question.  Hold on.

14              And he also put it up on the screen, Igor,

15        just so you know.

16              THE WITNESS:  Okay.

17              MR. SAX:  Jeff, if you'd ask the question

18        again.

19              MR. KATZ:  Sure.

20   BY MR. KATZ:

21        Q.   For all of these damages calculations,

22   you're assuming 100 percent occupancy; right?

23        A.   That's correct.

24        Q.   So now, I just -- I understand the vacancy

25   percentages and where that number came from.  The
```

Igor Olenicoff
January 31, 2022

Page 141

1    11 -- for April, you have 45 percent vacancy times

2    1,170.

3            What does the 1,170 relate to?

4        A.   1,170 --

5            MR. SAX:  You have to look at your other

6        exhibits there.  Do you have those?

7        A.   The 1,170 comes from -- if you go to

8    Exhibit-- what I show as Exhibit 9 --

9    BY MR. KATZ:

10       Q.   Which is Exhibit 43.

11       A.   Okay.  And you go to the second page --

12   okay? -- and you see the vacant rent that is not being

13   collected.  You see what -- what we expected, which

14   was not the market rent, what -- what we said would be

15   our best rent.  And -- and the lease rent that we were

16   getting was 66,000.  The best rent with the damaged

17   building, we said, would be 109,675.

18           We were losing $33,970 -- -940 a month.

19   When you divide that by 28.75, that's the vacant

20   percentage.  And you come up with -- what is that

21   number? -- $1,170.

22           Let's see.  What was your question?

23           MR. SAX:  Do you need a pen?

24           THE WITNESS:  No.

25       A.   The 11 -- so the -- the 11 -- 1,170 is -- is

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 142 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 143 of 223

Igor Olenicoff
January 31, 2022

Page 142

1   that number.  So let's -- let's do it right now.  If
2   you take -- I don't have my calculator here.  I need
3   to use my phone.
4            So if we take the $33,940 of uncollected
5   rent and you divide that by 28.75, that's your $1,140
6   per- -- percentage.  So each vacant percentage average
7   between ones and twos equal 1,100 -- $1,170, I said up
8   here.  But it's -- if you do the math, it's $1,140.
9   BY MR. KATZ:
10       **Q.   Right.  But that is what the expected market**
11   **rent was in January of 2018; right?**
12       A.   Expected rent was, yes.
13       **Q.   All right.  And this is for April through**
14   **December of 2015; right?**
15       A.   20- -- I'm sorry.
16            MR. SAX:  '15 is what he's saying, on the
17            first bullet point.
18       A.   Yes.  Yeah.  Rents remained stable and
19   constant during that period of time.  We weren't able
20   to lease it up.  We kept rents the same.  We actually
21   started to drop rents.  So I just used the -- the
22   December 2018 average rent loss per percentage to
23   arrive at the $1,170.
24       **Q.   And what document can we see -- can you show**
25   **us to show that the rents stayed stagnant during that**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 144 of 223

Igor Olenicoff
January 31, 2022

Page 143

1    time period?

2         A.   What document can you -- can I show you that

3    the rent loss was --

4         Q.   No, that's not my question.

5              My question is:  From December 2015 through

6    January of 2018 --

7         A.   Right.

8         Q.   -- what document can you show me that

9    supports that the rent was stagnant, the market

10   analysis was the same during those three years?  Other

11   than your testimony, where is the backup document to

12   support that?

13        A.   Well, I can show you the vacancy by

14   Exhibits 1 through 8 or whatever those are; right?  So

15   you -- so you have the average vacancy of those years;

16   right?

17        Q.   Right.  But you can't show me the backup

18   document for the vacancy percentage.

19             You can just show me the -- the percentage

20   number; right?

21        A.   I can show you the percentage number.

22        Q.   Right.  But you can't show me the supporting

23   documents regarding how that was calculated because

24   you don't have it anymore; right?

25        A.   Yes.  But it wouldn't be any less than that;

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 145 of 223

Igor Olenicoff
January 31, 2022

Page 144

```
 1    right?  It would be more.
 2         Q.   So I -- I don't know because I can't see the
 3    backup documents.
 4              So the same question with the rental income:
 5    You don't have the backup document to support the
 6    statement that the rents remain stagnant.
 7         A.   Well, we can show you -- obviously, we have.
 8    We can show you what the rents were in September --
 9    no, in January 2018.  So, you know, your question is,
10    well, the rents -- see, it -- it wouldn't make any
11    difference.  Let me explain why.
12              If -- if -- the position you're taking is
13    that, well, the rents in 2015, '16, and '17 could have
14    been less than what the rents are showing in
15    January 1, 2018.  You know, let's assume that, you
16    know, that assumption is correct.
17              Well, that assumption is simply offset by,
18    then, the difference between the rent in 2018 and
19    the -- the comp rent.  So, okay, that's -- that's the
20    next line item of 300 -- the shortfall of $300 per
21    month times 80 units -- right? -- times nine months.
22    That's that 216 number.
23              So that number would either go up or down,
24    because at the end of the day, we should have been
25    receiving what -- what the market comp rent was for
```

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 146 of 223

Igor Olenicoff
January 31, 2022

Page 145

1    those units.

2           We weren't receiving them for two reasons.

3    One is they were not renting, and that's the $1,170

4    or -- and -- and that they were less than what the

5    market would call for those units and what we would be

6    able to rent them for but for the deficient finish on

7    the building.

8           So -- so, you know, say hypothetically it's

9    not $1,170.  Say it's $1,000.  Well, that's fine.

10   Then that $170, you just have to add it to the $300 on

11   the next line down, which would -- which would be a

12   greater loss.

13       **Q.   Right.**

14       A.   So we had two elements of loss.  One was the

15   vacancy, and we also had the -- the loss due to not

16   being able to achieve what the competitor --

17   competitive rents were in the area.

18       **Q.   Where did you come up with the $300 rental**

19   **shortfall per month?**

20       A.   Well, on that -- on that September date.  If

21   you go to the September -- no, the December --

22   December --

23       **Q.   It's January.  It's January 2018, so -- just**

24   **so we're clear.**

25       A.   Right.

**www.phippsreporting.com**
**(888) 811-3408**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 147 of 223

Igor Olenicoff
January 31, 2022

Page 146

1        Q.   Or are you talking about the later one in
2    September?
3        A.   Okay.
4        Q.   Which year -- which year are you talking
5    about?  2018 or 2021?
6        A.   No.  If you look at the 2018 one -- right --
7    you look at that --
8        Q.   Okay just -- just -- just so we're clear for
9    the record, that's Exhibit 43.  Okay.
10       A.   Okay.  So you look at the rent differential
11   between OneBoynton, the first comp, were $260 below
12   market, and $197 on the two-bedrooms.  And on Manatee
13   Bay, which is our own project, we're at $65
14   difference.  When you go to --
15       Q.   And the comps in the first one are 69 and
16   114.
17       A.   Right.
18       Q.   And the one that actually was cheaper was
19   the one-bedrooms.  The rent that you'll be getting at
20   the apartments was higher than the two-bedroom at 105.
21   So I still don't understand where the $300 came from.
22       A.   You know, real simple.  Real simple,
23   Counselor.  Let's look at the worst case that you're
24   looking at -- right? -- which is Via Lugano.  You
25   can't -- you can't look at the whole number and say,

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 148 of 223

Igor Olenicoff
January 31, 2022

Page 147

1    oh, well, they're -- you're $100 -- you're $100 higher

2    than they are -- right? -- on the two-bedrooms.  You

3    know, not so fast.

4           You have to look at we're 1,292 square feet.

5    They're 1,203 square feet.  So you have to take 8,900

6    square feet times a $1.38, and you get -- I need my

7    calculator.  But in any case, you know, you can see

8    where --

9        Q.   I understand what you're saying.  I'm trying

10   to understand where you came up with the $300-a-month

11   shortfall.

12          Where did that figure, $300, come from?

13       A.   It's a compilation of the square footage

14   difference times the rent-per-square-foot difference.

15       Q.   And which property did you use to make that

16   determination?

17       A.   I -- I used all three.

18       Q.   All right.  So where are the calculations on

19   how you did that?

20       A.   I did them at -- I did them at my desk, and

21   I can resurrect those and -- and show you again.  You

22   know, let's -- let's look at the first one, Boynton

23   Beach; right?  They're at OneBoynton.

24          So the difference is -- this is -- this is a

25   good one.  There's 1,200 -- we're at 1,292 square

Igor Olenicoff
January 31, 2022

Page 148

1   feet.  They're 1,227 square feet -- right? -- on the
2   two-bedrooms.  They are 22 cents -- let's just start
3   initially with the 22 cents higher.  22 cents times --
4   what is it? -- times 60 -- 67 is -- that's a
5   calculation I did.  And it would be $120, and you have
6   $197 difference in rent.  You're over $300.
7       Q.   All right.  Now, if the units are, in
8   actuality, 1,227 square feet, though, you're at 1.38 a
9   square foot; right?
10      A.   What was that?  I'm sorry.
11      Q.   If the units are, in actuality, 1,227 square
12  feet versus 1,292 feet --
13      A.   Right.
14      Q.   -- rent per square foot goes up to $1.38 a
15  square foot, which affects the whole calculation;
16  right?
17      A.   I don't understand the -- you know, the
18  question.
19      Q.   All right.  Well, then you've got an
20  inconsistency.  In the documents that we went through
21  before, it said that the two-bedrooms were 1,227
22  square feet.
23          This document, which is Exhibit 50, your
24  Exhibit 11, says it was 1,292 square feet; right?
25      A.   Right.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 150 of 223

Igor Olenicoff
January 31, 2022

Page 149

1    Q.    So if the correct calculation is a

2    hundred -- is 1,227 square feet, the rent per square

3    foot actually goes up to about 1.38 a square foot;

4    right?

5    A.    Well, yes, except you're assuming that

6    RealPage is wrong and that the construction square

7    footage is right.  They're doing a market square

8    footage.  Namely, they include the patio as rentable

9    square feet, and in the construction number, we

10   didn't.

11         Excuse me.  I'll be right back.

12         (Recess from 3:15 p.m. until 3:17 p.m.)

13         MR. KATZ:  Did he finish his answer?

14         MR. SAX:  Is there more that you want to

15   answer on that one, if you remember?

16         THE WITNESS:  Well, I think that, Mr. Katz,

17   what I can give you and agree with you on is that

18   these calculations -- there's certain assumptions

19   that are made here.  This is not an accounting

20   record to the penny.  There had to be some

21   assumptions made.

22         I felt that they were fair assumptions.  And

23   so, you know, if -- if you want to argue that

24   it -- at the end of the day, the liability is not

25   whatever I came up with on that damage sheet, is

Igor Olenicoff
January 31, 2022

Page 150

```
 1        not 12 million 537 but is 12 million one, you
 2        know, then --
 3             MR. SAX:  This isn't "Let's Make a Deal"
 4        now.
 5             THE WITNESS:  I know.  Exactly.  So then,
 6        you know, we may have something to talk about.
 7        But there's nothing wrong with the numbers and
 8        the assumptions that -- that -- that I made.
 9        They're fair.
10   BY MR. SAX:
11        Q.   Well, that's -- that's -- that's just like
12   everything else: up for discussion.
13        A.   Of course.
14        Q.   So what I want to understand is where the
15   $300 a month came up with, and I don't want to spend
16   time today for you to kind of recreate it.
17             So is that something that you can do on your
18   own time and -- and just provide the calculation on
19   how you came up with that $300 a month?
20        A.   Yes.
21        Q.   Great.  That's all.  I just --
22        A.   Yeah.
23        Q.   If you can do that and we can have that
24   before the next deposition -- I just want to
25   understand how you calculated that.  That's all.
```

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 152 of 223

Igor Olenicoff
January 31, 2022

Page 151

1       A.   Okay.  Again -- and I'll say, there are
2   certain assumptions that are made that --
3       **Q.   I understand.  I want to know what the**
4   **assumptions are.**
5       A.   Sure.
6           MR. KATZ:  All right.  Okay.  Let me go on
7       because I don't want to -- I just want to get
8       this stuff all marked so we're all on the same
9       page.
10          I'm going to show you what was your
11      Exhibit 14, which I'll mark as Exhibit 53.  You
12      should have that document in front of you.
13          MR. SAX:  It's this one.
14          THE WITNESS:  Yes.
15          MR. SAX:  It's this.  No.  No.  14 -- he
16      said 14.  It's the next one.
17          THE WITNESS:  Yes.
18          MR. SAX:  Go ahead.
19          (Marked as Exhibit 53.)
20  BY MR. SAX:
21      **Q.   All right.  The items on here regarding**
22  **water intrusion and repairs, are those repairs that**
23  **were done by subcontractors or entities?  Or were they**
24  **done in-house?  I'm assuming the answer to that**
25  **question is:  If I look in the column that says**

Igor Olenicoff
January 31, 2022

Page 152

1    "Vendor," it will tell me.

2        A.   Well, this isn't a form that I'm familiar

3    with.  This was handed to me and was previously

4    produced, I was told.  So you'll see that there's some

5    line items I see where it was repaired by Bradley, and

6    then the --

7        Q.   **Where do you -- where do you see one that**

8    **was repaired by Bradley?**

9        A.   In the first page of Exhibit 14 or whatever,

10   exactly in the middle of that --

11       Q.   **I see it.  Okay.  I see it.**

12       A.   Okay.  And then if you go to the very last

13   two, it says:  "Water extraction by Grout Genie."

14   That's a subcontractor.

15            So it sort of tells you the one above that

16   from the bottom is done by -- by our maintenance

17   people and Grout Genie and -- and has the dollar

18   amounts.  So it sort of tells you who the contractor

19   is and what they did.

20       Q.   **All right.  Okay.  What I want you to do --**

21   **if you go to the last page of that document --**

22       A.   Okay.

23       Q.   **-- can you see down there, the total is**

24   **$403,412?  Do you see that number?**

25       A.   I do.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 154 of 223

Igor Olenicoff
January 31, 2022

Page 153

1      Q.    Would you agree that that includes the Zarco

2    Construction charge of 360,000?

3      A.    Boy, no.  I don't see it.  I'd have to see

4    it -- I don't see the Zarco work here, no.

5      Q.    On the last -- on page 5 of 5 -- if you look

6    up at the screen --

7      A.    Yeah, it's right -- yes.  Yes.  Yes.  I see

8    it.

9      Q.    Okay.  So it includes -- the 403,000

10    includes 360,000 from Zarco; right?

11      A.    Yes.  But it -- it ended up being 365,000.

12    They had a change order for 5,000.

13      Q.    Okay.  I understand.  But the 403,412

14    includes a line item of 360,000 for Zarco; right?

15      A.    It does.

16          MR. SAX:  Jeff, what's this exhibit number?

17          MR. KATZ:  53.

18          MR. SAX:  Okay.  Thank you.

19

20

21

22

23

24

25

Igor Olenicoff
January 31, 2022

Page 154

1              (Marked as Exhibit 54.)

2    BY MR. KATZ:

3         Q.    And then Exhibit 54, this is what you were

4    just telling me.  This is the Zarco pay application.

5    It's your Exhibit 15.

6         A.    Yes.

7         Q.    Okay.  Do you see that?  And then the

8    total -- this is the final payment, and it says:

9    "Total completed and stored to date is $365,445";

10   right?

11        A.    Yes.

12        Q.    All right.  So that includes the same

13   360,000; right?

14        A.    Correct.

15        Q.    You then produced a damage summary sheet.  I

16   will share with you Exhibit 55.

17             (Marked as Exhibit 55.)

18   BY MR. KATZ:

19        Q.    Do you see that document?

20        A.    I do.

21        Q.    All right.  So I'm trying to understand a

22   couple things.  You've got Exhibit 14 for the water

23   intrusion as $403,412, which includes the Zarco

24   360,000.  And you have another line item for 438,000,

25   which is the temporary repairs by Zarco, which I

Igor Olenicoff
January 31, 2022

Page 155

1    assume includes the 365,445.

2         A.   You're absolutely right.  That Zarco amount

3    is a duplicate.  I did not catch it.  This was handed

4    to me, and I didn't notice that the Zarco 360,000 was

5    part of the 403, so...

6         Q.   All right.  So you -- you agree that the

7    360,000 should come out of Exhibit 14.

8         A.   Yes, I do.

9         Q.   Okay.

10        A.   But I also want to say that I put down the

11   wrong number for the Epic report.  That amount is 2 --

12   2,722,581; so it's 132,000 more.

13        Q.   122,000.

14             MR. SAX:  122,000.

15        A.   122,000, yes.

16   BY MR. KATZ:

17        Q.   The temporary repairs that you have for

18   Exhibit 15, you have 438,534.  I did the math.

19             What's the $73,089 addition to the Zarco

20   number?  What does that relate to?

21        A.   Oh, that relates to the -- the JAG repairs

22   that were done.  Okay.  The 365,000 did not include

23   the -- the repairs they did to the breezeways and

24   the -- and the stanchions, and so that was the

25   difference between the 360,000 and the 438-.

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 156 of 223

Igor Olenicoff
January 31, 2022

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 157 of 223

1    Q.    Just give me one second.  It's my

2  understanding -- and, again, this is from -- I believe

3  from Dale Lyon's testimony -- that Zarco actually --

4  included in that price was the repair to the

5  breezeway.

6          Is that not your understanding?

7    A.    That's not my understanding.  The 365,000

8  was for the walls, and the bree- -- the breezeways

9  were another 70,000 or 65,000.  And we can provide

10  that for you.

11   Q.    Okay.  I'm going to share my screen again.

12  Sorry.  Just give me a minute to pull it up.

13   A.    Okay.

14   Q.    This was previously marked as Exhibit 15.

15          Do you see that?

16          MR. SAX:  Jeff, can you blow it up a little

17      bit?

18          MR. KATZ:  I will.

19          MR. SAX:  Can you go to the top?

20          THE WITNESS:  Okay.

21  BY MR. KATZ:

22   Q.    All right.  So this is the agreement with

23  Zarco.

24          Do you see where it says:  "Breezeway

25  coatings"?

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 158 of 223

Igor Olenicoff
January 31, 2022

Page 157

1      A.    Yes.

2      Q.    It says:  "Strip all existing breezeway and

3   stair areas by high pressure washing to remove any

4   loose or peeling gray coating.

5            "Sand and prep all surfaces.

6            "Apply new Tremco Vulkem polyurethane

7   waterproofing membrane coating to the second- and

8   third-floor breezeways and stairs only."

9            And then it says:  "Flooring application is

10  to be split into three sections for breezeway floor to

11  allow access to residents."

12     A.    Okay.  Well --

13     Q.    Would you -- and this is all part -- and I

14  can go back up, if you want.

15     A.    Well, all right.  So I don't know what that

16  difference is, but I'll find out, you know, for you.

17  Again, that was the number that was given to me.

18            But if you go to that section, does it

19  exclude the second and third floors only?

20     Q.    Let me find it again.

21     A.    Okay.

22     Q.    It says:  "Coating to second- and

23  third-floor breezeways and stairs only.  (Nothing

24  parabe applied to at ground floor)."

25     A.    So -- and the major damage was on the ground

Igor Olenicoff
January 31, 2022

Page 158

1  floor, but -- so, you know, that might be part of the

2  difference.  But I thought there was an extra there,

3  and there was this 60,000 approximately.  But I'll

4  find out for you, and I'll let you know.

5       Q.   Okay.  So who -- who actually created -- you

6  know, because you said this was -- this was handed to

7  you, what we've marked as Exhibit 55.

8            Who actually handed you Exhibit 55?  Who did

9  this and gave this sheet to you?

10           MR. SAX:  I don't know if he testified who

11      did that.  He's talking about the summary.

12  BY MR. KATZ:

13      Q.   He said it was handed to him and he didn't

14  attach it.  I'm trying to find out --

15           MR. SAX:  Not in -- Jeff, he was talking

16      about the exhibit before that.

17           THE WITNESS:  Exhibit --

18           MR. SAX:  He was talking about Exhibit 53.

19      He said it was handed to him.  That's the one

20      with all the vendor repairs.

21           Are you now referring to Exhibit 55, which

22      is the summary that's up on the screen?

23           MR. KATZ:  Yes.

24      A.   No.  55, I did.

25      Q.   You did 55.  Okay.

Igor Olenicoff
January 31, 2022

Page 159

1          All right.  I'm going to share my screen,
2     which I've marked as Exhibit 56.
3          Can you see that document?  I'll make it
4     bigger.
5        A.   Yes.
6        Q.   Okay.  And this is an unconditional release
7     on Progress Payment Number 5 to Zarco that's dated
8     October 8, 2021?
9        A.   Yes.
10          (Marked as Exhibit 56.)
11    BY MR. KATZ:
12       Q.   The next page is a copy of the check, which
13    is written from Realty Services Corp.
14          Do you see that?
15       A.   Yes.
16       Q.   Do you see that?
17       A.   Yes, I do.  Yes.
18       Q.   Okay.  Sorry.  I didn't -- I didn't hear
19    your response.
20       A.   Oh.
21       Q.   All right.  So as we talked about
22    previously, the contract with Quantum Lakes, but the
23    bill looks like it's being paid by Realty Service --
24    Services Corporation; is that fair?
25       A.   Yes.  It's being paid on behalf of the

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 160 of 223

Page 160

1    contracting entity.  Realty Services is the accounting
2    arm for Olen Properties.  It pays all the bills, all
3    the inter-companies, the accounting and everything,
4    all the payroll.  Everything is done by Realty
5    Services.  It's a -- an accounting management firm
6    that's also part of Olen.
7        **Q.    All right.  So then, how does Realty**
8    **Services Corp. get reimbursed for this amount that**
9    **it's paid?**
10       A.    Well, at the end of the day or at the end of
11   every month and certainly at the end of each year,
12   there's debits and credits that Realty Services
13   prepares that shows the amount of money that each of
14   the subsidiaries has brought in and how much money
15   they've disbursed on behalf of that project, and, you
16   know, reconciles all the books between the
17   subsidiaries and the parent company.  Also ultimately
18   has to have that in -- prepared for the tax returns.
19           MR. KATZ:  Okay.  All right.  Now, I'm going
20       to share with you what I'll mark as Exhibit 57.
21           (Marked as Exhibit 57.)
22   BY MR. KATZ:
23       **Q.    And this is the unconditional final release**
24   **for the contract with Zarco; right?**
25       A.    Yes.

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 161 of 223

Igor Olenicoff
January 31, 2022

1        Q.   All right.  And that indicates that it was

2    executed on January 20, 2022; right?

3        A.   Yes.

4        Q.   So was the actual work completed prior to

5    this date?  What's your understanding of when Zarco

6    finished the work?

7        A.   My understanding is it was in -- in June.

8        Q.   In June of 2021?

9        A.   Yeah, June/July of 2021, yes.

10            MR. KATZ:  I'm going to show you what I've

11       marked as Exhibit 58.

12            (Marked as Exhibit 58.)

13   BY MR. KATZ:

14       Q.   We previously talked about a Tammy Smith,

15   and I have found this document.

16            Does that refresh your recollection of a

17   Tammy Smith?

18            MR. SAX:  Can you make it bigger?

19            MR. KATZ:  I can.

20       A.   No.  Nice-looking lady, but I don't

21   recognize her, so...

22   BY MR. KATZ:

23       Q.   Okay.

24       A.   But -- but, you know, that's not -- not

25   unusual; so I don't know what all this says.  But, you

Igor Olenicoff
January 31, 2022

Page 162

 1   know, keep in mind that Olen has 600 employees; so I
 2   don't necessarily know them all.  And managers,
 3   they -- they come; they go.
 4       Q.   Okay.  All right.  Well, it says that she's
 5   property staff.
 6            Do you know who is the manager presently
 7   at -- at that location?
 8       A.   No.  I've unfortunately never had the
 9   opportunity to meet her.  Every time I'm there, either
10   the office is closed, and during this COVID era in
11   particular.  I -- I think -- well, I don't want to
12   guess.  But, no, I don't know her, no.
13       Q.   All right.  So it says: "Sincerely, Quantum
14   Lake Villas Management."
15            So is that the name of the management
16   company that manages what would be considered part of
17   Buildings 40 and 41?
18            MR. SAX:  Object to form, but you can
19       answer, if you know.
20       A.   No.  That simply means that she is part of
21   the Quantum on-site management employees.  She would
22   be, you know, one of the people in the office.  She
23   could be a leasing agent.  She could be a maintenance
24   coordinator.  She could be the -- the accounts
25   receivable.  So I don't know, you know, who she was.

Igor Olenicoff
January 31, 2022

Page 163

1    BY MR. KATZ:

2         Q.    All right.  Now, I just want to take a

3    couple minutes and run back through what was

4    previously marked as Exhibit 40.  But I think I've

5    marked all the documents that were just recently

6    provided, and I just want to see if there's any other

7    documents responsive to the request to produce that we

8    asked for you to bring with you today.  Okay?

9         A.    Okay.

10        Q.    All right.  As to Item 1, "Any and all

11   documents regarding the nature and scope of alleged

12   defects at the project" --

13             MR. SAX:  Jeff -- Jeff, hold it.  He can get

14        it in -- I think you have the subpoena there.

15        You can look at the list.  Notice of depo?

16             THE WITNESS:  No, I --

17             MR. SAX:  Let me see.  Here's one because

18        it's too small on the screen.  The others are at

19        the other end of the table.

20             Hold on, Jeff.

21             You know what?  I'm going to have to take a

22        two-minute bathroom break while he looks at the

23        list.

24             But what I'm handing the witness is the hard

25        copy, Jeff, of what you just put up on the

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 164 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 165 of 223

Igor Olenicoff
January 31, 2022

Page 164

```
 1    screen.  So if you guys could just wait one
 2    minute while I go to the restroom.
 3         MR. KATZ:  Yeah, why -- why don't we just
 4    take a five-minute break.
 5         MR. SAX:  Okay.
 6         MR. KATZ:  And you can read it over.
 7         (Recess from 3:42 p.m. until 3:48 p.m.)
 8         MR. KATZ:  I'll go back through.  There are
 9    some specific items that I think I need to know
10    about, and so I'll just go through the specifics
11    and everything.
12         MR. SAX:  Yeah, or address it to us, you
13    know, on behalf of the corporation, and I can
14    answer it from their perspective.  I don't know
15    what he can answer, but go ahead.
16         MR. KATZ:  Well, I mean, the one thing that
17    I have a concern about is -- is the rent rolls
18    for every month.  Because in the other case, we
19    were able to get the names and the move-in and
20    the stop dates for every single unit --
21         MR. SAX:  I know.
22         MR. KATZ:  -- on a monthly basis.  And
23    without the backup documentation, it's, you know,
24    two random months that were chosen.  That's not
25    what we asked for.  We asked for every month,
```

Igor Olenicoff
January 31, 2022

Page 165

1       so...

2            MR. SAX:  I don't -- again, that stuff was

3       produced in 2021.  We'll see what we can do in

4       2022.  We may have to go back to the other

5       service -- not that I want to, but we may have to

6       go to that third party or something.

7            THE WITNESS:  I don't know if they would

8       have it.

9            MR. SAX:  I don't know if they would have it

10      either.

11           We'll double-check with Dale.  Igor is

12      probably not the person in the best position to

13      answer about where those records are; so let me

14      ask the corporation that question.

15           THE WITNESS:  Well, you know, let me ask

16      you:  Is that -- say, at best -- say, if you want

17      a rent roll for each month since inception, at

18      some point -- and I think it was in 2015, after a

19      year, I testified.  And I was told that the 80

20      units were merged into -- and, you know, we saw

21      it on the sheet -- into project as a whole.  So a

22      rent roll, assuming it can be found and produced,

23      would -- would include all 6-, 700 units.

24  BY MR. KATZ:

25      Q.   Well, but, sir, that's -- that's not true

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 166 of 223

Igor Olenicoff
January 31, 2022

Page 166

1    because you gave me a rent roll, on 9/30/2021, for
2    just the 80 units.
3         A.    That was extracted.   That was extracted out
4    of -- as I said, out of the 700 units.   Somebody went
5    through and pulled out those 80 units and created that
6    document.
7         Q.    Well, regardless, it can be done on a
8    monthly basis.   And absent that, there's no backup
9    support for any of the testimony that you've given
10   here today, and I have an issue with that, especially
11   since it was produced in the other case, and the other
12   case had a similar type of issue.   It just doesn't
13   make sense to me that I can have two random months but
14   I can't have the other ones.
15            MR. SAX:   Well, we'll -- we disagree, but
16         we'll look.   And I'll speak to Dale.   Again, I
17         think Dale is in a better position than Igor is
18         to answer that question, Jeff.
19            THE WITNESS:   Well, assuming that we can get
20         the entire rent roll for all 700 units on a
21         monthly basis -- I'm not saying that we can or
22         can't, but would that satisfy your need?
23            MR. KATZ:   Well, if that's the only way it
24         can be done, yes.   But I believe that somebody
25         knows how to run the software, that they can do

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 167 of 223

Igor Olenicoff
January 31, 2022

1      it so it -- I don't care about the other units,
2      obviously, because it has nothing to do with this
3      litigation, you know.
4          So, I mean, I don't want to get into your --
5      you know, your business as to the other units
6      because it's got nothing to do with this case.
7      But if that's the only way it can be produced,
8      then we'll have to figure that out.
9          THE WITNESS:  Well, I know that's the only
10     way, assuming it can be done.  And, you know, we
11     don't have the staff or the desire to, you know,
12     start extracting and creating documents because
13     then you'll question their creation as -- but...
14         MR. SAX:  Well, I'll -- we'll speak to Dale
15     when we're done today.
16         THE WITNESS:  Okay.  All right.
17 BY MR. KATZ:
18     Q.   Okay.  And we looked -- we looked through
19 Exhibit 40, which is on the screen now, which is the
20 list of documentation.
21     A.   Yes.
22     Q.   All right.  The main thing that -- you know,
23 that you're testifying to, as far as I know -- is
24 there any -- starting with Number 20:  "Any and all
25 information regarding any alleged loss of revenue

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 168 of 223

Igor Olenicoff
January 31, 2022

Page 168

```
 1   relating to any alleged defect or issue with the
 2   original construction and/or repairs performed."
 3           Other than the documents that we've gone
 4   through today, are you aware of any other documents
 5   that would show loss of revenue that we haven't
 6   discussed?
 7           MR. SAX:  Object to the form, but you can
 8       answer.
 9       A.   No.
10  BY MR. KATZ:
11       Q.   All right.  21 is the rent rolls, and we
12   talked about that; so I don't think we need to go back
13   over that.
14           22 is the vacancy rates.  I think we talked
15   about that already.
16           23:  "Any and all brochures, advertisements,
17   promotions regarding rents or rates since the project
18   was completed."  I don't remember ever seeing any
19   brochures, advertisements, or promotions.
20           Do you have -- when I say "you," does Olen
21   have any of those type of documents that you're aware
22   of?
23       A.   I -- you're speaking for the 80 units?
24       Q.   Correct.
25       A.   The answer is no.
```

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 169 of 223

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 170 of 223

Igor Olenicoff
January 31, 2022

Page 169

1      Q.    Okay.  Are there brochures or advertisements

2   or promotions for the larger number of units?

3      A.    Yes.  Anymore that -- we're not the only

4   ones, but nobody makes brochures or advertisements.

5   Everything's on the Web, and our advertising is on the

6   Web and -- but you're welcome, you know, to go on

7   there and put in Quantum Lake Villas Apartments, and

8   you'll have all of our advertising.

9      Q.    Okay.  So do you -- does the company pay

10   anything or do you do any type of promotions with,

11   like, apartments.com so that, you know, you come up

12   first on a search engine or anything along those

13   lines?

14      A.    Yes.  I don't know if they do it for

15   Quantum, but, yes, we do it.  We do it with Google and

16   do it with apartments.com and do it with all of -- all

17   of the services.

18      Q.    Okay.  The other thing I have not seen that

19   I know I saw in the other case, any and all monthly

20   rental income statements.

21          Is there income statements that are done

22   monthly for Quantum Lakes?

23      A.    Not for the 80 units.

24      Q.    Okay.  But there's monthly income statements

25   that are done for the whole aspect of it; correct?

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 171 of 223

Igor Olenicoff
January 31, 2022

Page 170

1    A.    Yes.   They're done on a monthly basis.

2  Whether they're kept -- I'm sure they're kept, you

3  know, for a certain number of years for IRS purposes,

4  but I don't know that they're kept back to 2014, '15,

5  and so on.

6    Q.    All right.   "Any and all documentation used

7  to determine any alleged consequential damages, rental

8  loss, loss of value, or any other damages being

9  alleged in this litigation."

10    A.    Yes.

11    Q.    So other than the calculation that you said

12  that you did for $300, is there any other type of

13  documentation that you used to determine any claim for

14  consequential damages or rental loss that we haven't

15  discussed today?

16    A.    Not at this time.  You know, what I've

17  produced is what -- what there is.  We may create some

18  further -- you seem to want more detailed ones, and we

19  might be able to produce something with more detail on

20  it.

21    Q.    All right.   "Any and all e-mails, research,

22  or other investigation into Acrylall's system."  I

23  haven't seen any documentation regarding that.

24         Are you aware of any documentation of

25  anything like that?

Igor Olenicoff
January 31, 2022

Page 171

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 172 of 223

1          MR. SAX:  Object to form, but you can

2     answer.

3          A.   I'm -- I'm not aware of any.  That would be

4     Dale and John.  You can ask them.

5     BY MR. KATZ:

6          Q.   **The one thing that we did talk about that**

7     **you did say you were going to get was the signed**

8     **Acrylall warranty and the exclusion which mentioned**

9     **Sherwin-Williams paint; right?**

10         A.   Yes, I have seen that.

11         Q.   **And so you'll be able to provide those two**

12    **documents.**

13         A.   Yes.

14         Q.   **And then the last item on here is:  "Any and**

15    **all e-mails, correspondence, submittals, or other**

16    **communication in any form to Sherwin-Williams relating**

17    **to the project."  I haven't seen that those documents**

18    **have been produced.**

19              **Do you know if the con- -- conversations**

20    **with Sherwin-Williams where its compatibility with the**

21    **Acrylall was discussed -- was it by e-mail?  Was it in**

22    **person?**

23              MR. SAX:  Object to form.

24              You can answer.

25         A.   That would be -- you would have to ask Dale

Igor Olenicoff
January 31, 2022

1   Lyon or John Lyon.  I did not have any; so I -- I

2   wouldn't have any of those e-mails.

3   BY MR. KATZ:

4       Q.   Okay.  Well, this project was done before

5   John Lyon started, wasn't it?

6       A.   That's correct.

7       Q.   All right.  So what involvement, if any,

8   would John Lyon have with the original construction?

9       A.   No.  He would have documentation after he

10  started and -- in terms of trying to correct the --

11  you know, the result of the -- the product that was

12  applied.

13      Q.   I'm going to show you -- I'm not going to

14  mark this, but this is the fifth request to produce

15  that Bradley served on November 18, 2021.

16           Do you see this list of items?  I could make

17  it bigger, if you want.

18      A.   Well, I can --

19      Q.   How's that?  Is that better?

20      A.   Yes.  Number 1, we've talked about.

21  Number 2, again, if -- if we have them, it would not

22  be for the 80 units.

23      Q.   But you would have annual income statements

24  for the whole complex; right?

25      A.   Yes.  We should, yes.

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 173 of 223

Igor Olenicoff
January 31, 2022

1      Q.    And you should have accounts receivable and

2   balance sheets; right?

3      A.    For the --

4      Q.    For the whole proj- -- the whole project.

5      A.    Yes.

6      Q.    Number 3, we've already talked about the

7   monthly reports for vacancies; right?

8      A.    Right.

9      Q.    Well, Number 4 is:  "Monthly statements of

10  refunds, allowances, or reduction in rent, which the

11  plaintiff has provided the tenants relating to the

12  allegations in this litigation from when the

13  certificate of occupancy was issued until the present

14  time."  I have not seen any documentation directed to

15  that either.

16           Did you have such image?

17     A.    No, not at all.

18     Q.    Are you aware of whether any refunds,

19  allowances, or reductions in rent were given to any of

20  the tenants in Buildings 40 and 41?

21     A.    I'm not personally aware of any.

22     Q.    And when the remediation work was done on

23  the building, were you aware -- were any credits given

24  back to any of the tenants that were living there

25  during the remediation on the rest of the building

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 175 of 223

Igor Olenicoff
January 31, 2022

Page 174

 1   from -- from Zarco?

 2       A.   I -- I personally don't know if there were.

 3       Q.   **Well, who would know the answer to that**

 4   **question?**

 5       A.   I don't know.  Send us -- send Spencer a

 6   request, and -- and I'll ask and see because I --

 7       Q.   **Well, that's what -- that's what this is.**

 8       A.   Okay.

 9       Q.   **This is a request --**

10       A.   Well, you know, I don't know.  Because, you

11   know, the manager or the people involved at that time

12   are no longer at that project, so -- well, I can ask

13   and, you know, get back to you.

14       Q.   **Okay.  All right.  Well, Number 5 is:  "Any**

15   **and all documentation to support any claims for loss**

16   **of consequential damages, common loss of rent and loss**

17   **of evaluation for the subject property."**

18            **Have we covered all of that with the**

19   **documents we went over today?**

20       A.   For now, yes.

21       Q.   **"Rolling yearly income statements for the**

22   **property that's the subject of this litigation."**

23            **Again, that's something that you have for**

24   **the whole complex but not specific to these two**

25   **buildings; correct?**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 176 of 223

Igor Olenicoff
January 31, 2022

Page 175

1    A.    Correct.

2        **Q.    Are there income statements that are**

3    **generated building by building?  Or is it just per the**

4    **whole complex?**

5    A.    It's the whole complex.

6        MR. KATZ:  I obviously am going to have

7    additional questions, but if someone else wants

8    to ask some questions today, that's fine.  We're

9    obviously not going to finish today, so...

10       MR. SAX:  Okay.  Why don't we go around the

11   room?

12       Jeff Mowers, you want anything today?

13       MR. MOWERS:  I prefer not to start today.  I

14   prefer to ask my questions when we reconvene.

15       MR. SAX:  Okay.  Greg Kahn, anything today?

16       MR. KAHN:  Yeah, same.  I reserve until we

17   have the additional information that -- on

18   Bradley .

19       MR. SAX:  And Mickey?

20       MR. BAHR:  Same here; reserving.

21       MR. SAX:  Elizabeth, that's a definite yes;

22   right?

23       MS. WHITE:  Yes.  I'm definitely reserving.

24   Thank you for allowing me to reserve.

25       MR. SAX:  Sure.  No problem.

Igor Olenicoff
January 31, 2022

Page 176

1    BY MR. KATZ:

2         Q.   Okay.  Well, let me ask two more questions

3    real quick.

4              Have you -- have you had any conversations

5    with Hector, who is set for deposition tomorrow,

6    about -- about testifying in this case?

7              MR. SAX:  He's wondering what you're

8         referring to.

9         A.   Yeah.  I don't know what --

10             MR. SAX:  There's a depo tomorrow scheduled

11        of Hector Vidal, who showed up on some e-mails.

12        And they're asking you do you know Hector and

13        have you spoken to him recently?

14             We're trying to figure out if he's going to

15        show up tomorrow or if we've ever spoken to him

16        about this.

17        A.   No, I -- I don't know who that is.

18   BY MR. KATZ:

19        Q.   Well, what about Alfred LaFave?

20             MR. SAX:  The question is Albert --

21   BY MR. KATZ:

22        Q.   Have you spoken to Alfred LaFave about this

23   case or about this deposition testimony?

24        A.   No.  I -- I know who he is.  I've spoken to

25   him.  I've spent a time with him when he was with us,

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 177 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 178 of 223

Igor Olenicoff
January 31, 2022

Page 177

1    but that was, you know, years ago.  So I do know him,

2    I've spoken, but not about this case.

3    BY MR. KATZ:

4         Q.   Okay.  So you haven't had any conversations

5    with him about his upcoming deposition at all?

6         A.   No.  I didn't even know that there was one,

7    so...

8              MR. KATZ:  Okay.  All right.  So I guess

9         we'll adjourn for the day, and we'll -- we'll get

10        dates some new dates and reconvene.

11             (Proceedings adjourned at 4:05 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 179 of 223

Igor Olenicoff
January 31, 2022

Page 178

```
 1                    CERTIFICATE OF OATH

 2    STATE OF FLORIDA

 3    COUNTY OF BROWARD

 4

 5           I, JODY L. WARREN, RPR, FPR, Notary Public,

 6      State of Florida, certify that IGOR OLENICOFF

 7      remotely appeared before me on January 31, 2022,

 8      and took an oath for the purpose of giving

 9      testimony in this matter.

10

11

12    JODY L. WARREN, RPR, FPR
      Notary Public, State of Florida
13    My Commission No. GG 296876
      Expires: 02/28/2023
14

15    Personally known ____ OR produced identification _X_

16    Type of identification produced: Driver license

17

18

19

20

21

22

23

24

25
```

**www.phippsreporting.com**
**(888) 811-3408**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 180 of 223

Igor Olenicoff
January 31, 2022

Page 179

1                    CERTIFICATE OF REPORTER

2

3      STATE OF FLORIDA

4      COUNTY OF BROWARD

5

6                I, JODY L. WARREN, RPR, FPR, do hereby

7      certify that I was authorized to and did

8      stenographically report the foregoing deposition

9      of IGOR OLENICOFF; that a review of the

10     transcript was requested; and that the transcript

11     is a true record of my stenographic notes.

12                I FURTHER CERTIFY that I am not a

13     relative, employee, attorney, or counsel of any

14     of the parties, nor am I a relative or employee

15     of any of the parties' attorney or counsel

16     connected with the action, nor am I financially

17     interested in the action.

18                Dated this 24th day of February, 2022.

19

20

21

22                JODY L. WARREN, RPR, FPR

23

24

25

Igor Olenicoff
January 31, 2022

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 181 of 223

Page 180

ERRATA SHEET

DO NOT WRITE ON THE TRANSCRIPT
ENTER CHANGES ON THIS SHEET

Olen Properties v. Bradley
Deponent:   IGOR OLENICOFF
Date of :   January 31, 2022
Case No.:   2018-CA-007692

PAGE     LINE          REMARKS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Under penalties of perjury, I declare that I have read
the foregoing document and that the facts stated in it
are true.

Signature of Witness _____

Dated this _____ day of _____, _____.


JOB NO:   217841

**www.phippsreporting.com**
**(888) 811-3408**

Page 972

Igor Olenicoff
January 31, 2022

Page 181

February 24, 2022

SACHS, SAX & CAPLAN, P.L.
ATTN:  SPENCER M. SAX, ESQ.
       ssax@ssclawfirm.com

Re:  Olen Properties v. Bradley
Case No.:  2018-CA-007692


Enclosed please find your copy of the deposition of
IGOR OLENICOFF, which was taken in the above-styled
cause on January 31, 2022.  Please have deponent
execute the Errata Sheet, which can be found at the
back of the transcript, when reading your copy, and
have it returned to us for distribution to all
parties.

If deponent does not read and sign the deposition
within a reasonable amount of time, the original,
which has already been forwarded to the ordering
attorney, may be filed with the Clerk of the Court.

If deponent wishes to now waive signature, please have
deponent sign his/her name in the blank at the bottom
of this letter and return to the address listed below.

Very truly yours,

JODY L. WARREN, RPR, FPR
Phipps Reporting, Inc.
www.PhippsReporting.com


I do hereby waive my signature.

_____
IGOR OLENICOFF


JOB NO:  217841

**www.phippsreporting.com**
**(888) 811-3408**

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 182 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 183 of 223

Igor Olenicoff
January 31, 2022                                                                    1

---

**Exhibits**

---

**Exhibit 040 Ole**
**nicoff**
  4:12 9:3,7,11
163:4 167:19

**Exhibit 041 Ole**
**nicoff**
  4:14 26:20,21
28:7 32:4
42:15

**Exhibit 042 Ole**
**nicoff**
  4:15 44:3
45:3,6,19
73:21,22

**Exhibit 043 Ole**
**nicoff**
  4:16 63:21
64:1 68:18,24
74:19 75:7
141:10 146:9

**Exhibit 044 Ole**
**nicoff**
  4:18 75:11,12

**Exhibit 045 Ole**
**nicoff**
  4:19 77:2,3

**Exhibit 047 Ole**
**nicoff**
  4:22 81:20,21

**Exhibit 048 Ole**
**nicoff**
  4:23 98:10,11

**Exhibit 049 Ole**
**nicoff**
  4:24 105:2,3

**Exhibit 050 Ole**
**nicoff**

5:2 106:9,11
113:5 120:11
148:23

**Exhibit 051 Ole**
**nicoff**
  5:4 107:4,6
123:19 124:25

**Exhibit 052 Ole**
**nicoff**
  5:5 133:15,19
134:4

**Exhibit 053 Ole**
**nicoff**
  5:6 151:11,19
158:18

**Exhibit 054 Ole**
**nicoff**
  5:7 154:1,3

**Exhibit 055 Ole**
**nicoff**
  5:8 154:16,17
158:7,8,21

**Exhibit 056 Ole**
**nicoff**
  5:9 159:2,10

**Exhibit 057 Ole**
**nicoff**
  5:11 160:20,
21

**Exhibit 058 Ole**
**nicoff**
  5:12 161:11,
12

---

**$**

---

**$1,000**
  115:5 145:9

**$1,140**
  142:5,8

**$1,170**
  141:21 142:7,
23 145:3,9

**$1,355**
  80:6

**$1,445**
  80:10

**$1,901**
  80:6

**$1,905**
  82:10

**$1,926**
  82:13

**$1.38**
  147:6 148:14

**$100**
  112:21,22
113:10 147:1

**$120**
  148:5

**$170**
  145:10

**$197**
  146:12 148:6

**$260**
  146:11

**$300**
  144:20
145:10,18
146:21 147:12
148:6 150:15,
19 170:12

**$300-a-month**
  147:10

**$33,940**
  142:4

**$33,970**
  141:18

**$365,445**
  154:9

**$403,412**
  152:24 154:23

**$500**
  80:16

**$600**
  114:10

**$65**
  146:13

**$73,089**
  155:19

---

**-**

---

**-940**
  141:18

---

**0**

---

**01217**
  45:4

**012184**
  45:5

---

**1**

---

**1**
  26:25 28:4
44:2,15 64:4
67:14,21
69:6,23
70:10,14 72:7
73:22 76:21,
23 84:6
143:14 144:15
163:10 172:20

**1,100**
  142:7

**1,170**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 184 of 223

Igor Olenicoff
January 31, 2022                                                                    2

141:2,3,4,7,
25

**1,200**
33:5 147:25

**1,203**
147:5

**1,227**
65:21 111:19
148:1,8,11,21
149:2

**1,275**
33:5

**1,292**
111:18 147:4,
25 148:12,24

**1,320**
32:25

**1,375**
32:25

**1.38**
148:8 149:3

**1/1/18**
77:17 78:5

**1/1/2018**
64:6

**10**
77:14

**100**
53:4 56:7,8
57:22 78:15
79:15 81:7
95:13 138:17
140:9,22

**104**
28:24

**105**
146:20

**109,675**

141:17

**1091**
10:21 14:22

**1099**
8:23 10:21
14:22

**10:06**
24:22

**10:10**
24:22

**10:41**
42:13

**10:49**
42:13

**11**
49:25 50:7
106:10 113:4,
10 141:1,25
148:24

**114**
146:16

**11:29**
66:25

**11:32**
66:25

**12**
53:3 107:4
150:1

**12/23/14**
49:25

**12000**
134:18

**122,000**
155:13,14,15

**12204**
139:14

**12:01**
83:22

**13**
29:3,8
106:17,23
107:1 108:24
109:16 113:5
133:23 134:5

**132,000**
155:12

**13th**
29:12

**14**
29:3 31:21
151:11,15,16
152:9 154:22
155:7

**15**
23:8,11 56:6
57:13,14
58:19 84:6
91:4 142:16
154:5 155:18
156:14 170:4

**16**
41:14 139:20
144:13

**17**
15:7 144:13

**17,000**
60:5

**18**
72:11 78:12
172:15

**19**
82:10

**1988**
52:14

**1:08**
83:23

**1D**
114:6

**1G**
64:11

**1gs**
64:18

**1st**
37:10 46:2
115:8

---

**2**

**2**
14:7 155:11
172:21

**2,722,581**
155:12

**2.7**
135:18

**2/23/14**
50:2,4,7

**20**
63:2 125:6
161:2 167:24

**20-**
58:12 142:15

**2002**
117:14

**2013**
29:8

**2014**
32:16 33:17,
19 34:1,4,17
36:18,25
37:17 38:22
40:2 41:17,22
47:21 48:23
50:17,24
52:3,16,19

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 185 of 223

Igor Olenicoff
January 31, 2022

3

81:11 104:23,
25 170:4
**2015**
52:17,21
53:25 54:19
56:15,21 57:9
58:17,24
61:23 62:1,10
142:14 143:5
144:13 165:18
**2016**
62:16,20,22
**2017**
58:12 61:12
**2018**
58:12 63:14,
15 64:4
67:14,21
69:6,23 70:14
76:21 82:22
103:12
106:17,23
107:1 108:19,
24 109:7,16,
20 113:1,5
123:21
142:11,22
143:6 144:9,
15,18 145:23
146:5,6
**2019**
70:4
**2021**
9:15 36:1,14,
17 41:18
71:21 72:11
81:8,13
82:10,22
91:17 92:24
107:1,5

108:24
109:17,23,25
112:25 123:20
124:1,7 146:5
159:8 161:8,9
165:3 172:15
**2022**
70:10 72:7
76:23 81:14
161:2 165:4
**2023**
81:8
**21**
107:1 108:24
109:17,22
123:20 124:7
168:11
**216**
144:22
**21st**
107:5
**22**
36:1,17 41:17
148:2,3
168:14
**23**
168:16
**25**
23:8,12 48:14
50:17
**27**
57:12
**2703**
7:6
**28**
36:18,25
37:17 38:22
40:2 41:17,22

**28.75**
141:19 142:5
**29**
39:1,2 78:13
**2:19**
125:11
**2:32**
125:11
**2A**
64:21

---

**3**

**3**
62:22 173:6
**3-3165**
82:5
**30**
61:8 81:13
82:22 85:22
95:25 96:5
**30-plus**
59:13
**300**
144:20
**30th**
7:6
**360,000**
153:2,10,14
154:13,24
155:4,7,25
**365,000**
153:11 155:22
156:7
**365,445**
155:1
**3:15**
149:12

**3:17**
149:12
**3:42**
164:7
**3:48**
164:7

---

**4**

**4**
32:15 33:17,
19 34:1,4,17,
23 59:13
173:9
**40**
9:3,7,11
10:22,24
11:24 12:13
13:12 14:1
15:1,9,25
16:4,6 24:25
28:13,15
29:10 33:9
38:5 39:20
48:22 49:24
50:21,23,25
52:25 53:8,
10,22 54:2,
14,20 55:1,
11,13,16
58:10 64:8
67:24 69:3,13
72:16,22
73:10 74:5,
15,22 83:5,15
85:22 91:21
92:25 93:10
94:9,23 95:25
96:6 110:18
111:7 115:22
116:2,5

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 186 of 223

Igor Olenicoff
January 31, 2022

4

118:19
125:14,24
126:24 130:14
138:18 162:17
163:4 167:19
173:20

**403**
155:5

**403,000**
153:9

**403,412**
153:13

**41**
10:22,24
11:24 12:13
13:12 14:2
15:1,10,25
16:4,6 24:25
26:20,21
28:7,13,15
29:10 32:4
33:9 38:5
39:20 42:15
48:22 49:24
50:21,23 51:1
52:25 53:9,
10,22 54:2,
15,20 55:1,
11,13,16
58:10 64:8
67:24 69:3,13
72:17,22
73:11 74:5,
15,22 83:5,15
91:21 93:1,10
94:9,24
110:18 111:7
115:23 116:2,
5 118:19
125:15,24
126:25 130:15

138:18 162:17
173:20

**42**
44:3 45:3,6,
19 73:21,22

**43**
63:21 64:1
68:18,24
74:19 75:7
141:10 146:9

**438,000**
154:24

**438,534**
155:18

**438-**
155:25

**44**
75:11,12

**45**
77:2,3 141:1

**46**
78:20,21
79:16

**47**
81:20,21

**48**
38:11,13
98:10,11

**49**
105:2,3

**4:05**
177:11

---

**5**

**5**
9:15 39:15
153:5 159:7
174:14

**5,000**
153:12

**50**
58:11 85:22
106:9,11
113:5 120:11
123:21 148:23

**50-plus**
92:13

**500**
80:15

**51**
107:4,6
123:19 124:25

**52**
133:15,19,23
134:4

**53**
151:11,19
153:17 158:18

**537**
150:1

**54**
154:1,3

**55**
154:16,17
158:7,8,21,
24,25

**56**
159:2,10

**57**
160:20,21

**58**
161:11,12

**599**
28:17 29:6
39:10,24
48:19 52:19

---

**6**

---

**6-**
69:2,14
165:23

**60**
38:21 50:25
51:9 53:15
54:21 58:11
148:4

**60,000**
158:3

**600**
162:1

**63.75**
51:1

**65,000**
156:9

**66,000**
141:16

**67**
148:4

**679**
39:16,23
52:22 53:22
54:6 55:11
63:16

**69**
146:15

---

**7**

---

**7**
42:15 91:17
92:24 113:10
134:17

**7-**
69:2

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 187 of 223

Igor Olenicoff
January 31, 2022

5

**70**
  79:12 85:24
**70,000**
  156:9
**700**
  69:14 165:23
  166:4,20
**70s**
  55:9
**73.33**
  57:10
**73.53**
  58:21
**74**
  54:15
**759**
  63:16 117:17
**76**
  54:16
**77**
  62:18,24
**77.56**
  57:7

---

**8**

**8**
  34:23 39:15
  44:2 79:11
  108:19 143:14
  159:8
**8,900**
  147:5
**80**
  15:8,10 28:24
  33:9 34:8
  38:4,14 39:22
  50:15 62:23
  85:24 110:21

111:2,6
  118:4,5,24,25
  119:1 144:21
  165:19 166:2,
  5 168:23
  169:23 172:22
**800**
  69:2 72:20
**82.44**
  56:25
**84.44**
  56:22
**89**
  52:14
**89.78**
  56:19
**899**
  64:24 65:20
  110:11 111:13
  122:19 123:2

---

**9**

**9**
  63:22 68:19
  73:22 77:14
  141:8
**9/30/2021**
  79:2 166:1
**9/30/21**
  77:17 78:6
  80:14
**90**
  55:8
**90s**
  55:7
**92**
  58:2,3
**94.44**

56:16
**95**
  53:4 58:1
  61:18
**96**
  55:7
**969**
  110:13 111:12
**97**
  55:8 58:2
  61:13
**97.5**
  57:23
**98**
  55:8
**98.22**
  56:10
**98.5**
  54:14
**99**
  54:14,20,22
  61:13,14
  62:11
**99.26**
  58:20
**9:34**
  6:2

---

**A**

**a.m.**
  6:2 24:22
  42:13 66:25
**ability**
  74:11 75:1,7
  76:12 82:24
  110:3
**absent**
  166:8

**absolutely**
  138:16 155:2
**acceptance**
  51:7 53:17
**access**
  37:16 45:23,
  25 72:14
  74:12 157:11
**accomplished**
  43:16
**accounting**
  37:22 45:12
  46:14 49:17
  53:7 54:10
  92:16,18
  149:19 160:1,
  3,5
**accounts**
  162:24 173:1
**accurate**
  49:14
**achieve**
  145:16
**achieved**
  53:4
**acquired**
  61:25 62:12
**acquisitions**
  8:9
**acreage**
  120:3
**Acryl-**
  88:2
**Acrylall**
  17:18,22
  18:4,8 19:6
  20:18 21:1,3,
  4,7,10,16
  22:10,16

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 188 of 223

Igor Olenicoff
January 31, 2022

6

55:23 85:11,
18 86:16
87:4,19 88:2,
10,18 89:1,8,
13,19 90:1,9,
13,15,23
100:10,25
101:2,9 102:4
126:4,7
127:14,17,24
128:3,7,8,11,
16 130:13,14,
17,19,24
131:9,16,24
132:1,12,16,
23,25 133:9
136:11 138:20
171:8,21

**Acrylall's**
170:22

**Acrylall-**
100:11

**acting**
7:19

**actual**
15:18 20:2
122:18 123:1
132:15 161:4

**actuality**
148:8,11

**add**
54:11 145:10

**add-ons**
113:20

**added**
39:20 54:12
63:18

**addition**
155:19

**additional**
66:10,11,13,
16,18 67:2,9
79:24 113:12,
13 175:7,17

**address**
7:2 78:16
164:12

**addresses**
10:23

**adhering**
139:2

**adjacent**
96:14 119:19

**adjourn**
177:9

**adjourned**
177:11

**adjust**
111:21

**advantageous**
53:9

**advertisements**
168:16,19
169:1,4

**advertising**
169:5,8

**advised**
17:21 90:14

**affect**
48:20 131:25

**affecting**
55:3

**affects**
132:9 148:15

**affirm**
6:5

**agent**
162:23

**agree**
59:1 76:1
87:3,17
119:11,12
123:1 149:17
153:1 155:6

**agreement**
25:12 26:12
82:18 91:8
92:19,24
156:22

**ahead**
15:16 57:5
71:22 123:16
124:3 133:23
151:18 164:15

**AIA**
14:9,18

**air-conditioned**
97:10 98:7

**Alarms**
116:7

**Albert**
176:20

**Alfred**
176:19,22

**allegations**
173:12

**alleged**
19:5 163:11
167:25 168:1
170:7,9

**allocated**
65:13

**allowances**
173:10,19

**allowed**
59:19

**allowing**
175:24

**alter**
25:21 47:2

**amenities**
97:2 113:12
115:11 119:2

**amenity**
97:4

**amount**
57:24 59:2
155:2,11
160:8,13

**amounts**
152:18

**analogy**
59:12 61:16

**analysis**
108:15 109:2
143:10

**and/or**
136:12 168:2

**annual**
46:9 172:23

**anticipate**
81:5 126:18

**anticipated**
67:23 68:13
82:16

**anymore**
97:21 143:24
169:3

**apartment**
13:11 15:5
97:12

**apartments**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 189 of 223

Igor Olenicoff
January 31, 2022

7

12:12,18
13:3,4,8,10
15:4,6 28:19
94:2,3 146:20
169:7

**apartments.com**
169:11,16

**appears**
29:2 31:13
43:4,5 67:21
98:15

**appliances**
61:3 66:19

**application**
85:17 87:5
91:8 102:23
113:23 154:4
157:9

**applied**
99:21 129:18
130:7 138:24
157:24 172:12

**apply**
101:23 102:1,
6,7 129:23
131:8 157:6

**approximately**
50:20 52:13
80:15 103:13
158:3

**April**
51:6 56:18
91:17 92:24
141:1 142:13

**archives**
33:24

**area**
65:13 110:6
116:10 121:17

122:10,17
145:17

**areas**
157:3

**argue**
149:23

**arm**
160:2

**arrive**
54:22 142:23

**aspect**
169:25

**assert**
99:20

**asserting**
23:10 24:3

**assessment**
6:23,24

**asset**
11:23 93:23

**assigned**
77:21

**assume**
49:9 52:24
55:14 64:4
65:23,24
66:10 144:15
155:1

**assuming**
6:20 33:18
64:7 123:5
140:9,22
149:5 151:24
165:22 166:19
167:10

**assumption**
33:20 57:19
68:2 128:17
144:16,17

**assumptions**
149:18,21,22
150:8 151:2,4

**assured**
19:10

**attach**
130:5 158:14

**attached**
118:9 129:25

**attention**
58:10

**attorney-client**
104:11

**attorneys**
102:13

**August**
55:3 57:9,14

**authorized**
89:12

**automated**
116:18

**Avenue**
7:6

**average**
80:15 110:19
142:6,22
143:15

**aware**
10:4 19:11
89:7,14,23
90:11 94:18
104:6,15,18,
19 125:13
130:16,19
131:23 168:4,
21 170:24
171:3 173:18,
21,23

---

**B**

**back**
24:21 37:2
39:8 60:19,25
63:11 66:24
70:10 72:23
75:4 78:17
79:16 87:8,9
90:6 93:10
101:6,17
122:21
127:14,17
128:25 139:25
149:11 157:14
163:3 164:8
165:4 168:12
170:4 173:24
174:13

**background**
83:25

**backup**
73:23,25
143:11,17
144:3,5
164:23 166:8

**bad**
57:19 68:2
100:4,5
109:13 137:6,
22,23

**BAHR**
175:20

**balance**
173:2

**balcony**
65:11,12

**bar**
119:20

Case 8:21-cv-01585-DFM   Document 98-32   Filed 11/14/22   Page 192 of 225   Page ID
#:2146

**barge**
95:19

**barrier**
128:11,12

**based**
19:1 49:20
79:25 90:7
95:14,15
132:4,6

**basically**
18:17 19:20
53:19 73:8
113:23 120:23
121:9 124:5

**basis**
23:24 45:14
53:11 69:9
71:16 112:5
164:22 166:8,
21 170:1

**basketball**
97:9 98:4,5,8
116:17

**Bates**
45:4 134:17
139:16

**bath**
110:21 111:2

**bathroom**
42:12 163:22

**Bay**
33:5 50:19
57:21,22
119:7,9,16
120:7 146:13

**Beach**
14:23 147:23

**bedroom**
110:21 111:2

**began**
6:2

**beginning**
109:1

**behalf**
159:25 160:15
164:13

**believed**
67:11

**believes**
67:3

**bestowed**
51:13

**bids**
134:24 135:4
136:6

**big**
48:11

**bigger**
14:14 27:16
32:5,7 48:12,
13 77:9 91:11
96:13 105:8
159:4 161:18
172:17

**biggest**
65:10

**bill**
159:23

**bills**
160:2

**bit**
7:1 10:1
27:12 28:5
48:13 84:16
116:16 156:17

**blacked**
65:24 66:1

**blame**
103:1

**blend**
55:19

**blended**
53:7 54:6,24
55:5,8

**block**
129:14,16,22
130:3,5,8,9,
10,12 136:12

**blow**
14:10 27:6
47:24,25
156:16

**board**
7:20 8:10

**boat**
120:6,8

**boats**
120:9

**books**
160:16

**bottom**
49:23 117:23
118:2 129:3
139:17 152:16

**bought**
62:4,6 99:13,
14,16,17,21

**box**
112:16

**Boy**
153:3

**Boynton**
14:23 51:22
147:22

**Bradley**

14:20 15:3,24
16:3,21 17:21
18:3,10,13
19:2 21:8,11,
14 22:3,11,
13,16,18,21
25:12,17,18
88:1,11,18,
20,23,25
89:23 90:12,
22 100:9,20
101:5,6,7,8,9
102:6 127:13,
16 128:3
152:5,8
172:15 175:18

**Bradley's**
16:5 21:7
89:15 90:7

**break**
24:19 42:7,
10,12 83:20
125:8 137:21
163:22 164:4

**bree-**
156:8

**breezeway**
156:5,24
157:2,10

**breezeways**
155:23 156:8
157:8,23

**bring**
9:18,21 100:5
163:8

**brochures**
168:16,19
169:1,4

**broke**
20:8

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 191 of 223

Igor Olenicoff
January 31, 2022

9

**brokers**
43:5

**brought**
160:14

**bubbling**
127:1,18

**build**
15:4 97:19

**Build-**
94:23

**building**
16:9 20:7,9,
11 23:3 63:1
65:12 84:19
91:7 99:18
114:11,14
119:25 125:18
126:17
128:12,14,19,
25 129:1
135:24,25
136:11,13,15,
16,22 137:18,
25 138:5,15
141:17 145:7
173:23,25
175:3

**buildings**
11:24 12:4,13
13:12 14:1
15:1,9,25
16:4 24:25
25:7,10,11
26:11 33:9
38:5 39:19
51:12 60:8
64:8 67:24
73:10 74:22
83:5 89:19
91:21 92:25

93:10 94:9,23
95:3,22,23,25
96:1,6 104:22
108:22 110:18
111:6 114:12
115:22 116:2,
5,9,11 117:12
118:19 120:2
125:14
126:12,24
130:6,14
136:3 138:4,
18 162:17
173:20 174:25

**built**
15:6 50:20
52:10,12 61:8
117:13,14,15
119:17 136:24
138:11

**bulk**
13:4

**bullet**
134:20 142:17

**business**
21:7 107:16
108:16 167:5

**buyer**
23:18,20

――――――――――

C

――――――――――

**cabinets**
61:3 66:18

**calculate**
39:3 49:12
65:7,9

**calculated**
49:14 143:23
150:25

**calculation**
81:3 148:5,15
149:1 150:18
170:11

**calculations**
84:17 140:9,
21 147:18
149:18

**calculator**
142:2 147:7

**California**
37:22

**call**
40:10 96:10
133:23 145:5

**called**
19:6 28:23
84:25 135:8

**calls**
40:3,6,12
41:9 93:16
133:22

**camera**
15:13 27:3

**capability**
74:8 76:2
83:11 107:18

**capable**
69:22 83:4
110:1

**capacity**
10:6

**care**
167:1

**case**
24:1 57:5
71:15,18
73:1,14
103:10 114:15

146:23 147:7
164:18
166:11,12
167:6 169:19
176:6,23
177:2

**cases**
71:19

**casual**
15:21

**catch**
12:22 155:3

**caught**
119:4

**caused**
90:8 104:4

**cease**
103:22

**ceiling**
98:8

**cement**
126:9,12,19
128:24 129:2,
9 130:10

**center**
10:14 11:20
13:9 14:19
22:2,12 24:25
25:4,8,13,17,
23,25 118:4,
6,25 119:21

**cents**
148:2,3

**CEO**
7:22

**certificate**
173:13

**cetera**
114:1 125:19,

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 192 of 223

Igor Olenicoff
January 31, 2022

10

25 127:1

**chair**
15:13

**change**
19:1,4 47:3,5
77:17 153:12

**changed**
33:23 47:4
61:2

**charge**
113:12 153:2

**charges**
113:22

**charging**
121:23

**cheaper**
146:18

**check**
13:12 41:2,20
73:13 91:24
159:12

**China**
57:4

**chipped**
137:4

**chipper**
137:21

**chipping**
137:7,8,17,
19,20

**chosen**
108:23 164:24

**claim**
85:18 170:13

**claims**
174:15

**clean**
59:22

**clear**
19:24 59:17
72:6 145:24
146:8

**clear-cut**
60:7

**client**
100:9 103:25

**close**
30:16 120:18

**closed**
162:10

**closer**
11:16

**Club**
32:23 58:2

**clubhouses**
97:11

**coat**
126:15
138:22,25

**coating**
157:4,7,22

**coatings**
156:25

**coats**
138:24

**code**
101:9

**coffee**
24:20

**collected**
141:13

**column**
66:9 114:25
151:25

**columns**
30:18 31:1,3,

9,16 35:2
77:16 78:3

**common**
65:13 116:9
174:16

**communication**
171:16

**communications**
103:22

**community**
97:8,12,14,18
113:22 117:1

**comp**
110:16 120:19
144:19,25
146:11

**companies**
7:21

**company**
10:17 13:16
37:6 38:1
44:2 76:21
82:24 98:16
108:4,10
122:4,5
124:13 125:2
160:17 162:16
169:9

**comparable**
86:13 121:15
122:10

**compare**
57:20

**comparison**
58:9 114:21
119:6 120:23
121:10

**compatibility**
171:20

**competition**
122:16

**competitive**
52:9 68:10
106:16 107:8,
20,21 121:10
122:7,9
123:19 124:6,
10,20,22
145:17

**competitor**
145:16

**compilation**
147:13

**completed**
16:22 39:12
78:13 79:7,9,
14 80:5 95:5
104:22,24
154:9 161:4
168:18

**complex**
12:13 15:5
172:24 174:24
175:4,5

**component**
85:5,6

**compound**
87:25

**comps**
110:6 146:15

**con-**
22:16 24:5
50:12 171:19

**concentrate**
58:17

**concern**
132:2 164:17

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 193 of 223

Igor Olenicoff
January 31, 2022                                                                           11

concession
34:18

concessions
32:12

conclusion
93:17

concrete
129:11 130:1,
8

conditions
68:6

confirm
10:3

confuse
43:9,12

confused
43:19

confusing
115:20

consequential
170:7,14
174:16

considerably
122:15

considered
162:16

consists
92:2

constant
142:19

constructed
62:3,4

construction
15:18,19,25
16:3,4,21,25
17:6 22:14
24:24 26:10
28:23 50:10,

13 57:16
58:25 59:4,7,
11 89:23,24
90:12 91:9
92:21 95:11
98:16 135:8
149:6,9 153:2
168:2 172:8

consultant
7:20 8:4,6,12
17:20,21

contact
24:6,14
100:20,24
101:1 116:25

contacted
101:14 128:3

continually
30:12

continue
100:14

continuous
52:6

contract
14:19 19:12
21:5,6,8,23
22:3,13,17
23:22 93:13
103:3 159:22
160:24

contracted
21:10 22:16
84:24 92:6
99:10 102:6

contracting
25:21 160:1

contractor
8:17 21:22,23
23:12 24:1,14

99:1,6,8,9,10
135:7 152:18

contracts
84:9,11

controlling
87:5,19

conversation
16:5,12

conversations
15:23 16:2,7,
18,20 17:24
18:3 84:3
88:17,21,22
104:11,14
131:19,21,23
171:19 176:4
177:4

converted
97:20

coordinator
162:24

copy
9:13 48:1
132:23 133:25
159:12 163:25

corner
26:25

Corp
7:23 10:14,17
11:1,19,23
12:2,21 13:1,
16,19,23,25
26:5,7 42:23
67:3 93:8
159:13 160:8

corporate
10:6 26:13
45:13

corporation

11:2 42:19,
20,21 159:24
164:13 165:14

corporations
26:2,4

correct
9:4 11:3,6
13:19,20
14:2,23,24
15:2,10,11
17:7 18:5
19:14,15
21:4,12,15
22:14 23:5,8,
9 25:13
28:17,18
29:3,4,8,13,
15 33:6,10
34:2,20,21
38:9,10,22
39:1,14,25
40:5,24
47:10,18,22
48:19,25
49:4,5,6
50:18 51:3
53:23 56:11,
19 57:2,3,10
63:19 64:8,9
65:22 66:11,
12 67:15,16,
18,19 69:6
72:9,14 74:24
76:24 79:3,22
80:3 81:18
82:19 85:19
88:18,19,23,
24 91:18,19
93:1 99:18,19
117:25 118:12
121:12 124:20

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 194 of 223

Igor Olenicoff
January 31, 2022                                                                    12

131:22 134:23
136:4 139:15
140:23 144:16
149:1 154:14
168:24 169:25
172:6,10
174:25 175:1

**correctly**
38:3,9 64:5
135:23

**correspondence**
171:15

**cost**
85:6,10
136:18

**costing**
95:7 102:11

**Counsel**
72:15 99:7
105:17 132:7

**Counselor**
87:2 146:23

**country**
89:1,3

**couple**
27:22 74:9
83:25 134:16
154:22 163:3

**court**
11:11 97:9
98:4,5,8
104:7,16
116:4,17
121:2

**courts**
97:10,15,19,
20 115:13,14,
17 116:6

**Cove**

58:19 60:10,
17,21,24

**cover**
30:25 129:22

**covered**
115:25 118:18
174:18

**covering**
60:13

**COVID**
95:20 162:10

**crack**
126:18,19

**cracking**
19:19 95:9,12
125:25

**cracks**
125:18
126:17,25
127:4,5,8,17
128:4,5

**create**
69:2 70:9,13
71:9 83:16
128:11 170:17

**created**
69:1,10 70:1,
5,17,22,23
71:6,10,11
72:17 74:16
106:21,22
158:5 166:5

**creates**
111:22

**creating**
167:12

**creation**
167:13

**credit**
59:19

**credits**
160:12 173:23

**cups**
24:20

**current**
7:2 76:7
83:1,3,11,12
114:4

**cursor**
117:5

**cut**
46:1 78:9
83:15

---

**D**

**d/b/a**
93:8 94:1,2,4

**Dale**
18:1,6,19,21
19:4,13 20:3,
14,16 88:21,
25 89:8,11,17
131:17,18,20
132:4 135:7
156:3 165:11
166:16,17
167:14 171:4,
25

**damage**
104:5 140:9
149:25 154:15
157:25

**damaged**
141:16

**damages**
80:13 81:3,6
84:17 139:11

140:21 170:7,
8,14 174:16

**damper**
95:20

**date**
67:14 70:1,25
72:20 74:17
75:1,2,8,23,
24 76:3
79:18,21
81:25 82:25
106:22 107:9
145:20 154:9
161:5

**dated**
79:1 91:17
106:17,23,25
107:1 123:20
159:7

**dates**
80:23 81:2
108:23 164:20
177:10

**daughter**
7:24

**day**
72:21 144:24
149:24 160:10
177:9

**Deal**
150:3

**dealing**
35:12 119:4

**deals**
119:22

**debits**
160:12

**December**
29:3,8,12

Case 8:21-cv-01585-DFM   Document 98-32   Filed 11/14/22   Page 197 of 225   Page ID #:2151

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 195 of 223

31:21 36:18,
25 37:17
38:22 40:2
41:17,22
50:24 62:1,
10,17,18
106:17,22,23
107:1 108:19,
24 109:16,19
113:1,5
142:14,22
143:5 145:21,
22

**decided**
61:1 103:2
109:7

**decision**
20:10 90:6,9
100:14 109:3
110:5,6

**decisions**
17:17 20:5

**Decreased**
32:24,25

**defect**
168:1

**defects**
163:12

**defendants**
102:22 103:9,
25 104:3
135:19

**deficient**
145:6

**definite**
175:21

**definitively**
13:14

**deforming**

19:20

**Delray**
33:4 57:21,22

**DEP**
40:15

**department**
37:22 45:12
49:17 50:10,
11

**depo**
163:15 176:10

**deposed**
71:15 73:2

**Deposit**
40:16

**deposition**
6:21 9:14
84:2,7 150:24
176:5,23
177:5

**depositions**
6:19

**deposits**
38:8 114:1

**describing**
134:13

**desire**
167:11

**desk**
147:20

**detail**
75:19 82:23
170:19

**detailed**
170:18

**determination**
147:16

**determine**
76:14 121:25
170:7,13

**determines**
121:20 122:2
123:7

**difference**
11:18 12:23
30:11 46:22
65:11 68:9
78:5 88:11
144:11,18
146:14
147:14,24
148:6 155:25
157:16 158:2

**differential**
146:10

**differentiate**
30:15

**differentiation**
66:21

**direct**
6:13 15:21
18:3

**directed**
173:14

**directly**
24:5 119:19
130:7

**disagree**
166:15

**disaster**
100:9 102:25

**disbursed**
160:15

**discount**
68:11

**discounted**
68:12

**discrepancy**
110:14,15

**discuss**
18:6

**discussed**
18:9 37:15
90:22 130:17
168:6 170:15
171:21

**discussion**
18:21,24
31:10 150:12

**discussions**
15:24 17:19

**disintegrates**
126:6

**dissolving**
128:7

**district**
35:8 110:4

**divide**
141:19 142:5

**dividends**
95:7

**document**
9:16 14:9
26:23 27:11,
22 35:5 39:10
41:12 42:16
45:9,11,13,
15,19 64:3
68:18 69:8
70:5,17 71:6,
12 72:17,25
73:2 74:10,
16,23,25
75:14,16,20

Case 8:21-cv-01585-DFM Document 98-32 Filed 11/14/22 Page 198 of 225 Page ID #:2152

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 196 of 223

76:21 78:7,
18,23 79:17
80:22 81:2,24
83:7,8 105:5
106:14,18,20
111:12,17,18
120:10,13
121:6 132:10,
18 133:4
139:18 140:12
142:24 143:2,
8,11,18 144:5
148:23 151:12
152:21 154:19
159:3 161:15
166:6

**documentation**
18:20 76:15
84:4 164:23
167:20 170:6,
13,23,24
172:9 173:14
174:15

**documents**
9:18,20 10:2,
9 26:16,18
27:23 44:4,25
46:2 69:11
71:9 72:14
73:23,25
76:16 77:23
78:1,8 106:25
112:1 120:15
133:5,16
143:23 144:3
148:20 163:5,
7,11 167:12
168:3,4,21
171:12,17
174:19

**dog**

97:21 116:8

**dollar**
152:17

**dollars**
136:18

**door**
119:22

**double-check**
165:11

**doubt**
56:1 69:25

**Doug**
35:14,23 36:7

**downtime**
135:18

**drag**
54:7

**dragged**
54:15

**draw**
58:9 59:12
61:16

**drawer**
108:14

**Drive**
10:21 14:22

**driving**
94:15

**drop**
55:20,22
57:12,17
58:24 59:2,10
60:10,18
62:25 142:21

**dropped**
55:6,9 56:10,
15,18,22,24
57:6,9,24

59:14,18,23

**drugs**
119:22

**duces**
9:14

**due**
145:15

**duly**
6:11

**duplicate**
155:3

**dynamics**
58:4 60:6
63:6

_____

_____

**E**

**e-mail**
171:21

**e-mails**
90:21,24
170:21 171:15
172:2 176:11

**earlier**
27:24 54:7
139:22,23

**easier**
15:14 105:9

**east**
114:14

**easy**
78:10

**Efforts**
134:21

**electric**
137:5

**elements**
145:14

**Elizabeth**
175:21

**employed**
7:8,15

**employee**
8:15,24,25

**employees**
90:14 112:11
162:1,21

**encouraging**
17:22

**end**
9:24 30:17,25
39:23 53:2
54:16 57:23
58:20 81:7,13
109:7 138:5
139:18 144:24
149:24
160:10,11
163:19

**ended**
87:11 153:11

**ending**
32:15 34:1
36:17 37:17
40:1 41:22

**ends**
58:1,2

**engine**
169:12

**enjoy**
94:15

**enjoyed**
51:7

**enjoying**
94:15

**enlighten**
17:11

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 197 of 223

Igor Olenicoff
January 31, 2022                                                                    15

**entail**
134:23

**entered**
104:16

**entering**
126:11

**entire**
71:16 110:16
136:11,13,15
166:20

**entities**
11:21 13:17
92:4,13
151:23

**entity**
13:9 25:18,21
26:12 35:18
36:8 42:19
80:25 89:25
91:23 92:3,5
93:25 96:3
160:1

**entries**
92:16,18

**entry**
116:19

**Epic**
135:16 155:11

**equal**
142:7

**equipment**
97:6 137:5

**equivalent**
67:22

**era**
162:10

**establishments**
13:7

**estimate**
135:23 136:2,
17

**evacuated**
136:13,15

**evacuating**
136:16

**evaluation**
174:17

**Everything's**
169:5

**evidence**
69:12

**ex-**
69:1 74:4

**exam**
14:17

**EXAMINATION**
6:13

**examined**
6:11 134:24

**Excel**
46:10,20,23

**exclude**
157:19

**excluded**
20:22

**exclusion**
130:24,25
132:14 133:2
171:8

**excuse**
24:18,20 42:6
66:23 149:11

**executed**
161:2

**exercising**
97:6

**exhibit**
9:3,7,11 14:7
26:20,21
28:4,7 31:2
32:4 42:15
44:3 45:3,6,
19 63:21 64:1
68:18,24
71:11 73:20,
21,22 74:19
75:7,11,12
77:2,3 78:20,
21 79:10
81:20,21 91:4
98:10,11
105:2,3
106:9,10,11
107:4,6
113:4,5
120:11 123:19
124:25
133:15,19,23
134:4,5,17
141:8,10
146:9 148:23,
24 151:11,19
152:9 153:16
154:1,3,5,16,
17,22 155:7,
18 156:14
158:7,8,16,
17,18,21
159:2,10
160:20,21
161:11,12
163:4 167:19

**Exhibit--**
113:4 141:8

**exhibits**
9:10 41:8,14
55:25 68:8

77:14 78:4
84:6 134:14
141:6 143:14

**exist**
118:11

**existed**
128:4

**existence**
87:6

**existing**
157:2

**exists**
124:12

**expand**
51:4

**expectancy**
86:3

**expected**
141:13
142:10,12

**expecting**
49:18

**expenses**
92:4

**expensive**
134:22 135:5

**experience**
24:12 51:12
90:8

**experienced**
85:22

**experts**
102:19

**expired**
31:25 81:13

**explain**
124:16 144:11

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 198 of 223

Igor Olenicoff
January 31, 2022

16

**explained**
72:17

**explanation**
111:16

**extensive**
62:9

**exterior**
17:18 20:6,9
130:21 136:3
138:10,14

**extra**
112:22 158:2

**extract**
54:1 69:18
74:22

**extracted**
69:1,14 166:3

**extracting**
167:12

**extraction**
74:8 152:13

**extrapolate**
74:5 83:2

**eye**
14:17

---

**F**

**faced**
68:6 100:13

**facetious**
43:13

**fact**
24:4 36:10
41:2,21 59:3

**fade**
20:23 53:18
131:10 132:3,
9,14 133:3

**fades**
131:3,4

**failed**
24:7,16 85:14
100:1 126:5
135:11 136:22

**failing**
24:7

**failure**
126:20

**fair**
6:23,24 18:2
29:14 50:15
52:24 71:20
87:21 113:23
116:19,20
149:22 150:9
159:24

**fall**
47:16 77:24

**false**
88:6

**familiar**
6:22 39:5
98:25 152:2

**fast**
147:3

**fault**
101:12,18,19

**February**
56:10,12
103:12 115:8

**Federal**
119:18

**fees**
113:22 114:20

**feet**
64:24 65:20
110:11,13

**fades**
111:12,13,18,
19 123:3
147:4,5,6
148:1,8,12,
22,24 149:2,9

**felt**
80:7 95:5
127:23 129:10
149:22

**field**
35:7

**figure**
147:12 167:8
176:14

**file**
46:5,8 76:10
110:8

**filed**
104:19

**filled**
130:10 138:21

**fills**
113:23

**final**
154:8 160:23

**finally**
55:5,18,19
95:7 100:14
101:3 102:9
135:13

**financial**
59:21 109:3
135:12

**find**
73:13 102:21
121:22 133:15
134:21 135:15
157:16,20
158:4,14

**fine**
20:25 44:18
112:13 129:19
131:5,6,8,10,
11,15 133:3
139:9 145:9
175:8

**finish**
18:16 60:8
73:21 86:7
126:15 136:20
137:1 138:25
145:6 149:13
175:9

**finished**
62:7 137:1
161:6

**firm**
160:5

**fit**
57:20

**five-minute**
24:19 42:7
164:4

**fix**
24:8 127:14,
17,21 134:22,
23 135:5,9,
23,25 136:14

**fixed**
47:3 101:7
102:11

**fixing**
135:15

**floor**
64:11,15,16
66:20 114:6,
16 157:10,24
158:1

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 199 of 223

Igor Olenicoff
January 31, 2022

17

**flooring**
61:4 157:9

**floors**
98:7 157:19

**Florida**
7:7 14:23
35:11 52:10
93:23

**flow**
99:23

**flows**
23:23

**focuses**
49:22

**focusing**
61:11

**folder**
46:5

**follow**
44:1

**foot**
122:13,15,19,
20 123:4
148:9,14,15
149:3

**footage**
32:21 64:24
65:2,6,10,16,
20 110:10,12
122:18 123:2
147:13 149:7,
8

**footages**
65:7

**forever**
52:7

**Forget**
103:7

**form**
8:18 10:15
11:4 17:1,8
18:22 20:19
22:4,15 23:15
24:9 26:8
46:12,13
59:5,8 63:3
65:3 67:25
70:6,19 76:4,
8 83:16
87:10,22
90:2,16,25
93:16 111:8
125:21
127:11,19
129:12 130:22
138:1 152:2
162:18 168:7
171:1,16,23

**formal**
26:12

**formalities**
6:21

**format**
46:11,20,21,
23 49:9

**Fort**
120:1

**Forty**
8:14

**forward**
81:6

**found**
53:9 161:15
165:22

**fourth**
62:17,18

**frame**
75:24 115:8

**framing**
136:12

**free**
115:8

**Friday**
9:23

**front**
27:8 44:18,25
75:15 106:13
118:16 131:2
133:20 140:4
151:12

**full**
6:15 61:19

**fully**
62:3,4 95:5
97:8 98:7

**future**
31:22

---

### G

**garage**
118:10,16

**garages**
115:22,23

**garbled**
7:9 23:2
119:3

**gate**
116:18

**gather**
21:10 26:17

**gathering**
18:8

**gave**
19:1 21:11,14
95:16 99:5
158:9 166:1

**general**
16:10 23:12
24:1 99:1,6,
8,9

**generally**
30:15 31:23
60:23 63:9

**generate**
74:19 76:10
82:24

**generated**
45:10,11,15
175:3

**Genie**
152:13,17

**give**
6:6 18:19
74:3 78:7
149:17 156:1,
12

**giving**
10:7 115:7

**glasses**
109:20

**God**
118:13

**good**
48:14 91:14
100:19 105:11
111:14 138:19
147:25

**Google**
169:15

**Gosh**
95:24

**gray**
157:4

**Great**
150:21

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 200 of 223

Igor Olenicoff
January 31, 2022                                                          18

**greater**
145:12

**green**
110:21,25

**Greg**
175:15

**grew**
100:8

**ground**
64:12 157:24,
25

**Grout**
152:13,17

**guarantee**
131:10

**guards**
116:14,15

**guess**
35:22 51:23
52:14 95:25
97:7 98:2
133:16 162:12
177:8

**guessing**
124:15

**gun**
130:4

**guys**
24:8 27:22
125:7 164:1

**gyms**
97:6

---
**H**
---

**habit**
109:14

**hairline**
127:4,5,8

**hammer**
137:7,8,17,
19,20

**hand**
6:3 60:13

**handed**
152:3 155:3
158:6,8,13,19

**handheld**
137:21

**handing**
163:24

**hands**
104:1 127:24

**hang**
36:13

**happen**
60:3 82:16
110:7

**happened**
59:15,17
108:14 109:6

**happening**
54:5

**happy**
81:4 95:13

**hard**
163:24

**he'll**
117:4 140:2

**head**
7:14 93:22

**hear**
7:9 12:16
23:1 60:14
67:6 96:16
121:3 159:18

**heard**

7:4 8:20
90:18 102:23
117:22

**Hector**
176:5,11,12

**held**
8:1

**hesitating**
114:12

**Hey**
15:12 24:7
47:24 102:10

**high**
98:8 157:3

**high-rise**
119:24

**higher**
110:19 146:20
147:1 148:3

**highlight**
108:21

**Highway**
119:18

**Hills**
51:15,22
52:2,9,12
56:6,12,21
57:13,17
61:17

**Hmm**
101:17

**hold**
14:15 32:7
44:8 55:1
102:12 103:1
130:11 139:24
140:13
163:13,20

**homeowner**
23:22,24 24:5

**hour**
125:6

**hours**
8:14

**house**
59:22

**how's**
14:16 29:25
48:15 91:13
105:10 172:19

**hundred**
92:3 149:2

**hypothetically**
93:12 145:8

**hypotheticals**
24:11

---
**I**
---

**Ibis**
61:21 62:11,
13,14,15,17
63:12

**identical**
78:9

**Igor**
6:10,17 15:12
31:15 44:17
140:14 165:11
166:17

**II**
50:19

**image**
173:16

**immaterial**
126:14

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 201 of 223

Igor Olenicoff
January 31, 2022

19

**immediately**
55:6

**important**
52:8

**improper**
57:19

**in-**
81:11 125:23

**in-house**
151:24

**inaudible**
108:1 109:10

**incapable**
76:22

**inception**
71:6 72:23
73:10 165:17

**include**
48:22 65:11,
12 74:4 149:8
155:22 165:23

**included**
32:18 51:14
156:4

**includes**
22:18 52:25
53:22 55:11,
13 153:1,9,
10,14 154:12,
23 155:1

**including**
103:25

**income**
14:1,4 144:4
169:20,21,24
172:23 174:21
175:2

**inconsistency**
148:20

**increase**
33:6

**increased**
33:5 122:20

**incurring**
81:11

**independent**
8:17 89:7,11

**Indian**
51:15,22
52:2,9,12
56:6,12,21
57:13,17
60:24 61:7,17
100:4

**indicating**
104:7,20

**individual**
10:6

**individuals**
13:11

**indoor**
97:9 98:5,7

**indoors**
97:6,8,23,24

**infinite**
85:24,25

**information**
18:7,9,12,25
69:5 83:4
84:1 95:15
97:18 117:1
123:12 135:6
167:25 175:17

**informed**
20:10 131:18

**initial**
53:13

**initially**
148:3

**inquiring**
40:13

**inside**
95:18 98:6

**inspect**
102:14 125:23

**inspecting**
94:16 102:2

**inspections**
103:24

**install**
99:10

**installed**
85:11 88:9
89:20 129:9

**intent**
120:11

**inter-companies**
160:3

**interest**
12:2,20 92:25

**interesting**
94:25

**intermixed**
118:24

**interpretation**
87:20

**interrupt**
12:8

**interrupting**
11:12

**Intracoastal**
119:10,12,15

**intrusion**
151:22 154:23

**investigated**
136:6

**investigation**
89:8,12
170:22

**involved**
15:19 16:25
17:19 20:5
34:10 102:13
174:11

**involvement**
15:21,22
172:7

**ironclad**
19:21

**Ironically**
94:25

**IRS**
170:3

**issue**
55:23 57:16
60:9,16 63:6,
9 90:12
166:10,12
168:1

**issued**
173:13

**issues**
37:14 53:8,
13,19 55:17
95:10 100:8

**item**
29:17 63:21
114:3 144:20
153:14 154:24
163:10 171:14

**items**
73:22 113:13
151:21 152:5

Igor Olenicoff
January 31, 2022                                                                                          20

164:9 172:16

**J**

**jacuzzi**
96:11

**jacuzzis**
96:10,18,22

**JAG**
135:8,22
136:2 155:21

**JAG--**
135:21

**Jane**
37:25 38:1
73:15 77:21,
25

**January**
32:15 33:17,
19 34:1,4,17
37:10 46:2,17
48:23 54:13,
19 56:6
57:13,22
58:19 64:4
67:14,21
69:6,23 70:4,
10,14 72:7
74:3,12
76:21,23
79:11 142:11
143:6 144:9,
15 145:23
161:2

**Jeff**
6:18 7:11
9:22 14:10
15:12,16 27:2
29:19 31:5
38:17 47:24

50:2 51:20
60:13 71:20
75:3 109:12
114:8 117:3
121:2 122:24
123:15 124:3
140:12,17
153:16 156:16
158:15
163:13,20,25
166:18 175:12

**job**
20:4 101:4
136:25

**jobs**
102:2

**John**
93:21 135:7
171:4 172:1,
5,8

**July**
57:6 79:14

**jump**
84:15

**jumped**
63:16

**June**
56:24 79:12,
13,14 161:7,8

**June/july**
161:9

**K**

**Kahn**
175:15,16

**Karow**
35:15,21

**Katz**
6:14,18 7:13

8:18 9:2,12,
25 10:8,12,19
11:7,15,17
14:13 15:17
16:15,16
17:4,12 19:3
21:2 22:6,23
24:2,23
26:15,22
27:5,13,20
29:16,22,24
30:4 31:11,19
32:9 36:3
38:14,19
42:8,14
43:15,20
44:11,21
45:2,7 48:3,
7,10,15,17
49:8 50:3
51:21 52:1
59:6 60:1,15,
19 62:21
63:13 64:2,19
65:18 66:23
67:1 68:15,21
70:12 71:1
72:3 75:5,6,
10,13 76:9,
13,25 77:4,18
78:19,22
79:21,23
81:19,22
83:17,24
87:14 88:13
90:10,20
91:2,13,16
93:20 94:7
97:1,25 98:3,
9,12 104:12
105:1,4
106:7,12

107:3,7
109:13,15
111:10 112:23
114:17 115:2
116:24 117:19
120:21 121:6,
8 122:25
123:17,22
124:4 125:5,
12 126:22
127:15 129:15
131:12
133:12,21,24
134:3 138:8
139:5,15
140:5,19,20
141:9 142:9
149:13,16
151:6 153:17
154:2,18
155:16
156:18,21
158:12,23
159:11
160:19,22
161:10,13,19,
22 163:1
164:3,6,8,16,
22 165:24
166:23 167:17
168:10 171:5
172:3 175:6
176:1,18,21
177:3,8

**key**
122:12

**kidding**
66:7

**kind**
16:11 58:9
77:5 84:15

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 202 of 223

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 203 of 223

Igor Olenicoff
January 31, 2022                                                          21

114:15 119:24
129:7 134:14
138:11 139:1,
3 140:6
150:16
**kitchen**
61:3
**knowledge**
34:14

———————

**L**

———————

**labeled**
35:2
**labor**
21:17 85:4,12
86:11
**lady**
161:20
**Lafave**
176:19,22
**lagging**
50:23
**Lago**
58:2
**lake**
12:7,19,25
13:15 14:22
28:12,16,20
29:5,7,11
32:23 33:9
34:7 38:4
39:20 53:21
54:13 55:10
58:1 99:15,23
112:21 113:10
118:12 121:10
123:2 125:14
162:14 169:7

**Lake's**
54:21
**Lakes**
10:21 12:9,
10,12 14:22
25:4 26:1,6
39:10,15
48:18 52:18,
21 54:19
55:4,22 63:17
91:9 92:7,11,
20,23 93:15
95:23 97:3
110:12,24
111:5 115:4
119:7 159:22
169:22
**language**
20:2
**large**
96:9 137:20
**larger**
29:20 96:14
110:18 115:4
117:3 169:2
**Late**
52:14
**Lauderdale**
120:1
**lawyer**
104:14
**lawyers**
84:4 103:23
**leak**
127:6
**leaking**
19:20 127:22
**leasable**
65:6

**lease**
30:6,9 31:25
49:15 57:13
58:20 59:19
63:1 67:17,21
68:5,7,11,13
80:9 81:17
82:18 112:17
113:9,17
114:2 120:19
141:15 142:20
**lease-end**
75:2,8,23
76:3 80:23
81:2,25 82:25
**lease-up**
28:14,22
39:13 53:3
**leased**
30:14 47:10,
11 49:11 51:2
54:14,20,21
56:8 61:14
62:11,19,24
80:19 82:10
**leases**
81:12
**leasing**
30:11 40:13
41:14 46:6
47:22 51:6
53:10,17
55:18 65:5,17
120:20 162:23
**left**
9:9 20:3
30:22
**legal**
93:16

**leprosy**
51:13
**lettering**
14:9
**liability**
149:24
**liable**
100:2
**lie**
89:6
**life**
85:1,3,7,21,
24,25 86:3
92:3 108:21
**Lighthouse**
7:7
**limit**
69:3
**lines**
169:13
**Lisa**
35:15,21
36:13,15
**list**
136:7 163:15,
23 167:20
172:16
**listed**
10:20 11:3
28:7
**listened**
140:12
**lists**
94:16,20
**literally**
52:5
**litigate**
109:8

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 204 of 223

Igor Olenicoff
January 31, 2022

22

litigating
61:15

litigation
70:23 71:11
102:9 103:5,
21 104:3
108:16 110:8
112:7 167:3
170:9 173:12
174:22

lived
76:15

living
41:12 93:25
94:1 173:24

LLC
10:14 11:1,20
14:19 22:2,12
25:1,4,13,17,
23,25 92:21

location
51:19,21 58:6
66:19 121:16
162:7

locations
96:15,20

logically
54:18

long
8:1 19:17
76:15 102:15

longer
37:4,5 70:16
81:16 86:22
107:17 174:12

looked
89:18 135:8,
9,13 138:6
167:18

loose
157:4

Lord
63:7

losing
109:6 141:18

loss
81:10 95:8
142:22 143:3
145:12,14,15
167:25 168:5
170:8,14
174:15,16

losses
100:15 109:3
135:13

lot
15:7 37:14
95:8 102:11
112:11
134:11,12

lower
122:15,16

LRO
110:25

LSE
30:5 47:9

Lugano
146:24

lunch
83:20,22

Lynn
9:22

Lyon
18:1,6 20:3,
16 88:22
89:8,11,17
132:4 135:7
172:1,5,8

Lyon's
19:4 156:3

**M**

made
19:11 33:22
40:12 44:2
54:6 88:1
90:7 100:14
115:16 134:21
149:19,21
150:8 151:2

main
167:22

maintain
46:3 52:8

maintained
46:8

maintenance
63:9 125:13
127:9 152:16
162:23

major
85:5 157:25

make
13:12,18
14:14 19:11
26:6 27:16
28:6 29:19
32:4,7 39:22
40:10 50:11
54:23 58:9
66:21 72:5
77:8 87:15
90:9 91:11
94:20 100:15,
17 105:7
110:5 117:3
123:15 124:23

126:23 127:6
128:22 135:19
139:2 144:10
147:15 150:3
159:3 161:18
166:13 172:16

makes
90:5 169:4

making
94:16,18
109:3

management
13:16 35:8
49:22 63:6,9
93:23 94:18,
21 160:5
162:14,15,21

manager
16:6 59:18
60:17 162:6
174:11

managers
35:8,13
110:3,4 162:2

manages
162:16

Manatee
50:19 119:7,
9,16 120:7
122:16 146:12

manually
74:20

manufacturer
20:15 21:20,
21,23 22:1,
11,12,19
23:11,14,18,
19,21,24,25
24:4,6,12

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 205 of 223

Igor Olenicoff
January 31, 2022                                                                                        23

**manufacturer's**
23:4

**March**
50:17 51:6
56:15

**margin**
27:18 30:23

**mark**
9:3 26:20
78:19 98:10
107:4 151:11
160:20 172:14

**marked**
9:7,11 14:6
26:21 44:2
45:2,6,19
63:21 64:1
68:17 74:19
75:11,12
77:1,3 78:21
79:10 81:20,
21 91:4 98:11
105:2,3
106:9,11
107:3,6 113:4
120:11 123:18
133:15,19
134:4 151:8,
19 154:1,17
156:14 158:7
159:2,10
160:21
161:11,12
163:4,5

**market**
66:10,13,16
67:2,9 68:3,
4,12 79:24
80:7,12 81:10
82:13 106:16
107:8,22

123:19 124:6,
10 141:14
142:10 143:9
144:25 145:5
146:12 149:7

**marketing**
94:4 111:20
121:21

**material**
136:23 137:6,
10,22,23

**materials**
99:13,17,21
108:11

**math**
84:17 142:8
155:18

**math-wise**
54:22

**matter**
36:10

**meaning**
49:17 59:20

**meaningless**
71:25

**means**
16:24 17:5,
10,14,15
30:3,5 31:14
33:2,3 47:9,
10 50:6,8,9
64:13 66:10
87:13 137:4
162:20

**meantime**
123:16

**measure**
123:8

**meet**
162:9

**meeting**
35:12

**member**
7:20 126:6,10

**membrane**
128:20,25
129:3,10,22
157:7

**memory**
128:2 135:22
136:1,4

**mentioned**
39:5 171:8

**merged**
165:20

**met**
6:18

**metal**
130:2,4

**methods**
16:24 17:5,
14,15 24:17

**mic**
7:12

**Mickey**
175:19

**microphone**
121:5

**middle**
152:10

**miles**
51:23 59:13

**million**
135:18 136:18
150:1

**mind**
51:11 162:1

**mine**
30:25 66:5

**minimum**
134:21

**minor**
85:9

**minute**
7:14 54:10,12
66:9 78:14
79:13 102:12,
18 115:12
126:1,20
156:12 164:2

**minutes**
42:9 66:24
125:6,8 163:3

**Mira**
58:2

**misrepresentati**
**on**
88:10

**mission**
43:16

**misspoken**
25:6

**mistake**
115:15,16,18

**mix**
32:21

**money**
92:10,12 95:8
102:11 135:15
160:13,14

**month**
31:23 46:9
69:9,17,18,
19,20 70:4

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 206 of 223

Igor Olenicoff
January 31, 2022

71:2,4,6
72:24 73:10
80:16 108:7
110:3 141:18
144:21 145:19
150:15,19
160:11
164:18,25
165:17

**monthly**
33:13 45:14
69:9 71:16,17
72:11 73:3,9
107:25 110:1
164:22 166:8,
21 169:19,22,
24 170:1
173:7,9

**months**
35:23 36:14
50:23 51:8,9,
13 53:3,5,6
55:2,12 69:23
70:11 78:15
79:15 82:21
100:25 101:3,
15,16 102:7,
16 113:10
144:21 164:24
166:13

**morning**
130:12

**motions**
104:19

**move**
59:21 76:16

**move-in**
40:22 75:1,8,
23 76:3
79:17,21

80:23 81:1,25
82:25 164:19

**move-ins**
34:25

**move-out**
40:22 79:17,
21

**move-outs**
30:12

**moved**
30:13 38:8,25
76:18,19 82:9

**movie**
97:11

**moving**
33:22 39:4
49:19,20,21
79:16

**mow**
12:15

**Mowers**
175:12,13

**MRI**
37:8,9 45:20

**mud**
88:9

**muffled**
11:14

**mutually**
46:1

---

**N**

**nail**
130:4

**names**
66:3,6 75:21
164:19

**Natalia**
7:24

**national**
20:15

**nationwide**
18:17 88:4

**nature**
163:11

**necessarily**
47:18 68:3
107:23 162:2

**needed**
61:9

**negative**
118:14

**nice**
51:7 94:4
95:4

**Nice-looking**
161:20

**nicely**
62:7

**nitpick**
95:2

**no-**
86:1

**nobody's**
100:12

**nonporous**
126:13 128:9,
16

**nonresponsive**
100:11 101:1

**noon**
83:18

**normal**
53:2,16 71:12
83:8 97:13

**north**
15:8 29:11
63:18 114:7,
11,13

**Northeast**
7:6

**note**
28:22 54:12
66:15 80:3
95:3

**notes**
33:8,11

**notice**
9:14 32:1
35:10 53:14
55:6 155:4
163:15

**noticed**
127:2

**notices**
125:18

**November**
9:15 72:11
172:15

**nude**
119:20

**number**
16:8 28:19
29:6 30:18,
19,20,24
31:12 37:14
38:23 40:9,11
45:3 48:20
49:10 53:21
54:18,21
60:21 62:22
63:15,16,22
64:11 67:5
68:19 79:11,
24 110:25

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 207 of 223

Igor Olenicoff
January 31, 2022                                                                                25

117:17 122:3,
12 133:14,24
134:1 139:17,
20 140:25
141:21 142:1
143:20,21
144:22,23
146:25 149:9
152:24 153:16
155:11,20
157:17 159:7
167:24 169:2
170:3 172:20,
21 173:6,9
174:14

**numbered**
133:13

**numbers**
38:14 47:2
49:11,20 51:5
61:22 67:20
113:14 123:12
150:7

---

**O**

**object**
8:18 10:15
11:4 17:1,8
18:22 20:19
22:4,15 23:15
24:9 26:8
59:5,8 63:3
65:3 67:25
70:6,19 76:4
87:10,22
90:2,16,25
93:16 111:8
125:21
127:11,19
129:12 130:22

138:1 162:18
168:7 171:1,
23

**objected**
76:7

**obligation**
22:21

**observe**
95:9 138:3

**observed**
95:1 127:7
128:6 137:13
138:4

**obtained**
41:23,25
42:2,3,5

**obvious**
55:15 93:19

**OCC**
29:17,18 30:3
47:9

**occupancy**
41:15 46:6
47:22 53:4,8,
10,19 54:7,25
55:1,3 56:4
70:24 73:18
74:17 81:7
140:10,22
173:13

**occupied**
30:3,9,13,14,
18,19 31:3,
13,17,25
38:12,21,23
47:9,11 49:16
51:1,9 54:14
56:7 62:23
70:2 95:13,19
117:10

**October**
36:1,17 41:17
55:19 159:8

**odd**
63:5

**offered**
90:13 114:15
130:18

**offering**
114:10

**offhand**
25:9 95:24

**office**
65:12 162:10,
22

**offset**
144:17

**Olen**
7:20,23 8:4,
16 10:13,17
11:2,8 13:19,
23,25 26:5,7,
12 28:8 35:17
36:8,11
42:18,20,22
47:16,17,18,
20 51:7 52:7
60:4 67:8
71:18 80:24
89:24 90:14
91:20,24
92:2,8,9,11,
12,14 93:6,8,
10,14,25 94:1
95:7 96:1
99:24 114:23
115:1 119:16
160:2,6 162:1
168:20

**Olen's**
93:23 94:15

**Olenicoff**
6:10,17 7:24
104:5

**on-site**
162:21

**one-bath**
110:11

**one-bedroom**
64:17 110:10

**one-bedrooms**
64:18 65:20
114:11 123:3
146:19

**one-car**
115:22

**one-month**
115:7

**one-year**
21:11,14,17
81:17 85:4,6,
12 98:15
99:11

**Oneboynton**
114:21 115:1,
3 118:8
146:11 147:23

**ongoing**
53:11

**opened**
29:12

**operations**
8:9 35:7,11
43:7 49:20,25
50:10,11,13,
16 53:1 83:8
107:24

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 208 of 223

Igor Olenicoff
January 31, 2022                                                                26

**opinion**
  55:21 99:4

**opportunity**
  162:9

**opposed**
  49:18 135:15

**optimum**
  32:22

**oral**
  18:20,24

**order**
  153:12

**orders**
  104:6,16

**original**
  168:2 172:8

**originally**
  138:11

**Ostenson**
  7:25

**outdoor**
  97:5

**overriding**
  85:6

**overseen**
  94:17,20

**overview**
  48:4

**owned**
  25:7,22 26:5
  47:17,18
  92:14 96:1
  114:22 115:1

**owner**
  10:20 11:3
  25:6,20 42:24
  90:15

**ownership**
  12:2,3,20
  13:1 63:2
  92:25 93:5,6

**owns**
  13:10 25:10
  60:4 93:7

---

**P**

**p-u-l-l**
  139:6

**p.m.**
  83:22,23
  125:11 149:12
  164:7 177:11

**packages**
  27:23

**pages**
  139:12

**paid**
  8:15,16,21,
  23,24 9:1
  24:24 25:11,
  18,23 67:18
  91:23 92:8,9
  93:13 101:5,8
  102:5 159:23,
  25 160:9

**paint**
  20:6,9,12,15,
  17,22,23
  53:13 55:23
  101:13,21,23
  102:1 126:14
  127:1,18
  128:22,23
  130:13,17,20,
  25 131:3,10,
  15,25 132:14

**133**:2,3
  138:11,14,17
  171:9

**paint's**
  101:12

**painted**
  20:11 126:14
  138:10

**painter's**
  101:18,19

**paper**
  126:10
  129:20,25

**parabe**
  157:24

**parameters**
  124:18

**parent**
  10:17 160:17

**park**
  11:1,19,22
  12:1,4,20,25
  13:22 116:8
  118:15

**parking**
  115:25 118:9,
  17,18

**parks**
  11:8 97:21

**part**
  12:4,12 20:25
  34:6 65:13
  85:9 86:11
  128:17 155:5
  157:13 158:1
  160:6 162:16,
  20

**party**
  22:3,13

**123**:13,14
  165:6

**pass**
  22:1,20

**passed**
  22:11

**passes**
  21:24

**past**
  76:7 128:23

**paths**
  97:5

**patio**
  149:8

**pay**
  25:17 26:12
  91:20 93:15
  104:5 112:21
  154:4 169:9

**payable**
  13:13

**paying**
  93:14 95:6

**payment**
  67:23 154:8
  159:7

**payments**
  13:18 26:7

**payroll**
  160:4

**pays**
  13:22 160:2

**PDF**
  46:20,24

**peeling**
  157:4

**pen**
  141:23

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 209 of 223

Igor Olenicoff
January 31, 2022                                                                    27

**penetrate**
  129:1

**penny**
  149:20

**people**
  35:7,11,14
  39:4 40:9,12
  65:8,15,25
  111:20 152:17
  162:22 174:11

**per-**
  142:6

**percent**
  38:13,21
  48:14 50:25
  51:1,9 53:4,
  15 54:14,15,
  16,20,21,22
  56:7,8,10,16,
  19,22,25
  57:7,10,12,
  22,23 58:1,2,
  3,11,20,21
  61:13,14,18
  62:11,18,23,
  24 63:2
  78:13,15
  79:15 81:7
  95:13 138:17
  140:9,22
  141:1

**percentage**
  30:8 38:15,23
  117:10 137:24
  141:20 142:6,
  22 143:18,19,
  21

**percentages**
  30:10 49:12
  61:20 73:16,

  19,24 140:25

**percentile**
  79:12

**Perfect**
  48:16

**perfectly**
  112:13

**performed**
  168:2

**performing**
  37:12

**period**
  50:20 142:19
  143:1

**periods**
  108:20

**permanent**
  134:22 135:20

**permanently**
  135:16

**permeability**
  132:1

**person**
  37:23 38:8
  78:1 82:4
  127:9 165:12
  171:22

**personal**
  88:17

**personally**
  131:15,20
  173:21 174:2

**perspective**
  164:14

**pet**
  114:18

**phase**
  48:21 50:19

**phases**
  54:8

**phone**
  40:2,6,12
  41:9 142:3

**photographs**
  84:13

**photos**
  30:25 31:6

**pick**
  113:11 124:19

**picked**
  71:2

**pickleball**
  98:1

**piece**
  103:1 137:5

**pier**
  120:8

**pile**
  120:16

**pinholes**
  101:21,22

**pins**
  130:3

**plaintiff**
  173:11

**plan**
  64:11,15,16

**plans**
  84:25 114:7,
  16

**play**
  97:22,24,25

**plays**
  97:21

**ploy**
  94:4,5

**point**
  7:7 38:12
  42:10 51:11
  56:1 58:17
  63:10 74:7
  103:21 109:2
  134:20 142:17
  165:18

**Pointe**
  32:23 58:1

**pointed**
  55:16

**policy**
  114:18 125:17

**polyurethane**
  157:6

**pool**
  97:11

**pools**
  96:5,8,9,10,
  14,19,21,23,
  24 97:3
  116:1,2,3

**poor**
  59:20

**porous**
  126:12
  128:18,21,22

**portion**
  20:17 87:9
  138:19

**position**
  8:1 144:12
  165:12 166:17

**positive**
  118:14

**Possi-**
  34:6

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 210 of 223

Igor Olenicoff
January 31, 2022
28

possibly
34:6
pour
130:10
prefer
175:13,14
prep
157:5
prepared
35:10,25
36:7,17 41:17
45:18 74:10
112:6,8
124:16 160:18
prepares
160:13
preparing
108:15
present
52:3 71:7
93:22 173:13
presently
7:22 73:11
162:6
president
7:22
pressure
137:11 157:3
pretty
18:17
previous
58:7
previously
6:19 9:20
14:6 75:19
79:1 80:10
91:4 133:17
152:3 156:14
159:22 161:14

163:4
price
57:4 122:12,
15 123:4
156:4
pricing
110:25
printed
45:20
prior
9:10 20:1
52:18 62:1
76:22 84:2
127:1 161:4
privacy
66:3
privity
21:6 23:22
problem
58:25 60:17
100:23 128:6
131:4 134:23
175:25
problems
58:5 59:4,7
127:21,22
proceedings
6:2 177:11
process
72:19
processes
134:24
produce
10:9 34:12
45:24 46:4
70:14 71:3
72:10 163:7
170:19 172:14

produced
27:22 43:4
66:2 71:18,21
73:2,5 74:23
75:20 77:7,
15,24 78:8
120:15 133:6
152:4 154:15
165:3,22
166:11 167:7
170:17 171:18
product
18:19 19:6
21:17,19
23:19,20
85:8,13,20
86:2,10,13,
17,20,21
88:2,3,5,7,
10,15,18
89:1,2,5 90:8
99:11 100:1,5
105:14 126:4,
7,13,21
127:25 128:7
129:20,25
130:21 131:8
135:14
136:11,24
138:20,23,25
172:11
production
27:24 69:11
progress
16:9 159:7
proj-
173:4
project
16:6 51:5,24
52:5,10 53:6
58:4 59:13

60:5,6 63:5
66:21 69:15
78:12,15
79:11 92:5
98:23 104:24
110:16,17
116:3,6,15
117:11,18
118:23 119:17
120:17 122:17
123:9 146:13
160:15 163:12
165:21 168:17
171:17 172:4
173:4 174:12
projected
31:13,18,20
35:1
projects
32:19 34:25
51:11 52:5,7
58:7 59:11
61:4 63:8
85:23 115:24
122:8
promoting
18:14
promotions
168:17,19
169:2,10
pronounced
62:13
properly
139:2
properties
7:23 8:4,16
10:14,17,20
11:2 13:19,
23,25 26:5,7,
13 28:8,9,14

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 211 of 223

Igor Olenicoff
January 31, 2022

29

40:13 42:20,
24,25 43:9
47:16,17 56:6
58:23 80:25
91:20,24
92:11 93:6,8,
10,14,24
94:1,16 99:24
117:25 119:12
121:11,14,20
122:6,10
124:19,22,24
160:2

**property**
11:3 13:1
14:1 15:19,20
28:11 51:15
54:2 67:4,8,
12 93:23
95:15 96:20
99:2 114:22
117:24 118:1
119:14 125:1,
20 147:15
162:5 174:17,
22

**prorated**
86:24

**provid-**
8:3

**provide**
132:21 150:18
156:9 171:11

**provided**
9:21 10:2,10
19:7 21:4
23:13 26:16
41:8,14 42:5
44:13 73:17,
19 78:4,6
99:8,11 163:6

173:11

**providing**
8:3,7,11
76:3,22

**pull**
68:17 107:12
110:3,4
139:1,4,6,7
156:12

**pulled**
41:5,6 69:6,9
107:11 108:13
109:9,18,19,
21,22 110:2,7
112:8,10
166:5

**pulling**
77:23 110:1

**purpose**
35:5 72:2
108:7 120:13
128:10,13

**purposes**
43:25 45:3
53:7 54:2
72:4 106:7
112:7 170:3

**push**
102:10

**pushing**
17:22 101:11

**put**
22:24 23:3
44:8 61:5
77:16 78:10
95:20 99:18
117:4 128:19
129:10 137:23
140:14 155:10
163:25 169:7

**putting**
78:1 128:14

---

**Q**

**quality**
59:21

**Quantum**
10:14,18,21
11:1,19,20,22
12:1,4,5,9,
10,11,19,20,
25 13:9,15,22
14:19,22
15:7,8 22:2,
12 24:25
25:3,4,8,13,
16,22,25
26:1,6 28:12,
16,20 29:5,7,
10,11 33:9
34:7 38:4
39:10,15,20
43:9 48:18
49:24 50:21,
25 51:10,18,
24 52:18,21,
25 53:21,22
54:1,12,19,
20,21 55:4,
10,11,13,22
58:6 63:15,17
69:2,15 74:4
91:9 92:6,7,
11,20,23
93:15 94:22
95:23 97:2
99:14,23
110:12,17,24
111:5 115:4
118:4,6,12,25
119:7 120:18,

20 121:10,18
123:2 125:14
159:22
162:13,21
169:7,15,22

**question**
8:20 11:11
22:5,8 23:1
26:11 28:25
36:2 37:21
45:8 47:12
68:2 69:21
71:5 87:11
90:5 100:2,3,
19 111:14
112:24 113:7
121:7 128:1,
15 138:7
140:8,13,17
141:22 143:4,
5 144:4,9
148:18 151:25
165:14 166:18
167:13 174:4
176:20

**questions**
43:21 48:7
54:17 84:1
134:12,16
175:7,8,14
176:2

**quick**
176:3

**quickly**
53:16

---

**R**

**racquetball**
97:10 115:13,
14,17 116:4,6

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 212 of 223

Igor Olenicoff
January 31, 2022                                                                          30

**railroad**
119:19
**raise**
6:3 80:19,25
**raised**
131:24
**raising**
82:17 103:25
**random**
164:24 166:13
**range**
58:11 61:18
**rate**
32:12 34:18
57:13 70:1,3
80:20 81:10
**rates**
73:18 81:1
168:14,17
**reached**
20:11 53:15
81:7 136:23
**reaching**
53:8
**read**
35:3 38:17,18
75:3 87:7,8,9
98:18,21
122:21 131:1
132:12,15
164:6
**readily**
126:2
**reading**
38:3 110:23
113:16
**ready**
50:12,14,17

**real**
124:25 146:22
176:3
**Realpage**
37:2,3,5,12
41:6,7,25
42:3 45:21,
22,23 46:1
69:7,25 70:9,
16 71:23
76:11 106:19
107:11,13,16
108:16,17
111:22,23
115:19 116:12
123:7,11
124:16 125:3,
4 149:6
**Realty**
13:15,22
42:18,22 67:3
159:13,23
160:1,4,7,12
**reason**
31:6 34:5
37:11 41:24
44:22 55:22
56:2 89:4
93:12 94:11
120:12 121:13
**reasonable**
67:4,11
**reasons**
54:11,25
55:16 59:2,11
66:4 145:2
**REC**
40:15
**recall**
89:21 97:16,

17 129:21
**receivable**
162:25 173:1
**receive**
13:25 14:3
22:19 46:15,
16,19 47:1
135:4
**received**
18:10,13,25
19:2 20:24
21:8,9 22:17
23:17 33:17
36:21 38:9
40:16,25
71:15 106:24
**receives**
21:24
**receiving**
144:25 145:2
**recently**
26:16 27:24
28:4 44:13
70:18,20,22,
23 119:20
163:5 176:13
**recess**
24:22 42:13
66:25 83:22
125:11 149:12
164:7
**recognize**
117:20 161:21
**recollection**
10:25 11:5
19:16,18
25:22 36:9
59:17 114:12
161:16

**reconciles**
160:16
**reconvene**
175:14 177:10
**record**
6:16 31:10
68:24 72:4
146:9 149:20
**records**
34:11 41:25
45:4 46:3
71:23 108:17
165:13
**recreate**
150:16
**redacted**
66:3 75:21
**redoing**
63:10
**reduction**
173:10
**reductions**
173:19
**refer**
11:23 44:17
113:15
**referral**
43:4 114:20
115:4
**referred**
15:7
**referring**
14:25 84:18,
21 114:24
117:18 132:11
133:5 158:21
176:8
**reflects**
34:23

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 213 of 223

Igor Olenicoff
January 31, 2022                                                              31

**refresh**
161:16
**refunds**
173:10,18
**regressed**
53:20
**regular**
112:5
**regulation**
97:9 98:6,8
**reimbursed**
160:8
**relate**
26:18 113:14
141:3 155:20
**related**
35:17 43:17
58:25 93:9
96:3
**relates**
45:9 93:10
112:19 155:21
**relating**
16:4 41:9
168:1 171:16
173:11
**relation**
51:17
**relationship**
10:13 13:21
25:3,24
**relaying**
88:20
**release**
159:6 160:23
**relevant**
108:20
**relieve**

22:21
**rely**
123:11
**relying**
89:15 120:12,
14
**remain**
144:6
**remained**
58:11 79:12
80:9 142:18
**remaining**
12:3
**remeasure**
111:21
**remediation**
173:22,25
**remember**
19:7 60:20,23
63:11 87:20
135:7,23
136:5 149:15
168:18
**remodeling**
52:3,6
**remove**
137:10 157:3
**removed**
137:25
138:14,16,18,
20
**renewal**
80:19 82:15
**renovation**
52:3 61:6
62:5,8 118:1
**Renovations/
upgrades**

117:24
**rent**
13:11 29:7
32:24 48:20
49:18 50:7,
12,14,17
57:17 59:2
60:18 67:4,
12,17,18,22,
23 68:3,4,9,
10,11,12,13
69:2,13 70:8
71:15,18,24
72:11,16,20
73:3,9 74:1,
2,15 75:19
76:12 78:25
80:1,7,9,14,
16 82:10,17
83:14 95:8
109:1 119:14
121:20,23
122:3,19
123:3 141:12,
14,15,16
142:5,11,12,
22 143:3,9
144:18,19,25
145:6 146:10,
19 148:6,14
149:2 164:17
165:17,22
166:1,20
168:11
173:10,19
174:16
**rent-per-
square-foot**
147:14
**rentable**
149:8

**rental**
13:18 14:1,3
32:12 33:5
34:18 58:24
64:4 70:1,3
80:19 81:1
82:23 144:4
145:18 169:20
170:7,14
**rented**
38:25 48:24
49:2 59:3
69:13 80:10
**renting**
65:25 122:10
145:3
**rents**
32:22 70:24
107:25 110:5
121:25 122:6,
7 142:18,20,
21,25 144:6,
8,10,13,14
145:17 168:17
**rep**
10:6 20:15
**repainted**
61:4
**repair**
95:6 99:1
104:17 136:2,
18,20 156:4
**repaired**
152:5,8
**repairs**
78:14 79:6,8,
9,13,14 80:4
84:18,20,22
92:20 95:10
100:16,18

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 214 of 223

Igor Olenicoff
January 31, 2022

32

103:20 104:7,
20 135:10
151:22 154:25
155:17,21,23
158:20 168:2
**repeat**
74:15
**rephrase**
28:25
**replace**
19:5 86:7
**replacing**
18:17
**report**
32:12,18
33:12,14,17,
24,25 34:4,17
35:25 36:7,
16,22 37:17
39:5 41:3,15,
16 43:1 46:9,
17,19 47:2,22
49:22 53:1
75:19 82:20
103:11,15,19
109:17,19
110:16 111:24
112:25 113:1,
5,8 135:16,22
155:11
**reporter**
11:11 121:3
**reports**
33:18,21
34:15,18 35:9
36:24 37:16
41:21 46:6
71:18 82:23
107:9,20,22
108:10,18

110:1 121:24
125:24 173:7
**represent**
33:16 65:16,
19 75:18
81:23 106:24
**representations**
87:25 88:2
89:15 90:7
**represented**
37:13 85:20
86:21,23
126:15
**represents**
67:5
**request**
10:9 34:12
72:10 163:7
172:14 174:6,
9
**requested**
71:3 87:9
**require**
62:8 97:13
**requirements**
59:19
**research**
18:7 170:21
**reserve**
61:21 175:16,
24
**reserving**
175:20,23
**reside**
7:3,4
**Residential**
42:18,22
**residents**

43:4 59:23
65:17,19
112:18 113:9,
18 114:4
157:11
**resolved**
100:8
**respond**
101:4
**response**
9:19 159:19
**responses**
34:11
**responsibility**
77:25 100:12
**responsible**
23:13,16
93:14
**responsive**
163:7
**rest**
42:9 48:1
51:10 135:25
173:25
**restaurants**
118:9
**restroom**
164:2
**result**
126:20 172:11
**resurrect**
147:21
**retail**
13:6,10
**retire**
7:17
**retired**
7:16

**retrieve**
37:3 41:13
**retrieved**
37:19
**returns**
160:18
**revenue**
167:25 168:5
**review**
18:20 19:22,
24 20:2 73:23
84:4,7 106:1
107:25 112:3,
5
**reviewed**
19:25 76:1
90:23
**rhyme**
121:13
**rich**
97:4
**roll**
69:2 71:18
72:20 74:1,2,
15 75:19
78:25 80:14
81:5 82:23
83:14 165:17,
22 166:1,20
**rolled**
81:9
**Rolling**
174:21
**rolls**
70:8 71:16,24
72:11,16
73:3,9 76:12
109:1 164:17
168:11

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 215 of 223

Igor Olenicoff
January 31, 2022

33

roof
22:24 23:3,4
24:4,7

roofer
23:23,25

roofing
23:19

room
123:16 175:11

rooms
97:11

round
102:4

rounding
78:13

run
33:13,14
108:18,19
114:12 129:1
140:6 163:3
166:25

rundown
119:21

running
88:8 94:3
114:13

runs
119:19

**S**

safe
55:13

Sand
157:5

satisfy
166:22

SAX
7:5,11 8:22

9:6,9,22
10:4,15 11:4,
11 14:10
15:12,16
17:1,8 18:22
20:19 22:4,15
23:15 24:9
26:8 27:2,6,
18 29:19
30:2,22 31:5,
15 32:7 36:2
38:13,16
42:11 43:13
44:8,17,20
47:24 48:6,9,
13,16 49:6
50:2 51:19
59:5,8 60:13
62:20 63:3
64:15 65:3
66:2 67:25
68:20 70:6,19
71:20 75:3
76:4 77:11
87:7,10,22
90:2,16,25
91:11,14
93:16 94:5
96:22 97:22,
24 104:10
109:12 111:8
114:8,24
116:23 117:3,
13 120:14
121:2 122:21,
23 123:15,21,
23 124:1,3
125:10,21
127:11,19
129:12 130:22
133:20,22
134:2 138:1

139:4,14,16,
21 140:11,17
141:5,23
142:16 149:14
150:3,10
151:13,15,18,
20 153:16,18
155:14
156:16,19
158:10,15,18
161:18 162:18
163:13,17
164:5,12,21
165:2,9
166:15 167:14
168:7 171:1,
23 175:10,15,
19,21,25
176:7,10,20

scheduled
176:10

scope
163:11

scraped
137:5

screed
129:3

screen
14:5,12 26:19
27:9 31:6,16
44:9,24 47:25
48:2 77:1,12
113:4 117:4
139:13 140:14
153:6 156:11
158:22 159:1
163:18 164:1
167:19

screwed
116:16 117:10

scroll
34:22

sealant
129:18

sealer
129:17,19

search
169:12

searching
34:10

second-
157:7,22

section
28:14,23
40:21 136:22
138:4 139:11
157:18

sections
157:10

security
114:1 116:14,
15

sees
35:8

seg-
83:14

segregate
53:9 83:14
92:4

selected
121:14 124:25
125:1,3

self-
explanatory
35:3

selling
89:4

send

Igor Olenicoff
January 31, 2022                                                                34

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 216 of 223

103:17 174:5

**sending**
43:12

**sense**
23:17 39:22
49:15 54:23
90:5 124:23
166:13

**sentence**
135:1

**separate**
11:21 54:5
99:25

**separately**
55:1 134:15

**separating**
83:4

**September**
55:18 81:13
82:10,18,22
107:1,5
108:18,24
109:17,21,22,
25 112:25
123:20 124:7
144:8 145:20,
21 146:2

**serve**
72:2

**served**
172:15

**service**
159:23 165:5

**services**
13:16,22 67:3
159:13,24
160:1,5,8,12
169:17

**Sessions**
93:21

**set**
124:18 176:5

**share**
14:5 26:19
76:25 139:13
154:16 156:11
159:1 160:20

**sheet**
149:25 154:15
158:9 165:21

**sheets**
62:22 173:2

**Sherwin-
williams**
20:12,14,17,
24 101:13,14,
15 102:20
103:11,14,15,
19 130:25
131:6,7,14,24
133:2 171:9,
16,20

**shift**
31:5

**shingle**
24:4,15

**shingles**
22:25 23:4,11
24:6,7

**shopping**
119:21

**shops**
118:9

**short**
136:7

**shortfall**
144:20 145:19

147:11

**shot**
130:3

**show**
9:2,6 26:19
32:5,20 41:14
44:5 63:20
68:8 69:12
70:1,24 74:16
75:1,8,9,10
76:18 77:1,16
78:5 81:19
91:3 98:9
105:1 106:8
123:18 133:12
141:8 142:24,
25 143:2,8,
13,17,19,21,
22 144:7,8
147:21 151:10
161:10 168:5
172:13 176:15

**showed**
25:14 176:11

**showing**
49:19 54:2
102:22 144:14

**shown**
32:19

**shows**
34:25 50:24
52:16 82:25
110:9 160:13

**shuffle**
32:10

**sic**
45:4 125:1

**sick**
94:14

**side**
130:11

**sides**
123:24

**sign**
81:16

**signed**
30:20 49:15
82:9,18
92:20,24
132:15,23,24
133:9 171:7

**significant**
51:4 62:25

**silent**
101:9

**similar**
82:17 106:25
119:13 166:12

**simple**
60:7 146:22

**simply**
16:8 69:25
77:15 78:3
92:18 102:24
144:17 162:20

**simul-**
61:8

**simultaneously**
61:8

**Sincerely**
162:13

**single**
57:24 95:3
110:2 164:20

**sir**
165:25

**sister**

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 217 of 223

Igor Olenicoff
January 31, 2022                                                                    35

26:2

**sisters**
26:4

**sit**
15:13 29:20
30:2 93:2

**sits**
27:7

**skip**
28:22 139:11

**slid**
30:20

**slide**
27:12

**slightly**
28:2 110:18

**slips**
120:6,9

**small**
77:5 96:10
100:8 120:9
137:21 163:18

**smaller**
40:11 44:20

**Smith**
116:21,22,25
117:2,7,21
161:14,17

**smooth**
137:1

**smoothed**
138:22

**soft**
127:24

**software**
37:6 45:16,
18,20 49:10
69:4 72:7

74:12,18,21
76:2,6,9
83:10,11,13
107:19 121:19
166:25

**sold**
86:14 88:11

**sole**
11:23

**solid**
19:9 136:23
137:3

**solution**
135:16,17,20

**somebody's**
43:6

**something's**
46:23

**sooner**
100:18 103:9

**sort**
122:13
152:15,18

**sound**
94:14 103:13

**sounds**
94:3

**south**
114:13

**spa**
96:13

**spas**
96:11

**speak**
86:18 105:20,
22,25 121:4
166:16 167:14

**speaking**

74:14 168:23

**speaks**
34:24 86:8
88:8 98:20
105:16 132:25

**special**
114:16

**Special-new**
114:4

**specific**
48:7 65:9
104:10 121:14
131:1 164:9
174:24

**specifically**
69:10 84:25
90:22 94:23
99:11 108:13
125:14

**specifications**
18:19

**specifics**
164:10

**specifies**
21:22

**Spencer**
48:10 174:5

**spend**
150:15

**spending**
8:11

**spent**
176:25

**split**
157:10

**spoke**
37:23

**spoken**

176:13,15,22,
24 177:2

**spools**
96:10

**spread**
120:2

**spreadsheet**
46:10,20

**square**
32:21 64:23,
24 65:1,6,7,
10,16,20
110:10,11,12,
13 111:12,13,
18,19 122:13,
15,18,19,20
123:2,3
147:4,5,6,13,
25 148:1,8,9,
11,14,15,22,
24 149:2,3,6,
7,9

**stable**
142:18

**staff**
58:5,6 162:5
167:11

**stagnant**
142:25 143:9
144:6

**stainless**
66:19

**stair**
157:3

**stairs**
157:8,23

**stale**
108:6

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 218 of 223

Igor Olenicoff
January 31, 2022                                                                36

**stalled**
   53:19

**stamp**
   45:4 134:18
   139:17

**stanchions**
   155:24

**stand**
   22:21 27:8
   29:18 44:23

**standing**
   77:11

**Stanley**
   116:22

**start**
   58:1,16
   103:20 109:12
   121:2 148:2
   167:12 175:13

**started**
   51:6,12
   53:14,18 54:7
   100:8 142:21
   172:5,10

**starting**
   167:24

**starts**
   139:14

**startup**
   34:7

**state**
   6:15 68:2

**statement**
   144:6

**statements**
   169:20,21,24
   172:23 173:9
   174:21 175:2

**status**
   16:11

**status-type**
   16:17

**stay**
   90:15,23

**stayed**
   142:25

**steel**
   66:19

**stem**
   135:12

**STENOGRAPHER**
   6:3 11:9,13
   16:13 49:1,3
   60:11 79:19
   109:11 120:25
   121:4 122:22

**stepping**
   104:4

**Sto**
   85:17 86:1,7,
   20 87:5,18
   88:7,15 91:7
   99:1,5,10,13,
   22,25 100:2
   105:12,14
   106:2 135:14
   136:20,24
   138:22,25

**Sto-type**
   135:24

**stop**
   35:20 104:20
   164:20

**stopped**
   35:22,23

**stored**
   154:9

**strategy**
   94:5,6

**street**
   118:17 119:21

**strike**
   42:1

**Strip**
   157:2

**strips**
   130:2

**structure**
   26:14 118:17

**stucco**
   17:18,23
   18:4,15,17
   19:5 85:21,23
   86:13,14 88:3
   89:5,25 90:6,
   13 91:8 92:21
   95:11 125:18
   126:9,10,11,
   18 127:5
   128:21,25
   129:4,9,11,23
   130:7

**studies**
   121:22 124:10

**studios**
   97:12

**study**
   106:16 107:8,
   22 123:19
   124:6,20

**stuff**
   83:19 116:13
   134:11 151:8
   165:2

**subcontractor**
   152:14

**subcontractors**
   103:1,4
   151:23

**subject**
   114:25
   174:17,22

**subjective**
   138:6

**submittals**
   171:15

**subpoena**
   9:19 163:14

**subpoenaed**
   10:5

**subsequent**
   53:17

**subsidiaries**
   160:14,17

**subsidiary**
   93:7

**substantial**
   81:10

**substantially**
   61:2 68:12

**substituting**
   88:1

**substructure**
   53:14

**subtract**
   74:22

**suggested**
   19:1,4

**summary**
   133:16
   139:11,25
   140:1 154:15
   158:11,22

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 219 of 223

Igor Olenicoff
January 31, 2022                                                                37

**superintendent**
16:6

**superior**
18:15 19:6
85:20 86:14
88:3 89:4,5

**support**
73:23 143:12
144:5 166:9
174:15

**supporting**
143:22

**supports**
143:9

**suppose**
105:22

**supposed**
101:13 126:13

**surface**
53:18 126:4,5
127:22 131:8
136:23 137:3

**surfaces**
157:5

**Susan**
82:5,7,17

**swear**
6:5

**swimming**
96:5,8,9,19,
21 97:3

**switch**
37:9 89:25
90:6,13

**switched**
37:11 46:2
72:7

**switching**

72:19

**sworn**
6:11

**system**
17:18 18:8,
11,14,15
19:10 21:3,16
37:3,4 85:18
87:12 89:3,9,
13 90:1
128:8,11
130:14,21
131:16 138:22
170:22

---

**T**

**table**
163:19

**tad**
53:20

**taking**
9:14 100:15
144:12

**talk**
24:13 60:4
66:8 80:12
150:6 171:6

**talked**
79:1 105:12
110:9 115:12
136:7 159:21
161:14
168:12,14
172:20 173:6

**talking**
24:10 27:18
28:11 39:9
40:7 45:16
51:19 73:20

76:6 119:2
129:5,7
136:17 140:1
146:1,4
158:11,15,18

**talks**
112:17

**Tammy**
116:21,23,25
117:1,7,21
161:14,17

**target**
33:22

**tax**
160:18

**Taylor**
37:25 73:15
77:21,25

**tea**
57:4

**technically**
74:14

**tecum**
9:14

**telling**
19:13 44:23
73:8,12 76:20
131:19 154:4

**tells**
152:15,18

**temporarily**
135:10

**temporary**
78:14 79:9
80:4 84:19,
22,23 85:1,2
95:6 100:15
134:22 135:4,
10 136:14

154:25 155:17

**ten**
19:19 42:9
85:8 86:3,6,
17,22,24
119:23 125:8

**ten-minute**
42:11

**ten-year**
19:21 21:17
22:17 85:12
86:2 99:5,22
105:14

**tenant**
76:15 81:24

**tenants**
59:20 173:11,
20,24

**tennis**
97:15,19,21,
22 115:13

**term**
24:17

**terminated**
59:22

**terms**
103:24 112:17
121:16 172:10

**Terms-new**
113:9,17

**test**
139:1,4,6,8

**testified**
6:12 41:23
86:12 128:21
158:10 165:19

**testifying**
167:23 176:6

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 220 of 223

Igor Olenicoff
January 31, 2022

38

**testimony**
6:5 80:1
143:11 156:3
166:9 176:23

**tests**
101:16,17
103:5

**that'd**
105:9

**thing**
14:8 20:21
41:13 61:17
101:10 102:11
117:9 118:24
124:6 131:2
132:13
139:19,22
164:16 167:22
169:18 171:6

**things**
8:8 43:12
60:3,22
94:17,20
95:21 111:21
112:11 115:20
118:11 154:22

**third-floor**
157:8,23

**thought**
115:13 135:24
158:2

**three-coat**
136:25

**time**
8:11 19:25
28:21 29:21
36:12 37:4
50:12,20
53:12 60:25
61:1,10 71:7,

16 72:13 74:2
75:24 80:2,3
81:8 92:24
94:8,13 97:17
103:2 108:15
115:8 117:8
134:13 136:22
137:16 142:19
143:1 150:16,
18 162:9
170:16 173:14
174:11 176:25

**times**
16:8 35:21
141:1 144:21
147:6,14
148:3,4

**today**
9:18 28:12
84:2,5 106:5
150:16 163:8
166:10 167:15
168:4 170:15
174:19 175:8,
9,12,13,15

**told**
20:13 54:25
86:20,25
88:22,25
89:14 90:1,22
103:4,22
104:9 128:8,
15 131:17
132:4 152:4
165:19

**tomorrow**
176:5,10,15

**top**
14:8 27:19
35:10 114:24
126:5 129:23

156:19

**total**
15:10 28:19
29:6 39:21
53:7 63:16
69:1 95:23
102:25 152:23
154:8,9

**totally**
102:21

**Town**
10:14 11:20
13:9 14:19
22:2,12 24:25
25:4,8,13,16,
22,25 118:4,
6,25

**track**
40:2

**tracking**
43:6

**transcripts**
84:7

**transfers**
92:10,12

**translates**
38:20

**Tremco**
157:6

**true**
20:21 105:18
165:25

**truth**
6:6,7

**turn**
6:25 15:13
27:3 80:11

**turned**
7:14 49:25

50:16 51:5
127:25

**turns**
50:13

**two-bath**
111:17

**two-bedroom**
111:17 146:20

**two-bedrooms**
64:20 65:21
146:12 147:2
148:2,21

**two-minute**
163:22

**two-story**
120:2

**twos**
142:7

**type**
8:6 13:21
22:25 32:20
52:2 70:5
74:20 78:25
121:16 127:8
166:12 168:21
169:10 170:12

**typed**
134:6,8

**typically**
23:4 119:13

_____

**U**

**ultimately**
91:25 92:1,9
93:6 160:17

**umbrella**
28:9 47:17,
19,20 114:23

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 221 of 223

Igor Olenicoff
January 31, 2022

39

**uncollected**
142:4

**unconditional**
159:6 160:23

**undergone**
52:2

**underneath**
110:25

**understand**
10:5 11:10,13
16:14 17:6
28:6 30:8
43:1,17
54:10,18
60:12 71:17
77:6,7 78:17
83:9 87:11,16
90:4 93:18
96:17 113:8,
11 114:19
122:2 124:13
126:24 129:24
134:2 140:7,
24 146:21
147:9,10
148:17
150:14,25
151:3 153:13
154:21

**understanding**
15:9 17:9,10,
14 26:17 38:9
64:5 65:1
68:25 85:2
129:8 136:19,
21 137:13
138:9 156:2,
6,7 161:5,7

**understood**
10:8 79:25

**unit**
32:21 38:14
49:16 62:9
64:10 68:7
80:6 82:5
118:7,16
164:20

**units**
15:8,10 28:17
29:6 30:18,
19,21,24
31:3,12,24
32:20 33:9
34:8 38:11,
21,23,25
39:1,2,11,12,
15 48:19,20
49:10,25
50:7,16,25
51:8 52:19,22
59:3 60:5
61:2,5 63:10,
16 65:2,14
66:17 68:11,
14 69:2,12,
13,14 72:20
74:5 79:15
80:2,11,17
81:8 82:15
83:15 95:18,
20 110:11,17,
18,22 111:3,6
115:24 117:17
118:4,5,6,24,
25 119:1,5,
22,23 123:8
144:21 145:1,
5 148:7,11
165:20,23
166:2,4,5,20
167:1,5
168:23 169:2,

23 172:22

**unqualified**
59:20

**unusual**
161:25

**upcharge**
112:20

**upcoming**
177:5

**update**
16:12,17

**upgrade**
61:1

**upgraded**
61:9

**upgrading**
52:6 61:9

--------

**V**

--------

**vacancies**
31:14,18,21
173:7

**vacancy**
140:24 141:1
143:13,15,18
145:15 168:14

**vacant**
31:4 35:1
78:13 80:17
141:12,19
142:6

**vacating**
32:2

**variety**
8:8 135:9,13

**vendor**
152:1 158:20

**verify**
73:17

**version**
123:21 124:1

**versus**
18:4 46:24
66:20 88:11
148:12

**Vidal**
176:11

**videos**
31:7

**view**
32:5 112:22
113:10

**views**
66:20 120:5

**Villa**
39:10 55:22
115:4

**Villas**
11:1,8,19,22
12:1,4,7,9,
10,11,19,21,
24,25 13:15,
22 14:22
25:4,8,25
26:6 28:12,
17,20 29:6,7,
11 34:8 39:21
48:19 52:21
53:21 54:13
55:11 63:15,
17 91:9 92:7,
11,20,23
93:15 95:22
97:2 99:15,23
110:12,24
118:12 119:7
121:10 123:2

Igor Olenicoff
January 31, 2022
40

Unique Code : CAA-FBH-BCAJ-BJGACBDFH-EAEDGB-B Page 222 of 223

125:14 162:14
169:7

**Vinton**
82:5,8,18

**virtually**
61:18 108:6

**visible**
126:2,17,25
128:5

**void**
20:17

**voided**
21:1

**volume**
6:25

**volunteer**
9:1

**Vulkem**
157:6

---

**W**

---

**W-2**
8:24

**wait**
11:9 54:10
80:11 100:18
102:12,18
121:1 164:1

**walk**
14:11,18
26:24 82:7
120:4

**walk-ins**
40:3,6,12
41:9

**walked**
95:1,2

**walking**
16:8 95:14
97:5

**walkways**
135:24

**wall**
129:5,7,9

**walls**
88:9 156:8

**wanted**
9:9 10:3
69:12 70:3
71:3 72:23
78:5 89:25
95:2 108:21
109:5 136:10

**warmer**
123:16

**warrantied**
23:18 85:8,10
131:7

**warranties**
22:20,22 23:7
105:19,20
132:13

**warranty**
19:8,9,17,21,
22 20:2,18,
22,23,24
21:1,3,5,8,
11,14,17,18,
19 22:1,10,
17,18,25
23:5,11,13,23
24:5 85:5,7,
12,13,16,17
86:2,5,6,8,9,
10,16,17,23
87:1,4,18,19
89:16 98:16,

22 99:5,12,
22,25 105:12,
13,14 106:1,5
131:6 132:7,
9,12,16,23,25
133:1,3,9
136:8 171:8

**warrantying**
86:10,11
131:3 132:3

**washer**
130:4 137:11

**washing**
157:3

**water**
119:9,23,25
120:3,4
126:11 128:7,
11,23 129:1,4
130:11,12
151:22 152:13
154:22

**waterproof**
18:16 101:14
126:16

**waterproofed**
129:14,16
130:9

**waterproofing**
126:6,7,10
128:20,24
129:2,10,22
157:7

**ways**
52:10 65:7,8,
15 135:9

**Web**
169:5,6

**websites**

43:5

**week**
8:14 9:24
32:15 33:17,
23,24,25 34:4
36:17 37:17
38:7 40:1
41:1,4,22
42:2 49:25

**week-ending**
36:24

**weekend**
94:14

**weekly**
8:13 32:11
33:13,15
34:16,18
49:19

**weeks**
33:19 36:25
41:3 42:3

**weep**
129:4

**well-built**
63:1

**west**
29:12 114:14

**Whalers**
58:19 60:10,
16,20,24
61:7,13

**WHITE**
175:23

**whoopee**
127:5

**Wi-fi**
116:10

**withheld**
55:17

Unique Code : CAA-FBH-BCAJJ-BJGACBDFH-EAEDGB-B Page 223 of 223

Igor Olenicoff
January 31, 2022                                                                41

**Wolfe**
35:15,23 36:7

**wonderful**
94:3

**wondering**
176:7

**wood**
98:7 130:2

**wood-framed**
129:5

**words**
13:6 81:16
124:18

**work**
8:4,6,12 20:1
21:12,15
24:16 35:17,
20 36:7 38:1
91:20 125:19
137:15 153:4
161:4,6
173:22

**working**
35:22,24
36:11,15

**workmanship**
86:11 98:16,
22 99:12
100:4

**worst**
146:23

**worthwhile**
95:6

**written**
86:6 87:18
105:13 124:7
132:6,8
159:13

**wrong**
9:4 25:9
33:20 66:11
116:13 123:5
135:21 136:1
149:6 150:7
155:11

**wrote**
91:23

**Y**

**yard**
12:15

**year**
37:10 41:5,
10,15 46:16
52:16,17,18
53:12,17
54:16 57:23
58:10,21,24
74:12 81:6
83:12 85:15
112:21
117:13,14,15
146:4 160:11
165:19

**year-end**
41:7 46:16

**year-ends**
41:7

**year-to-date**
40:17,19

**yearly**
174:21

**years**
7:19 8:2
19:19 23:8,12
24:13 35:24
37:14 58:14

59:13 60:20
61:8 63:11
71:25 74:9
76:22 78:12
85:9,22,23,24
86:3,7,17,22
95:7 100:7,
13,18 143:10,
15 170:3
177:1

**yesterday**
94:10,12,19

**yogurt**
127:23,25

**Z**

**Zarco**
91:8 92:21
93:13,14
95:10 98:16,
22,25 99:5,8,
14,16,17,20,
21,23 100:2
135:3,13
136:20 137:14
153:1,4,10,14
154:4,23,25
155:2,4,19
156:3,23
159:7 160:24
161:5 174:1

**Zarco--**
98:25