Spencer M. Sax
Sachs Sax Caplan
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
Tel: (561) 994-4499
Fax: (561) 994-4985
Email: ssax@ssclawfirm.com
*Pro Hac Vice*

Julie A. Ault, Esq. (Bar No. 186914)
Kaelee Gifford, Esq. (Bar No. 303533)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:   (949) 719-7210
Email:         jault@olenproperties.com
Attorneys for Olen Properties Corp.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OLEN PROPERTIES CORP., IGOR OLENICOFF, JOHN LIANG and Does 1 through 10 inclusive,<br><br>　　　　　　Defendants. | CASE NO.  8:21-cv-1585-CJC-DFM<br>The Hon. Cormac Carney<br><br>**DEFENDANTS', OLEN PROPERTIES CORP. AND IGOR OLENICOFF, REQUEST TO APPEAR VIA TELEPHONE AT HEARING**<br><br>Hearing Date:  November 29, 2022<br>Time: 10:00 a.m.<br><br>Complaint Filed: September 27, 2021<br>Trial Date:         February 21, 2023 |

COME NOW Defendants, OLEN PROPERTIES CORP. and IGOR OLENICOFF, by and through their undersigned counsel, and hereby request that this Court allow undersigned counsel to appear via telephone at the hearing before Magistrate Judge Douglas F. McCormick scheduled for Tuesday, November 29, 2022, at 10:00 a.m. on the grounds that counsel is located in Boca Raton, Florida which would require two days to travel in order to attend the hearing. Counsel for Plaintiff will suffer no prejudice if counsel is permitted to attend the hearing via telephone.

Dated: November 15, 2022.

                                */s/ Spencer M. Sax*
                                Spencer M. Sax, Esq.
                                *Pro Hac Vice*
                                SACHS SAX CAPLAN
                                Attorneys for Olen Properties Corp.
                                and Igor Olenicoff
                                6111 Broken Sound Parkway NW, Suite 200
                                Boca Raton, Florida 33487
                                (561) 994-4499
                                ssax@ssclawfirm.com

Case No. 8:21-cv-1585-CJC-DEM
DEFENDANTS', OLEN PROPERTIES CORP. AND IGOR OLENICOFF, REQUEST TO APPEAR VIA TELEPHONE
AT HEARING 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2022, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

Marc N Bernstein
Business Litigation Group PC
150 Spear Street Suite 800
San Francisco, CA 94105
mbernstein@blgrp.com
tchen@blgrp.com

William J O'Brien
One LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
wobrien@onellp.com

Gene J. Brockland
SmithAmundsen LLP
120 South Central, Suite 710
St. Louis, MO 63105
gbrockland@smithamundsen.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on November 15, 2022 at Newport Beach, California.

>	*/s/Kaelee Gifford*
>	Kaelee Gifford