# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:21-cv-01585 CJC (DFMx) | Date: November 17, 2022 |
| Title Donald Wakefield v. Igor Olenicoff, et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | n/a |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **[In Chambers] Order Granting Defendants Olen Properties Corp and Igor Olenicoff's Request to Appear Via Telephone at Hearing [99]**

The Court is in receipt of Defendants Olen Properties Corp and Igor Olenicoff's Request to Appear Via Telephone at Hearing field November 15, 2022. The request is GRANTED. All parties may appear by phone at the hearing scheduled for November 29, 2022, at 10:00 am before Magistrate Judge Douglas F. McCormick. The parties are instructed to use the following call-in information:

Call In Number (866) 590-5055
Access Code: 783794

Initials of Clerk:   nb