Spencer M. Sax
Sachs Sax Caplan
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
Tel: (561) 994-4499
Fax: (561) 994-4985
Email: ssax@ssclawfirm.com
*Pro Hac Vice*

Julie A. Ault, Esq. (Bar No. 186914)
Kaelee Gifford, Esq. (Bar No. 303533)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:   (949) 719-7212
Fax:   (949) 719-7210
Email: jault@olenproperties.com

Attorneys for Olen Properties Corp. and Igor Olenicoff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>                          Plaintiff,<br><br>       vs.<br><br>OLEN PROPERTIES CORP., IGOR OLENICOFF, JOHN LIANG and Does 1 through 10 inclusive,<br><br>                          Defendants. | CASE NO.  8:21-cv-1585-CJC-DFM<br><br>The Hon. Cormac Carney<br><br>**DEFENDANTS', OLEN PROPERTIES CORP. AND IGOR OLENICOFF, NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: September 27, 2021<br>Hearing Date: January 9, 2023<br>Hearing Time: 1:30 p.m.<br>Trial Date: February 21, 2023 |

1

*To the Honorable Cormac J. Carney, to the Clerk of this Court, and to all attorneys and parties of record in this case:*

PLEASE TAKE NOTICE that, on January 9, 2023, at 1:30 P.M. or as soon thereafter as the matter may be heard, in Courtroom 9 B of the United States Courthouse at 411 West Fourth Street, Santa Ana, California 92701-4516, before the Honorable Cormac J. Carney, United States District Judge, Defendants, Olen Properties Corp. and Igor Olenicoff,  will move, and hereby moves, under Rule 56 of the Federal Rules of Civil Procedure for summary judgment as follows:

1. Defendants are entitled to summary judgment in their favor and against Plaintiff on all claims and causes of action brought by Plaintiff in his Complaint, as they are waived and barred by the Settlement Agreement.

2. Defendants are entitled to summary judgment on their Counterclaims for Breach of Contract and Specific Performance of the Settlement Agreement, for Plaintiff's breach in bringing this lawsuit.

3. Defendants are entitled to summary judgment on Plaintiff's requested relief for statutory damages pursuant to 17 U.S.C. § 504(c), for punitive damages under his Fraud in the Inducement claim, and on Plaintiff's RICO claim.

This Motion is based on all of the grounds stated in the concurrently filed Memorandum of Points and Authorities and Statement of Uncontroverted Facts.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 21, 2022.

2

1    Dated: November 23, 2022.

2
3                                                    */s/ Spencer Sax*
                                                     SPENCER M. SAX
4                                                    SACHS SAX CAPLAN
5                                                    Attorneys for Olen Properties Corp. and Igor
                                                     Olenicoff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        3

## CERTIFICATE OF SERVICE

I hereby certify that on **November 23, 2022**, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

Marc N Bernstein
Business Litigation Group PC
150 Spear Street Suite 800
San Francisco, CA 94105

William J O'Brien
One LLP
23 Corporate Plaza Drive, Suite 150-105
Newport Beach, CA 92660

Gene J. Brockland
SmithAmundsen LLP
120 South Central, Suite 710
St. Louis, MO 63105

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on November 23, 2022 at Newport Beach, California.

*/s/Kaelee Gifford*_____
Kaelee Gifford