# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01585 CJC (DFMx) | Date: | November 29, 2022 |
| Title | Donald Wakefield v. Igor Olenicoff, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 11/29/2022 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Christopher Miller | Spencer Sax |

**Proceedings:** Plaintiff's Motion to Compel [94]

Case called and counsel make their appearances. Counsel argue motion. Court takes matter under submission. Order to issue.

  :   30

Initials of Clerk:   nb