Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
The Business Litigation Group, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone:  415.765.6634
Facsimile:  415.283.4804

Gene J. Brockland (Missouri State Bar No. 32770)
Christopher O. Miller (Missouri State Bar No. 70251)
*Admitted Pro Hac Vice*
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
Amundsen Davis LLC
120 South Central, Suite 700
St. Louis, MO 63105
Telephone:  314.719.3732
Facsimile:  314.719.3733

William J. O'Brien (Cal. Bar No. 99526)
wobrien@onellp.com
One LLP
23 Corporate Plaza Dr., Suite 150-105
Newport Beach, CA  92660
Telephone:  310.866.5157
Facsimile:  310.943.2085

*Attorneys for Plaintiff, Donald Wakefield*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 8:21-cv-1585-CJC-DFM<br><br>*Assigned to: Hon. Cormac Carney*<br><br>**JOINT REPORT REGARDING MEDIATION**<br><br>Complaint Filed: September 27, 2021<br>Trial Date:          February 21, 2023 |

**JOINT REPORTING REGARDING MEDIATION**

Plaintiff, Donald Wakefield, and Defendants, Igor Olenicoff and Olen Properties Corp (collectively the "Parties"), by and through their respective attorneys, hereby advise the Court that they participated in mediation with Mark Buckstein of Professional Dispute Resolutions, Inc., on December 9, 2022. The Parties were unable to achieve a settlement and no further negotiations are currently planned.

Dated: December 12, 2022        Respectfully submitted,

　　　　　　　　　　　　　　　　　  /s/ William J. O'Brien

　　　　　　　　　　　　　　　　William J. O'Brien
　　　　　　　　　　　　　　　　One, LLP
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Donald Wakefield*

Dated: December 12, 2022        /s/ Spencer M. Sax

　　　　　　　　　　　　　　　　Spencer M. Sax
　　　　　　　　　　　　　　　　Sachs Sax Caplan
　　　　　　　　　　　　　　　　*Attorneys for Defendants Olen Properties Corp and Igor Olenicoff*

### **ATTESTATION REGARDING SIGNATURES**

Pursuant to L.R. 5-4.3.4(a)(2)(i) I, William J. O'Brien attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 12, 2022     By:     /s/ William J. O'Brien
　　　　　　　　　　　　　　　　　　　William J. O'Brien