Spencer M. Sax
Sachs Sax Caplan
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
Tel:   (561) 994-4499
Fax:   (561) 994-4985
Email:   ssax@ssclawfirm.com
*Pro Hac Vice*

Julie A. Ault, Esq. (Bar No. 186914)
Kaelee Gifford, Esq. (Bar No. 303533)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:   (949) 719-7210
Email:   jault@olenproperties.com
Attorneys for Olen Properties Corp. and Igor Olenicoff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>                Plaintiff,<br><br>v.<br><br>OLEN PROPERTIES CORP., IGOR OLENICOFF, JOHN LIANG and Does 1 through 10 inclusive,<br><br>                Defendants. | CASE NO.  8:21-cv-1585-CJC-DFM<br>The Hon. Cormac Carney<br><br>**DECLARATION OF DALE LYON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: January 9, 2023<br>Time: 1:30 p.m.<br><br>Complaint Filed: September 27, 2021<br>Trial Date:         February 21, 2023 |

Case No. 8:21-cv-1585-CJC-DEM
DECLARATION OF DALE LYON IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Dale Lyon, I am over eighteen (18) years of age and authorized to provide this declaration on behalf of Defendant, Olen Properties Corp.

2. Subsequent to my deposition, I reviewed corporate employment records regarding the term of employment for Alfred LaFave.

3. Realty Services Corp. ("RSC") is the entity that employs individuals on behalf of Olen Properties Corp., and currently employs approximately 400 people across several states.

4. Alfred LaFave ceased working with the company on or about March 14, 2014. Therefore, he was not an employee of Igor Olenicoff, Olen Properties Corp., RSC, or affiliated person or entity during the negotiations and execution of the Settlement Agreement in Wakefield II in January 2018 or during the drafting and execution of Igor Olenicoff's Declaration in December 2017.

I declare under penalty of perjury according to the laws of California that the forgoing is true and correct.

Executed on this 12 day of December, 2022.

_____
Dale Lyon

Case No. 8:21-cv-1585-CJC-DEM
DECLARATION OF DALE LYON IN OPPOSITION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT