UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>                    Plaintiff,<br><br>v.<br><br>OLEN PROPERTIES CORP., IGOR OLENICOFF, JOHN LIANG and Does 1 through 10 inclusive,<br><br>                    Defendants. | ) CASE NO. 8:21-cv-1585-CJC-DFM<br>) The Hon. Cormac Carney<br>)<br>)<br>)<br>) **ORDER RE STIPULATED**<br>) **PROTECTIVE ORDER**<br>)<br>)<br>) Complaint Filed: September 27, 2021<br>)<br>) Trial Date: February 21, 2023<br>) |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

Dated: December 16, 2022

_____
DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE