Marc N. Bernstein (SBN 145837)
mbernstein@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6634
Facsimile: 415.283.4804

Gene J. Brockland (Mo. State Bar No. 32770)
Christopher O. Miller (Mo. State. Bar No. 70251)
*Admitted Pro Hac Vice*
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
Amundsen Davis, LLC
120 South Central, Suite 700
St. Louis, MO 63105
Telephone: 314.719.3732
Facsimile: 314.719.3733

William J. O'Brien (SBN 99526)
wobrien@onellp.com
One LLP
23 Corporate Plaza Dr., Suite 150-105
Newport Beach, CA 92660
Telephone: 310.866.5157
Facsimile: 310.943.2085

ATTORNEYS FOR PLAINTIFF, DONALD WAKEFIELD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. *8:21-cv-1585-CJC-DFM*<br><br>**DECLARATION OF GENE J. BROCKLAND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: September 27, 2021<br>Trial Date: February 21, 2023<br>Hearing Date: January 9, 2023<br>Hearing Time: 1:30 p.m.<br><br>*Assigned to: Hon. Cormac Carney* |

I, Gene J. Brockland, declare:

1. I am over the age of eighteen (18) and am competent to testify to the facts contained in the foregoing Declaration, which are based upon my personal knowledge.

2. I am an attorney for Plaintiff Donald Wakefield. I also represented Mr. Wakefield in two previous cases against Defendant Olen Properties Corp. ("Olen") and Defendant Igor Olenicoff ("Olenicoff") (collectively, the "Olen Parties") in this judicial district, Case No. SACV12-2077 AG (RNBx) ("*Wakefield I*") and Case No. 8:17-cv-01147 AG (DFMx) ("*Wakefield II*").

3. Exhibit 1 to this Declaration is a true and correct copy of a portion the transcript of the deposition of Dale Lyon, as corporate representative of Olen Properties Corp., taken in this case on November 17, 2022.

4. Exhibit 2 to this Declaration is Doc. 164 from *Wakefield I*, [In Chambers] Order Regarding Further Proceedings After Appeal dated June 5, 2017.

5. Exhibit 3 to this Declaration is Doc. 120 from *Wakefield I*, [In Chambers] Order Denying in Part and Granting in Part Motion for Judgment as a Matter of Law; Granting Motion for Injunctive Relief; and Denying Motion to reopen Evidence.

6. Exhibit 4 to this Declaration is Doc. 117-1 from *Wakefield I*, Declaration of I. Olecicoff dated October 17, 2014, filed October 20, 2014.

Executed this 19th day of December, 2022,

*/s/ Gene J. Brockland*