# EXHIBIT 1

```
                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                    SOUTHERN DIVISION
 4
 5
                                      )
 6   DONALD WAKEFIELD,                )
                                      )
 7              Plaintiff,            )
                                      ) Case No.
 8        vs.                         ) 8:21-cv-1585-CJC-DFM
                                      )
 9   IGOR OLENICOFF, OLEN             )
     PROPERTIES CORP.; JOHN LIANG,    )
10   an individual, and DOES 1        )
     through 10, inclusive,           )
11                                    )
                Defendants.           )
12                                    )
                                      )
13
14
15              DEPOSITION OF DALE LYON
16                Costa Mesa, California
17              Thursday, November 17, 2022
18
19
20
21
22   Reported by:
     RAQUEL L. BROWN
23   CSR No. 10026, RPR
24   Job No. MW 5581188
25   PAGES 1 - 182
```

```
                                                    Page 22
 1       Q    So when we talk about the Olen portfolio, that's
 2  the real estate that Olen either through itself or its
 3  subsidiaries builds, owns, and manages, right?
 4       A    And purchases, yes.
 5       Q    So as part of Olen's operations, Olen obtains
 6  occupancy permits from various municipalities for these
 7  properties in its portfolio, correct?
 8       A    If it was built by Olen or built by a general
 9  contractor, they would.  Or if it was already an existing
10  property that was purchased, they would already be in
11  place.
12       Q    Is it important for Olen to have occupancy
13  permits for the properties in its portfolio?
14       A    Yes.
15       Q    Why?
16       A    So you can occupy the building.
17       Q    Why is it important to occupy the building?
18       A    We gain rents.
19       Q    So you can collect rent from each property?
20       A    Correct.
21       Q    Would you say that obtaining and maintaining
22  occupancy permits is essential to Olen's business?
23       A    It is.
24       MR. SAX:  Object to form.
25            But you can answer.
```

Veritext Legal Solutions
www.veritext.com                                         888-391-3376

```
                                                    Page 35
 1      A    No.
 2      Q    Then the last one is custodial staff of Quantum
 3   Town Center.  Do you know any of the names of the
 4   custodial staff of Quantum Town Center?
 5      A    I don't.
 6      Q    Is that a reference to like the janitorial staff?
 7      A    Um, no.  I think they have porters and -- and
 8   people that work directly for like Cecelia now.  Not --
 9   not -- janitorial would be an outside company.
10      Q    So, the custodial workers, would they be in
11   charge of the grounds at Quantum Town Center?
12      A    Yes.
13      Q    So would they be in charge of removing sculptures
14   from the grounds if that came to be?
15      A    Yes.
16      MR. SAX:  Object to form.
17           But you can answer it.
18   BY MR. MILLER:
19      Q    Is that who's also responsible for installing
20   sculptures on the property?
21      MR. SAX:  Object to form as to word responsible.
22           You can answer if you can.
23      THE WITNESS:  I don't know who installed them.
24   BY MR. MILLER:
25      Q    You agree with me that there are sculptures that
```

```
                                                    Page 36
 1   are installed at Quantum Town Center, correct?
 2        A    Yes.
 3        Q    Those are publicly displayed on the property?
 4        A    Yes.
 5        Q    Okay.  They're publicly displayed on the property
 6   in order to obtain a occupancy permit for Quantum Town
 7   Center, correct?
 8        MR. SAX:  Object to form.
 9             You can answer if you can.
10        THE WITNESS:  Yes.
11   BY MR. MILLER:
12        Q    Okay.  And when were they installed on the
13   property?
14        A    I would imagine that, um, they started probably
15   in the 2008 era thereabouts and several pieces have been
16   added since probably up until '13, 2013.
17        Q    Okay.  And were you involved at all in the
18   installation of any sculptures at Quantum Town Center?
19        A    No.
20        Q    Who was?
21        A    Um, the original was probably a guy named
22   Steve Fike and later on Alfred Lafave.
23        Q    Let's start with Mr. Fike.  What was -- was he an
24   employee of Olen?
25        A    Well, there again we're going to say he was an
```