Gene J. Brockland (Missouri State Bar No. 32770)
Christopher O. Miller (Missouri State Bar No. 70251)
*Admitted Pro Hac Vice*
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
Amundsen Davis LLC
120 South Central, Suite 700
St. Louis, MO 63105
Telephone: 314.719.3732
Facsimile: 314.719.3733

Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
The Business Litigation Group, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6634
Facsimile: 415.283.4804

William J. O'Brien (Cal. Bar No. 99526)
wobrien@onellp.com
One LLP
23 Corporate Plaza Dr., Suite 150-105
Newport Beach, CA 92660
Telephone: 310.866.5157
Facsimile: 310.943.2085

*Attorneys for Plaintiff, Donald Wakefield*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 8:21-cv-1585-CJC-DFM<br>*Assigned to: Hon. Cormac Carney*<br><br>**NOTICE OF LODGING OF CONSENT FORM**<br><br>Trial Date:     Feb. 21, 2023<br>Complaint Filed:   Sept. 27, 2021 |

**NOTICE OF LODGING OF CONSENT FORM**

1 | In accordance with General Order No. 18-11 and Local Rule 5-4.4, Plaintiff Donald Wakefield hereby lodges the Parties' Statement of Consent to Proceed Before a United States Magistrate Judge for the Court's approval.

Dated: January 23, 2023          By:   /s/ William J. O'Brien

                                        William J. O'Brien
                                        One LLP

                                        *Attorneys for Plaintiff,*
                                        *Donald Wakefield*