UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 21-01585-DFM | Date: March 13, 2023 |
| Title Donald Wakefield v. Olen Properties Corp. et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Setting Pretrial and Trial Schedule

The Court, having engaged in discussions with the parties, sets the schedule below. All prior filings (motions in limine, joint exhibit list, etc.) must be re-filed.

| | |
|---|---|
| File Motions in Limine | 7/4/23 |
| Oppositions to Motions in Limine | 7/11/23 |
| **Trial Filings (first round)**<br>• Mem. of Contentions of Fact and Law (L.R. 16-4)<br>• Witness Lists (L.R. 16-5)<br>• Joint Exh. List (L.R. 16-6.1)<br>• Joint Status Report Regarding Settlement | 7/25/23 |
| **Trial Filings (second round)**<br>• Joint Proposed FTPC Order (L.R. 16-7)<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Voir Dire Questions | 8/1/23 |
| Final Pretrial Conference and Hearing on Motions in Limine | 8/1/23<br>10:00 a.m. |
| Trial Date (jury) (~~court~~) Estimated length: 3-5 days | 8/15/23<br>9:00 a.m. |