# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>            Plaintiff(s)<br>v.<br><br>OLEN PROPERTIES CORP., et al.,<br><br>            Defendant(s) | CASE NUMBER:<br><br>8:21-cv-01585 DFM<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required  ☒ Hearing Required
            ☐ In-Person Court Hearing
            ☐ Video Conference
            ☒ Telephonic

Magistrate Judge Douglas F. McCormick

Date/Time April 20, 2023, at 9:00 am

Courtroom: Telephonic

Dated: April 18, 2023        By: Nancy Boehme
                            Deputy Clerk