Gene J. Brockland (Missouri State Bar No. 32770)
*Pro Hac Vice*
**SMITHAMUNDSEN LLP**
120 South Central, Suite 700
St. Louis, MO 63105
Telephone:  314.719.3732
Facsimile:   314.719.3733

Marc N. Bernstein (Cal. Bar No. 145837)
**THE BUSINESS LITIGATION GROUP, P.C.**
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone:  415.765.6634
Facsimile:   415.283.4804

William J. O'Brien (Cal. Bar No. 99526)
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  310.866.5157
Facsimile:   310.943.2085

*Attorneys for Plaintiff,*
Donald Wakefield

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF; OLEN PROPERTIES CORP.; JOHN LIANG and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.:  8:21-cv-1585-CJC-DFM<br>Hon. Douglas F. McCormick<br><br>**STIPULATION FOLLOWING SETTLEMENT, INCLUDING DETERMINATION OF ATTORNEYS' FEES**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>Complaint Filed: September 27, 2021<br>Trial Date:         August 15, 2023 |

**STIPULATION RE SETTLEMENT**

The parties, Plaintiff, DONALD WAKEFIELD, and Defendants, IGOR OLENICOFF and OLEN PROPERTIES CORP., stipulate and agree as follows:

1. The parties have settled this case, as set forth in a separate Confidential Settlement Agreement.

2. Defendants, jointly and severally, agree to make a payment to Plaintiff within fifteen court days following the Court's entry of this Stipulation and [Proposed] Order.

3. Defendants, jointly and severally, have also agreed to pay Plaintiff's attorneys' fees and costs of suit, in and amount they will seek to quantify at a settlement conference mediated by Magistrate Judge Kewalramani, and set for his next available date.

4. If costs and fees are not resolved by that conference, the parties stipulate and request that the Court enter an order on fees and costs, upon a noticed motion brought by Plaintiff and pursuant to the procedure set forth in the parties' Settlement Agreement. The parties further stipulate and request that the current dates for the pretrial conference and trial be taken off calendar.

5. Defendants, jointly and severally, agree to pay Plaintiff the amount of fees and costs awarded by the Court within fifteen court days following entry of the Court's order determining the amount of fees and costs.

6. In addition, the parties have agreed, in their separate Settlement Agreement, to terms regarding the retrieval or destruction of the sculptures accused of infringement in this case.

7. The parties stipulate that, if Defendants fail to fully pay the amount provided in Paragraph 2 or the amount provided in Paragraph 5 within the times respectively provided in those paragraphs, Plaintiff shall receive judgment for the amounts not paid; and, if Defendants fail to comply with the Settlement Agreement regarding retrieval or destruction of the accused sculptures, Plaintiff shall receive judgment therefor.

8. Within fifteen court days following Plaintiff's receipt of full payment of the amounts provided in Paragraphs 2 and 5 and Defendants' compliance with the terms referred to in Paragraph 6, the parties shall jointly file a stipulation for dismissal of this entire action, with prejudice.

Dated: April 24, 2023

By: */s/ William J. O'Brien*
William J. O'Brien

*Attorneys for Plaintiff,*
Donald Wakefield

Dated: April 24, 2023

By: */s/ Spencer M. Sax*
Julie A. Ault
Spencer M. Sax

*Attorneys for Defendants,*
Igor Olenicoff and Olen Properties Corp.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, William J. O'Brien, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ William J. O'Brien*
William J. O'Brien