# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:21-cv-01585 CJC (DFMx) | Date: | April 20, 2023 |
|---|---|---|---|
| Title | Donald Wakefield v. Igor Olenicoff, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 04/20/2023 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Gene Brockland | Spencer Sax<br>Julie Ault |

**Proceedings:** **Telephonic Status Conference**

Case called and counsel make their appearances. Court and counsel confer re amended protective order. Parties to file amended order.

: 10

Initials of Clerk:  nb