# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IGOR OLENICOFF; OLEN PROPERTIES CORP.; JOHN LIANG and DOES 1 through 10, inclusive,<br><br>　　　　Defendants, | Case No.: 8:21-cv-1585-DFM<br>Hon. Douglas F. McCormick<br><br>**ORDER GRANTING STIPULATION FOLLOWING SETTLEMENT, INCLUDING DETERMINATION OF ATTORNEYS' FEES** |

Having read and considered the Parties' Stipulation Following Settlement, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. Defendants, jointly and severally, agree to make a payment to Plaintiff within fifteen (15) court days following the Court's entry of this Order;

2. The Parties shall seek to quantify Plaintiff's attorneys' fees and costs of suit at the Limited Settlement Conference set for May 17, 2023 with Magistrate Judge Kewalramani;

3. The current dates for the pretrial conference and trial are taken off calendar;

4. Defendants, jointly and severally, shall pay Plaintiff the amount of fees and costs awarded by the Court within fifteen (15) court days following entry of the Court's order determining the amount of fees and costs;

5. Plaintiff shall receive judgment for the amounts not paid if Defendants fail to fully pay the amount provided in Paragraph 2 or the amount provided in Paragraph 5 in the Stipulation within the times respectively provided in those paragraphs;

6. Plaintiff shall receive judgment therefor if Defendants fail to comply with the Settlement Agreement regarding retrieval or destruction of the accused sculptures; and

7. The parties shall jointly file a stipulation for dismissal of this entire action, with prejudice within fifteen (15) court days following Plaintiff's receipt of full payment of the amounts provided in Paragraphs 2 and 5 and Defendants' compliance with the terms referred to in Paragraph 6 of the Stipulation.

**SO ORDERED.**

Dated: April 25, 2023

_____
HON. DOUGLAS F. McCORMICK
United States District Judge