UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **8:21-cv-01585-DFM**                                        Date:  May 17, 2023

Title    ***Donald Wakefield v. Olen Properties Corp., et al.***

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Bernstein | Spencer Sax |
| Gene Brockland | Julie Ault |

**Proceedings:**   SETTLEMENT CONFERENCE – NO SETTLEMENT

   A settlement conference was held as previously scheduled. Marc Bernstein and Gene Brockland were present for Plaintiff. Attorneys Spencer Sax and Julie Ault were present for Defendants.  Following consultation with the Court, and after significant discussions between the Court and counsel, along with their respective clients, the parties were unable to reach a settlement.  No settlement was reached.

                                                                                                                  3:33
                                                                           **Initials of Preparer**    DC