Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
The Business Litigation Group, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone:   415.765.6634
Facsimile:   415.283.4804

Gene J. Brockland (Missouri State Bar No. 32770)
Christopher O. Miller (Missouri State Bar No. 70251)
*Admitted Pro Hac Vice*
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
Amundsen Davis LLC
120 South Central, Suite 700
St. Louis, MO 63105
Telephone:   314.719.3732
Facsimile:   314.719.3733

William J. O'Brien (Cal. Bar No. 99526)
wobrien@onellp.com
One LLP
23 Corporate Plaza Dr., Suite 150-105
Newport Beach, CA  92660
Telephone:   310.866.5157
Facsimile:   310.943.2085

*Attorneys for Plaintiff, Donald Wakefield*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 8:21-cv-1585-CJC-DFM<br><br>*Hon. Douglas F. McCormick*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date:  August 8, 2023<br>Time:              10:00 a.m.<br>Courtroom:      6B<br><br>Complaint Filed: September 27, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 8, 2023, at 10:00 a.m., in Courtroom 6B of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, before the Honorable Douglas F. McCormick, Plaintiff Donald Wakefield will and hereby does move this Court for an Order granting Plaintiff his reasonable attorneys' fees and costs incurred in this action.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and the Declarations of Gene J. Brockland, William O'Brien, and Marc Bernstein, each with exhibits, that are being filed concurrently herewith.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which occurred by way of the settlement conference held on May 17, 2023.

Dated:  June 22, 2023                          By:  */s/ William J. O'Brien*
                                                         William J. O'Brien
                                                         One LLP

                                                         *Attorneys for Plaintiff,*
                                                         *Donald Wakefield*