Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
The Business Litigation Group, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone:   415.765.6634
Facsimile:   415.283.4804

Gene J. Brockland (Missouri State Bar No. 32770)
Christopher O. Miller (Missouri State Bar No. 70251)
*Admitted Pro Hac Vice*
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
Amundsen Davis LLC
120 South Central, Suite 700
St. Louis, MO 63105
Telephone:   314.719.3732
Facsimile:   314.719.3733

William J. O'Brien (Cal. Bar No. 99526)
wobrien@onellp.com
One LLP
23 Corporate Plaza Dr., Suite 150-105
Newport Beach, CA  92660
Telephone:   310.866.5157
Facsimile:   310.943.2085

*Attorneys for Plaintiff, Donald Wakefield*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP.; and DOES 1 through 10, inclusive,<br><br>    Defendants, | Case No. 8:21-cv-1585-CJC-DFM<br><br>*Hon. Douglas F. McCormick*<br><br>**DECLARATION OF MARC N. BERNSTEIN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date:  August 8, 2023<br>Time:              10:00 a.m.<br>Courtroom:    6B<br><br>Complaint Filed: September 27, 2021 |

I, Marc N. Bernstein, declare as follows:

1. I am counsel for Plaintiff Donald Wakefield in this matter. I have personal knowledge of the facts in this declaration and, if called and sworn as a witness, could and would testify to them.

**My Experience**

2. I graduated from Northwestern University School of Law with a J.D. in 1989. Before that I received a B.S. in Mathematics, with high distinction, from the University of Michigan.

3. I have been admitted to practice law in California since 1990, and have practiced law here continuously since then. I am also currently admitted to practice law in the Northern, Southern, and Central Districts of California, the Northern District of Illinois, the Eastern Districts of Texas and Pennsylvania, the Ninth Circuit Court of Appeals, the Federal Circuit Court of Appeals, and the United States Supreme Court.

4. In over thirty years of practice, I have focused on complex commercial and intellectual property litigation, including patent, copyright, trade secret, and trademark litigation. In my pro bono work I have also practiced in other areas, including civil and prisoner rights, immigration and asylum law, and landlord-tenant law.

5. Early in my career I practiced law with Morrison & Foerster and Wilson, Sonsini, Goodrich & Rosati.

6. From 1992-93, I served as a judicial law clerk for the Honorable Cecil F. Poole of the Ninth Circuit Court of Appeals.

7. I currently serve as a Panel Mediator for the Northern District of California, conducting court-referred settlement mediations of commercial and IP cases, including copyright cases. I have served several stints as a Special Master for the Northern District of California, and on the Judiciary Committee of the Bar Association of San Francisco, which evaluates judicial candidates for the Governor

and for the public.

8.  In 2018-2021, I was lead counsel for a sculptor in a copyright case charging an LA-area art dealership with fabricating copies of his sculptures and selling them to high-end hotels and restaurants throughout the United States. *Kevin Barry Fine Art Associates v. Ken Gangbar Studio Inc.*, Case No. 4:18-cv-03358-HSG (N.D. Cal. Jun. 6, 2018). In that case, our team won a court ruling that civil RICO covered sculptural copying of the type also at issue here, over objections of defendants that RICO is available for copyright infringement only in cases of large-scale piracy or counterfeiting. *Kevin Barry Fine Art Assocs. v. Ken Gangbar Studio, Inc.*, 391 F. Supp. 3d 959, 971–73 (N.D. Cal. 2019)

## Authentication of Billing

9.  Attached hereto as Exhibit 1 are invoices including the true and accurate time records of The Business Litigation Group for which fee recovery is sought in this case. The records include detailed descriptions of the work that I, and others under my supervision, performed on this matter and the time spent on each task.

10. While I was involved in all aspects of this case to a certain degree, I focused my efforts particularly on the civil RICO claims and on settlement.

11. Included in the time records attached as Exhibit 1 is a true and accurate copy of the rates for each billing professional, for which fee recovery is sought in this case. As set forth in more detail below, these rates are consistent with rates charged by comparable attorneys in or around Los Angeles, California.

12. During this case, I was assisted by my paralegal, Tsui-Ming Chen.

13. The chart below summarizes the total hours billed, and the rate sought, broken down by billing professional.

/ / /

/ / /

| Professional | Position | Hourly Rate | Hours |
|---|---|---|---|
| Marc Bernstein | Principal | $750 | 107.5 |
| Tsui-Ming Chen | Paralegal | $175 | 59.5 |

Total fees (107.5 hours x $750 + 59.5 hours x $175) = $91,037.50.

Total Costs = $2,749.38

## Reasonableness of the Rates Requested

14. I know these rates to be reasonable in the Central District for someone of my and Ms. Chen's background and experience because these rates are equal to or less than the rates at which we actually billed and collected during this period, including in the Central District of California.

Executed this 20 day of June, 2023.

_____
Marc N. Bernstein