Page 118

1   A      Yes.
2   Q      Any other policies or procedures whereby Olen
3   deletes documents in its normal day-to-day business?
4   A      You know, I've heard that in accounting they keep
5   them for so many years and then they -- they get
6   destroyed, but I don't know how many years that is.
7   Q      Who'd you hear that from?
8   A      The CFO.
9   Q      And who's the CFO?
10  A      I think that's her title.  It's
11  Jane Telfer (phonetic).
12  Q      Jane Telfer, is she involved at all in the
13  selection of placement of artwork on Olen's properties?
14  A      No.
15  Q      Is the artwork that's displayed on Olen's
16  properties -- is that included in Olen's financial
17  statements?
18  A      I don't think so.
19  Q      So Olen doesn't value any of them as assets?
20  A      No.
21  Q      Okay.  Let's get back to Quantum Town Center and
22  the sculptures that were displayed there.  At some point
23  you've said that Human Nature's Many Faces was removed
24  from Quantum Town Center, right?
25  A      Yes.

Page 119

| | | |
|---|---|---|
| 1 | Q | Do you know when that was? |
| 2 | A | It was shortly after the lawsuit was filed. |
| 3 | Q | Okay. And you said you were personally involved in that removal? |
| 5 | A | Well, my -- I called John Lyon and asked him to do it. |
| 7 | Q | Why'd you call John Lyon? |
| 8 | A | He's the guy there in Florida. |
| 9 | Q | He's the person in charge of Quantum Town Center today? |
| 11 | A | No. |
| 12 | Q | How come you didn't call Cecelia? |
| 13 | A | She doesn't have the expertise to do those things. |
| 15 | Q | What's the expertise that's required to remove these sculptures? |
| 17 | A | We had to rent a forklift and get straps and get guys to help and take them down. |
| 19 | Q | Did Cecelia report to John Lyon? |
| 20 | A | No. |
| 21 | Q | But John Lyon has the expertise to do that and Cecelia doesn't? |
| 23 | A | Yes. |
| 24 | | MR. MILLER: Okay. I'd like to mark as exhibit -- what exhibit are we on? |

```
                                                           Page 120
 1         MS. TRUMBOWER:  I believe 23, Mr. Miller.
 2         MR. MILLER:  You following along here, Spencer?
 3         MR. SAX:  I can see it.
 4             (Exhibit 23 was marked for identification.)
 5     BY MR. MILLER:
 6         Q    Mr. Lyon, I'm handing you what has been marked as
 7     plaintiff's Exhibit 23.  Take a look at that.  I believe
 8     it's three pages.  Let me know when you're ready to answer
 9     some questions about it.
10         A    Okay.
11         Q    Okay.  Sir, are you familiar with these
12     documents?
13         A    Not really.  I've seen them.
14         Q    You've seen them?  Are these documents Olen
15     produced in discovery in this case?
16         A    I believe so, yes.
17         Q    And they've been Bates-numbered by Olen as
18     OLEN 73 through OLEN 75, correct?
19         A    Yes.
20         Q    Okay.  Do you know what these documents reflect?
21         A    It's Sunbelt Rentals' invoicing for a shooting
22     boom forklift.
23         Q    Okay.  Do you know if these are the forklift
24     rentals that were used by Olen to remove Human Nature's
25     Many Faces from Quantum Town Center?
```

Page 121

```
 1      A      That's my understanding, yes.
 2      Q      Okay.  Are they also the ones used to remove A
 3   Tear Must Fall?
 4      A      Yes.
 5      Q      And the date of these invoices is in October of
 6   2021, correct?
 7      A      Yes.
 8      Q      Okay.  So would you agree with me that Human
 9   Nature's Many Faces and A Tear Must Fall were removed from
10   Quantum Town Center in October of 2021?
11      A      October 5 and 6 probably, yes.
12      Q      Okay.  You said that they are since being stored
13   in a garage somewhere?
14      A      Yes.
15      Q      Do you know which garage?
16      A      No.
17      Q      Were there any other records related to the
18   removal of A Tear Must Fall and Human Nature's Many Faces
19   from Quantum Town Center?
20      MR. SAX:  Madam Reporter, can you read that one back?
21           (WHEREUPON, THE RECORD WAS READ BY THE COURT
22        REPORTER AS FOLLOWS:
23           "Question:  Were there any other records
24        related to the removal of A Tear Must Fall and
25        Human Nature's Many Faces from Quantum Town
```

```
                                                              Page 1

 1                UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                     SOUTHERN DIVISION
 4
 5
                                        )
 6    DONALD WAKEFIELD,                 )
                                        )
 7               Plaintiff,             )
                                        ) Case No.
 8         vs.                          ) 8:21-cv-1585-CJC-DFM
                                        )
 9    IGOR OLENICOFF, OLEN              )
      PROPERTIES CORP.; JOHN LIANG,     )
10    an individual, and DOES 1         )
      through 10, inclusive,            )
11                                      )
                 Defendants.            )
12                                      )
                                        )
13
14
15              DEPOSITION OF DALE LYON
16                Costa Mesa, California
17              Thursday, November 17, 2022
18
19
20
21
22   Reported by:
     RAQUEL L. BROWN
23   CSR No. 10026, RPR
24   Job No. MW 5581188
25   PAGES 1 - 182
```