# Julie Ault

| | |
|---|---|
| **From:** | Marc N. Bernstein <mbernstein@blgrp.com> |
| **Sent:** | Thursday, January 26, 2023 3:30 PM |
| **To:** | Julie Ault |
| **Cc:** | Spencer Sax |
| **Subject:** | RE: Olen - Wakefield |

Julie,

Thanks for this draft.

We will look at it and get you a redline of these changes as well as the original ones.

As I explained in our call a few minutes ago, we do not think the trial can be stayed. We do agree that we and you should continue pressing forward as quickly a possible, to see if a settlement can be reached.

I note in that regard that this new draft leaves in release terms purporting to release new conduct in the future. As we discussed a couple days ago, such a structure would authorize future infringements, including brand new copies created after the Effective Date. Such an outcome would not resolve this case, from Don's perspective.

Also, the new proposed liquidated damages provision would not kick unless and until any newly-discovered infringements are not destroyed by the Olen Parties. This would mean that if the newly-discovered works are reported and destroyed, the prior years of infringing public displays would go uncompensated. This again would not resolve the case, from Don's perspective.

I'll propose counter-edits to address each of these issues, and also to respond to the balance of your edits from two days ago.

In the meantime, it would be premature to move the trial.

Let's press forward as fast as we can and see if we resolve these open issues. At that point we could simply file the stipulation.

Best,

Marc

(415) 533-7773 (mobile)

**From:** Julie Ault <jault@olen.com>
**Sent:** Thursday, January 26, 2023 2:51 PM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>
**Subject:** RE: Olen - Wakefield

Marc-

See attached redline. The new modifications should appear in blue font.

Julie A. Ault
*General Counsel*
Seven Corporate Plaza
Newport Beach, CA 92660
949-719-7211
949-719-7210 (fax)
jault@olenproperties.com
www.olenproperties.com



**From:** Marc N. Bernstein <mbernstein@blgrp.com>
**Sent:** Tuesday, January 24, 2023 4:58 PM
**To:** Julie Ault <jault@olen.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>; Brockland, Gene <GBrockland@amundsendavislaw.com>; William J. O'Brien (wobrien@onellp.com) <wobrien@onellp.com>
**Subject:** RE: Olen - Wakefield

Julie,

As I just noted on voicemail, in looking over these documents I see two issues that, if Olen and Igor really mean to insist on them, will spell the end of this settlement.

I want to discuss those with you ASAP, because if these are key elements from your clients' point of view I can stop my review.

I'm reachable at the cell number below. Also by Zoom if we set it up in advance.

Marc

(415) 533-7773 (mobile)

**From:** Julie Ault <jault@olen.com>
**Sent:** Monday, January 23, 2023 3:44 PM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** RE: Olen - Wakefield

Marc,
Thank you for sending these over for review. We will send comments back shortly however, Spencer is in the air right now. I did want to alert you that with several filing deadlines today and no stip yet on file with the court, you will see a couple of trial documents filed today. We are not blowing up the agreement, rather just ensuring the court considers them timely filed should something go awry. We are still 'pens down' and relying on the same on your end.

Julie A. Ault

*General Counsel*
Seven Corporate Plaza
Newport Beach, CA 92660
949-719-7211
949-719-7210 (fax)
jault@olenproperties.com
www.olenproperties.com



**From:** Marc N. Bernstein <mbernstein@blgrp.com>
**Sent:** Monday, January 23, 2023 1:17 PM
**To:** Julie Ault <jault@olen.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** RE: Olen - Wakefield

Julie,

Here are our draft settlement documents.

We look forward to your comments.

Best,

Marc

(415) 533-7773 (mobile)

**From:** Julie Ault <jault@olen.com>
**Sent:** Monday, January 23, 2023 10:45 AM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** RE: Olen - Wakefield

Marc,
With the Memorandum of Contentions of Fact and Law filing deadline today, please confirm that we are in agreement that neither side needs to meet this deadline while we finalize the settlement documents.


Also, side not, you have an email address where you have adopted out client's name. Please confirm that is just for internal organizational purposes and not am email address used in the public for solicitation purposes.

Thanks you,


Julie A. Ault
*General Counsel*
Seven Corporate Plaza
Newport Beach, CA 92660

949-719-7211
949-719-7210 (fax)
jault@olenproperties.com
www.olenproperties.com



**From:** Marc N. Bernstein <mbernstein@blgrp.com>
**Sent:** Sunday, January 22, 2023 4:13 PM
**To:** Julie Ault <jault@olen.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** RE: Olen - Wakefield

Julie,

I agree we need to get pens down as fast as we can.

As our settlement is structured, though, we are not quite there yet.

We first need to make sure the Court is willing to accept this structure, i.e., make a fee determination based on a settlement rather than a judgment.

We are putting the agreement together as soon as possible (I'm in my office working on it now), and then we'll need to file a stipulated request that the Court take trial off calendar and make a fee determination in its place.

I expect Judge Carney will welcome such a request.

Let me know if you want to discuss. Otherwise, I will continue working on getting you a draft agreement as soon as I can.

Best,

Marc

(415) 533-7773 (mobile)

**From:** Julie Ault <jault@olen.com>
**Sent:** Sunday, January 22, 2023 3:57 PM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** Re: Olen - Wakefield

Marc -
Given the settlement and the imminent filing deadlines for trial documents , I propose we notify court of settlement so that all filing deadlines are stayed.

Sent from my iPhone

On Jan 22, 2023, at 10:22 AM, Marc N. Bernstein <mbernstein@blgrp.com> wrote:

Julie,

Understood.

Marc


(415) 533-7773 (cell)

> On Jan 22, 2023, at 9:27 AM, Julie Ault <jault@olen.com> wrote:
>
> Marc- Please be sure to include me when you distribute the draft settlement agreement as I will be handling finalizing that documentation.
> Thank you
>
> Sent from my iPhone
>
>> On Jan 21, 2023, at 10:43 AM, Marc N. Bernstein <mbernstein@blgrp.com> wrote:
>>
>>
>> Spencer,
>>
>> Don accepts your clients' offer.
>>
>> I've pasted below the previously-agreed high-level terms (except this has the original, $150k lump sum instead of the final, $190k one).
>>
>> I can work on a draft agreement.
>>
>> Marc
>>
>>> I understand the proposal to be a lump-sum amount (your offer is $150k) plus enlisting the court (either Judge Carney or, if not available, then a magistrate judge) to determine the amount of fees. I understand that the fees determination would as much as possible be the regular fees determination that would accompany a judgment that included a fee award (but without, of course, an actual judgment being entered; this would be a dismissal with prejudice). I understand further that the fee award would include the usual attendant charges, such as costs.

5

The settlement should further provide that the dismissal will be entered upon prompt payment of the full settlement amount. And in the event it's not paid by the agreed time, then judgment would be entered for the full amount of the settlement.

Finally, as part of the settlement, Don Wakefield would want to retrieve, at his own expense, the accused sculptures.

(415) 533-7773 (cell)

> On Jan 21, 2023, at 6:44 AM, Spencer Sax <ssax@ssclawfirm.com> wrote:
>
> Marc:
> I have settlement authority for $190,000 provided we reach an agreement today.
> As to the sculptures, because Wakefield wants them so badly, Olen agrees that Wakefield can have the sculptures. However, if he doesn't pick them up within 90 days or some other agreeable time, Olen keeps them.
> If you agree, I will have Julie contact you to discuss drafting the settlement agreement and full release.
> I hope you are not prolonging the negotiations to increase the amount of fees.
> Thanks,
> Spencer
>
> Sent from Spencer's iPad

# Julie Ault

| | |
|---|---|
| **From:** | Marc N. Bernstein <mbernstein@blgrp.com> |
| **Sent:** | Sunday, January 22, 2023 4:13 PM |
| **To:** | Julie Ault |
| **Cc:** | Spencer Sax; Olenicoff |
| **Subject:** | RE: Olen - Wakefield |

Julie,

I agree we need to get pens down as fast as we can.

As our settlement is structured, though, we are not quite there yet.

We first need to make sure the Court is willing to accept this structure, i.e., make a fee determination based on a settlement rather than a judgment.

We are putting the agreement together as soon as possible (I'm in my office working on it now), and then we'll need to file a stipulated request that the Court take trial off calendar and make a fee determination in its place.

I expect Judge Carney will welcome such a request.

Let me know if you want to discuss. Otherwise, I will continue working on getting you a draft agreement as soon as I can.

Best,

Marc

(415) 533-7773 (mobile)

**From:** Julie Ault <jault@olen.com>
**Sent:** Sunday, January 22, 2023 3:57 PM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** Re: Olen - Wakefield

Marc -
Given the settlement and the imminent filing deadlines for trial documents, I propose we notify court of settlement so that all filing deadlines are stayed.

Sent from my iPhone

> On Jan 22, 2023, at 10:22 AM, Marc N. Bernstein <mbernstein@blgrp.com> wrote:
>
> Julie,
>
> Understood.

1

Marc

(415) 533-7773 (cell)

> On Jan 22, 2023, at 9:27 AM, Julie Ault <jault@olen.com> wrote:
>
> Marc- Please be sure to include me when you distribute the draft settlement agreement as I will be handling finalizing that documentation.
> Thank you
>
> Sent from my iPhone
>
>> On Jan 21, 2023, at 10:43 AM, Marc N. Bernstein <mbernstein@blgrp.com> wrote:
>>
>> Spencer,
>>
>> Don accepts your clients' offer.
>>
>> I've pasted below the previously-agreed high-level terms (except this has the original, $150k lump sum instead of the final, $190k one).
>>
>> I can work on a draft agreement.
>>
>> Marc
>>
>>> I understand the proposal to be a lump-sum amount (your offer is $150k) plus enlisting the court (either Judge Carney or, if not available, then a magistrate judge) to determine the amount of fees. I understand that the fees determination would as much as possible be the regular fees determination that would accompany a judgment that included a fee award (but without, of course, an actual judgment being entered; this would be a dismissal with prejudice). I understand further that the fee award would include the usual attendant charges, such as costs.
>>>
>>> The settlement should further provide that the dismissal will be entered upon prompt payment of the full settlement amount. And in the event it's not paid by the agreed time, then judgment would be entered for the full amount of the settlement.

2

> Finally, as part of the settlement, Don Wakefield would want to retrieve, at his own expense, the accused sculptures.

(415) 533-7773 (cell)

> On Jan 21, 2023, at 6:44 AM, Spencer Sax <ssax@ssclawfirm.com> wrote:
>
> Marc:
> I have settlement authority for $190,000 provided we reach an agreement today.
> As to the sculptures, because Wakefield wants them so badly, Olen agrees that Wakefield can have the sculptures. However, if he doesn't pick them up within 90 days or some other agreeable time, Olen keeps them.
> If you agree, I will have Julie contact you to discuss drafting the settlement agreement and full release.
> I hope you are not prolonging the negotiations to increase the amount of fees.
> Thanks,
> Spencer
>
> Sent from Spencer's iPad

# Julie Ault

| | |
|---|---|
| **From:** | Marc N. Bernstein <mbernstein@blgrp.com> |
| **Sent:** | Sunday, January 22, 2023 4:13 PM |
| **To:** | Julie Ault |
| **Cc:** | Spencer Sax; Olenicoff |
| **Subject:** | RE: Olen - Wakefield |

Julie,

I agree we need to get pens down as fast as we can.

As our settlement is structured, though, we are not quite there yet.

We first need to make sure the Court is willing to accept this structure, i.e., make a fee determination based on a settlement rather than a judgment.

We are putting the agreement together as soon as possible (I'm in my office working on it now), and then we'll need to file a stipulated request that the Court take trial off calendar and make a fee determination in its place.

I expect Judge Carney will welcome such a request.

Let me know if you want to discuss. Otherwise, I will continue working on getting you a draft agreement as soon as I can.

Best,

Marc

(415) 533-7773 (mobile)

**From:** Julie Ault <jault@olen.com>
**Sent:** Sunday, January 22, 2023 3:57 PM
**To:** Marc N. Bernstein <mbernstein@blgrp.com>
**Cc:** Spencer Sax <ssax@ssclawfirm.com>; Olenicoff <Olenicoff@blgrp.com>
**Subject:** Re: Olen - Wakefield

Marc -
Given the settlement and the imminent filing deadlines for trial documents , I propose we notify court of settlement so that all filing deadlines are stayed.

Sent from my iPhone

> On Jan 22, 2023, at 10:22 AM, Marc N. Bernstein <mbernstein@blgrp.com> wrote:
>
> Julie,
>
> Understood.

1

Marc

(415) 533-7773 (cell)

> On Jan 22, 2023, at 9:27 AM, Julie Ault <jault@olen.com> wrote:
>
> Marc- Please be sure to include me when you distribute the draft settlement agreement as I will be handling finalizing that documentation.
> Thank you
>
> Sent from my iPhone
>
>> On Jan 21, 2023, at 10:43 AM, Marc N. Bernstein <mbernstein@blgrp.com> wrote:
>>
>> Spencer,
>>
>> Don accepts your clients' offer.
>>
>> I've pasted below the previously-agreed high-level terms (except this has the original, $150k lump sum instead of the final, $190k one).
>>
>> I can work on a draft agreement.
>>
>> Marc
>>
>>> I understand the proposal to be a lump-sum amount (your offer is $150k) plus enlisting the court (either Judge Carney or, if not available, then a magistrate judge) to determine the amount of fees. I understand that the fees determination would as much as possible be the regular fees determination that would accompany a judgment that included a fee award (but without, of course, an actual judgment being entered; this would be a dismissal with prejudice). I understand further that the fee award would include the usual attendant charges, such as costs.
>>>
>>> The settlement should further provide that the dismissal will be entered upon prompt payment of the full settlement amount. And in the event it's not paid by the agreed time, then judgment would be entered for the full amount of the settlement.

2

Finally, as part of the settlement, Don Wakefield would want to retrieve, at his own expense, the accused sculptures.

(415) 533-7773 (cell)

> On Jan 21, 2023, at 6:44 AM, Spencer Sax <ssax@ssclawfirm.com> wrote:
>
> Marc:
> I have settlement authority for $190,000 provided we reach an agreement today.
> As to the sculptures, because Wakefield wants them so badly, Olen agrees that Wakefield can have the sculptures. However, if he doesn't pick them up within 90 days or some other agreeable time, Olen keeps them.
> If you agree, I will have Julie contact you to discuss drafting the settlement agreement and full release.
> I hope you are not prolonging the negotiations to increase the amount of fees.
> Thanks,
> Spencer
>
> Sent from Spencer's iPad

3