Marc N. Bernstein (Cal. Bar No. 145837)
mbernstein@blgrp.com
The Business Litigation Group, P.C.
150 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415.765.6634
Facsimile: 415.283.4804

Gene J. Brockland (Missouri State Bar No. 32770)
Christopher O. Miller (Missouri State Bar No. 70251)
*Admitted Pro Hac Vice*
gbrockland@amundsendavislaw.com
comiller@amundsendavislaw.com
Amundsen Davis LLC
120 South Central, Suite 700
St. Louis, MO 63105
Telephone: 314.719.3732
Facsimile: 314.719.3733

William J. O'Brien (Cal. Bar No. 99526)
wobrien@onellp.com
One LLP
23 Corporate Plaza Dr., Suite 150-105
Newport Beach, CA 92660
Telephone: 310.866.5157
Facsimile: 310.943.2085

*Attorneys for Plaintiff,*
*Donald Wakefield*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>IGOR OLENICOFF, OLEN PROPERTIES CORP.; and DOES 1 through 10, inclusive,<br><br>    Defendants, | Case No. 8:21-cv-1585-CJC-DFM<br><br>*Hon. Douglas F. McCormick*<br><br>**REPLY DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: August 8, 2023<br>Time:          10:00 a.m.<br>Courtroom:  6B<br><br>Complaint Filed: September 27, 2021 |

I, William J. O'Brien, declare:

1. I am one of the counsel of record for Plaintiff, Donald Wakefield, in this matter. I have personal knowledge of the facts in this declaration and, if called and sworn as a witness, could and would testify to them.

2. Since the period covered by Exhibit A to my opening declaration in support of the pending motion for attorneys' fees, I have spent an additional 11 hours on this case. Exhibit A to this declaration is a true and correct copy of a statement prepared by the accounting personnel of my firm, based on our records as maintained in the ordinary course of business, including my monthly time records. This statement provides an accurate record of my time spent on this case in May and June 2023, including a detailed description of the services performed.

3. Applying an hourly rate of $700, my time spent on this matter in May and June 2023 results in additional fees of $7,700 for my services.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed July 25, 2023.

_____
William J. O'Brien

2

**REPLY DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS**