JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WAKEFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>OLEN PROPERTIES CORP., IGOR OLENICOFF, JOHN LIANG and Does 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. 8:21-cv-1585-CJC-DFM<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Stipulation for Dismissal filed by the parties, it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated this 14th day of September 2023

_____
Hon. Douglas McCormick
United States Magistrate Judge